FILED

1  Sandra Castro

2  c/o: 10564 Young Street

3  Riverside [92505]

4  California Republic

5  scastro0114@gmail.com

6  951.531.3272

7  Plaintiff by Divine Special Appearance

2024 JUL 22  AM 9: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: AR

8

9  **UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA**

3470 Twelfth Street, Room 134

11  Riverside, California 92501

12

13  Sandra Castro, one of We the People, her

14  heir(s), assigns and beneficiary(ies).

15           Plaintiff(s),

16  vs.        **ED  CV  24**

17

18  CITY OF RIVERSIDE PUBLIC UTILITIES,

19  its Principals, his/her/their heir(s),

20  successor(s), assigns, and beneficiary(ies).

21

22  Todd Corbin, General Manager, his heir(s),

23  beneficiary(ies), and assign(s).

24

25  Alma Franco, Utilities Customer Service

26  Manager, her heir(s), beneficiary(ies), and

27  assign(s).

28

Verified Complaint
Voluntary Petition
Trial By Jury

No. **01519-JAK(SPx)**

VERIFIED COMPLAINT

Common Counts:
Fraud;
Breach of Contract;
Perjury of Oath of Office;
Stealing;
Defamation;

Statutory Counts:
Failure to adhere to the rules, regulations, and procedures in the assessment and collection of taxes;

Wrongful collections in conjunction with violating:
18 U.S.C. § 241 and/or
18 U.S.C. § 242
18 U.S.C. § 1001
15 U.S.C. § 1692(g)
5 U.S.C. § 706

1

| | | |
|---|---|---|
| 1 | CITY OF RIVERSIDE COMMUNITY | Statutes of Frauds;<br>Statutes of Limitations; |
| 2 | DEVELOPMENT DEPARTMENT CODE | |
| 3 | ENFORCEMENT DIVISION, | Judicial Review of Evidence after<br>Discovery; |
| 4 | its Principals, his/her/their heir(s), | |
| 5 | successor(s), assigns, and beneficiary(ies). | Discovery of unnamed, misnamed<br>persons or persons who use fictitious |
| 6 | | names; |
| 7 | Kristie Rohleder, Code Enforcement Officer | Recovery of wrongful collections, |
| 8 | II, her heir(s), beneficiary(ies), and assign(s). | treble damages, exemplary damages,<br>punitive damages. |
| 9 | | |
| 10 | Enrique Barboza, Code Enforcement Officer, | Injunctive relief relative to past,<br>current, and future allegations of tax |
| 11 | his heir(s), beneficiary(ies), and assign(s). | liabilities. |
| 12 | | |
| 13 | Does 1-100 and its, his/her/their principals, | |
| 14 | heir(s), successor(s), assign(s), and | |
| 15 | beneficiary(ies). | |
| 16 | | |
| 17 | Roes 1-100 and its, his/her/their principals, | |
| 18 | heir(s), successor(s), assigns, and | |
| 19 | beneficiary(ies). | |
| 20 | | |
| 21 | Each in their personal and official capacities | |
| 22 | as CITY OF RIVERSIDE agent(s) or | |
| 23 | employee(s) thereof; and or as employed by | |
| 24 | the municipal branch of government. | |
| 25 | | |
| 26 | Defendant(s). | |
| 27 | | |
| 28 | | |

Sandra Castro Verified Complaint

## I.  INTRODUCTION AND JURISDICTION

1.1 COMES NOW, person SANDRA CASTRO™, presented by woman Sandra Castro, and files this Complaint against Defendant CITY OF RIVERSIDE PUBLIC UTILITIES ("RPU"); Defendant Todd Corbin, General Manager ("RPU GM"); Defendant Alma Franco, Utilities Customer Service Manager ("UCSM"); Defendant CITY OF RIVERSIDE COMMUNITY DEVELOPMENT DEPARTMENT CODE ENFORCEMENT DIVISION ("RCE");  Kristie Rohleder, Code Enforcement Officer II ("RCEO"); Enrique Barboza, Code Enforcement Officer ("RCEO 2"), collectively referred to as "Defendants", and alleges, upon information and belief, the following: **(Please note spelling of each name is important and will always be as above throughout this complaint for clarity in the court.)**

1.2 The above-named Plaintiff, in this verified complaint, seeking relief from the arbitrary, capricious, and erroneous accusations, in the ascertainment, computation, and assessment(s) and collections claimed by the RPU, RCE, and its employees for claimed tax liabilities which constitute plain violation of Amendment V of the U.S. Constitution. When tangential matters such as liens and levies, requests for injunctive relief, challenges to venue, are stripped away from view, what exists is the Plaintiff and her experts who disagree with the "determination" made by the Defendants.

1.3 Affiant is a living, flesh and blood sovereign woman living upon the land, and a creation of the Lord God and Divine Creator of all the exists in His far-flung universes of time and space, and none other. [1] Affiant is the sovereign spoken in *Yick v. Hopkins*, 118 U.S. 356, 370:

> [1] "Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but, in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts." [*Yick Wo. V. Hopkins*, 118 U.S. 356, 370.]

1.4 Please also refer to Bond vs. UNITED STATES, 529 U.S. 334-2000. The Supreme Court held that the American People are in fact Sovereign and not the States or the Government.

1.5 The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by enforcement of the laws and are personally liable for their actions.

1.6 Plaintiff is not a "tax protester".

1.7 According to Black's Law Dictionary 6th Edition, Tax Liability (assessments and civil penalties) refers to the amount of taxes owed by an individual or entity to the government. It is the sum of taxes that have been assessed and are due for payment.

    a. Assess – To ascertain; fix the value of. To fix the amount of damages or the value of thing to be ascertained. To impose a pecuniary payment upon persons or property. To ascertain, adjust, and settle the respective shares to be contributed by several persons toward an object beneficial to them all, in proportion to the benefit received. To tax. In connection with taxation of property, means to make a valuation and appraisal of property, usually in connection with listing of property liable to taxation, and implies the exercise of discretion on the part of officials charged with duty of assessing, including the listing or inventory of property involved, determination of extent of physical property, and placing of a value thereon. To adjust or fix the proportion of a tax which each person, of several liable to it, has to pay; to apportion a tax among several; to distribute taxation in a proportion founded on the proportion of burden and benefit. To calculate the rate and amount if taxes. To levy a charge on the owner of property for improvements thereto, such as sewers or sidewalks.

b. Assessment – In general sense, the process of ascertaining and adjusting the shares respectively to be contributed by several persons towards a common beneficial object according to the benefit received. A valuation or determination as to value of property. It is often used in connection with assessing property taxes or levying of property taxes.

i. Corporations – Installments of the money subscribed for shares of stock, called for from the subscriber by the directors, from time to time as the company requires money, are called "assessments" or, in England, "calls." While the terms "call" and "assessment" are generally used synonymously, the latter term applies with peculiar aptness to contributions above the par value of stock or the subscription liability of the stockholders; whereas "call" or "installments" means actions of the board of directors demanding payment of all or portion of unpaid subscriptions.

ii. Damages – Fixing the amount of damages to which the successful party in a suit is entitled after judgment has been taken; also the name given to the determination of the sum which a corporation proposing to take lands for public use must pay in satisfaction of the demand proved or the value taken.

iii. Special assessment – An assessment in the nature of a tax levied upon property according to the benefits conferred on the property. [*Davies v. City of Lawrence*, 218 Kan. 551, 545 P.2d 1115, 1120.] A levy upon the owners of property adjacent to a public improvement (e.g. sidewalks) to defray the capital cost thereof. A tax, intended to offset cost of local improvements such as sewer, water, and streets, which is selectively imposed upon beneficiaries. [*Dosedel v. City of Ham Lake, Minn. App.*,414 N.W.2d 751, 755.] It differs from a general tax in that is levied for a specific purpose and in the amount proportioned to the direct benefit of the

property assessed. [*City of Plymouth v. Elsner,* 28 Wis.2d 102, 135 N.W.2d 799, 803.]

iv. Persons convicted of federal crimes are required to pay special assessments under 18 U.S.C. § 3013.

v. Taxation – The listing and valuation of property for the purpose of apportioning a tax upon it, either according to the value alone or in proportion to the benefit received. [*Simpkins v. City of Spartanburg,* 269 S.C. 243, 237 S.E.2d 69, 70.] Also determining the share of a tax to be paid of many persons; or apportioning the entire tax to be levied among the different taxable persons, establishing the proportion due from each. [*Northwestern Imp. Co. v. Henneford,* 184 Wash. 502, 51 P.2d 1083, 1085.] It fixes the liability of the taxpayer and ascertains the facts of tax rolls. [*Dallas Joint Stock Land Bank of Dallas v. State, Tex.Civ.App.,* 118 S.W.2d 941, 942.]

1.8 This action arises pursuant to violations of Amendment V of the U.S. Constitution which prohibits exactions of tax liabilities (assessments and civil penalties) when done outside the limits of due process.

1.9 Plaintiff has requested and made numerous demands since February 2023 of the RPU and RCE, and I have asked that they explain what law makes me liable for the proposed tax liability, the character of the tax liability, and numerous requests for proof of claim for collections, but to this date no one from the above agencies has responded.

1.10 By law, the Defendants have not given the Plaintiff due process as required pursuant to Amendment V of the U.S. Constitution. Defendants have denied Plaintiff any proper assessment for money unlawfully taken or taken under color of authority.

1.11 This Plaintiff requests that if the Defendants answer this complaint and furnish the verified proof of claim prior to the last date and time allowed to answer, Plaintiff asks this court to review all associated liability claims from the year 2013 forward (since inception of the account associated), as required pursuant to 5 U.S.C § 706, since the agencies have arbitrarily, capriciously, abused their discretion, acts ones that are otherwise not in accordance with the law, contrary to constitutional right, power, privilege, or immunity; and, since the agencies were in excess of statutory jurisdiction, authority or limitations, they have failed to observe procedure as required by the law, and such actions as issuing disconnections notices, notices of lien or levy, which are unsupported by substantial evidence; and, that show acts were unwarranted by the facts; wherefore, these matters are subject to trial de novo by this reviewing court.

1.12 Through such conduct the Defendants have damaged the Plaintiff in her property, her privacy, and her right to happiness and against forced association, in violation of Amendments I, IV, and V to the U.S. Constitution.

## II. VENUE

2.1 Venue is proper pursuant to 28 U.S.C. § 1391 because the defendants are municipal agencies and agents, the plaintiff lives in this district, and because the events giving rise to this claim originated in this district.

2.2 Joinder in this district is proper as to all Defendants Under Rule 20(a) of the Federal Rules of Civil Procedure as (1) the claims against the Defendants arise out of the same transaction, occurrence, or series or transactions or occurrences, and (2) there is a question of law or facts common to all Defendants.

## III. PARTIES

3.1 Sandra Castro ("Plaintiff") lives in Riverside County, California, and her mailing address for the purposes of this action is: c/o: 10564 Young Street, Riverside [92505], California Republic.

3.2 Defendants set forth below are public servants, have sovereign power that has been delegated to them; and are individuals who are sued as such, in their official and personal capacities:

   a. Defendant RPU, principal, is a California Foreign For-Profit Corporation with its principal place of business located at 3901 ORANGE STREET, RIVERSIDE, CA 92501 and which conducts business in the State of California. RPU may be served with process upon EDWARD ENRIQUEZ, its registered agent for service of process, at 3900 MAIN STREET, RIVERSIDE, CA 92522.

   b. Defendant RPU GM is the agent for RPU, which is a California Foreign For-Profit Corporation with its principal place of business located at 3901 ORANGE STREET, RIVERSIDE, CA 92501 and which conducts business in the State of California. RPU GM may be served with process upon EDWARD ENRIQUEZ, its registered agent for service of process, at 3900 MAIN STREET, RIVERSIDE, CA 92522.

   c. Defendant UCSM is the agent for RPU, which is a California Foreign For-Profit Corporation with its principal place of business located at 3901 ORANGE STREET, RIVERSIDE, CA 92501 and which conducts business in the State of California. UCSM may be served with process upon EDWARD ENRIQUEZ, its registered agent for service of process, at 3900 MAIN STREET, RIVERSIDE, CA 92522.

   d. Defendant RCE, principal, is a California Foreign For-Profit Corporation with its principal place of business located at 3900 MAIN STREET, RIVERSIDE, CA 92522 and which conducts business in the State of California. RCE may be served with

1   process upon EDWARD ENRIQUEZ, its registered agent for service of process, at

2   3900 MAIN STREET, RIVERSIDE, CA 92522.

3

4   e. Defendant RCEO is the agent for RCE, which is a California Foreign For-Profit

5   Corporation with its principal place of business located at 3900 MAIN STREET,

6   RIVERSIDE, CA 92522 and which conducts business in the State of California.

7   RCEO may be served with process upon EDWARD ENRIQUEZ, its registered agent

8   for service of process, at 3900 MAIN STREET, RIVERSIDE, CA 92522.

9

10  f. Defendant RCEO 2 is the agent for RCE, which is a California Foreign For-Profit

11  Corporation with its principal place of business located at 3900 MAIN STREET,

12  RIVERSIDE, CA 92522 and which conducts business in the State of California.

13  RCEO 2 may be served with process upon EDWARD ENRIQUEZ, its registered

14  agent for service of process, at 3900 MAIN STREET, RIVERSIDE, CA 92522.

15

16  g. DOES 1-100 ("DOES") are men/women or entities that unknown to Plaintiff at this

17  time, as principal or accessory who is/are domiciled at an unknown, yet to be

18  determined location.

19

20  h. ROES 1-100 ("ROES") are corporation(s), officer(s) or entities that unknown to

21  Plaintiff at this time, as principal or accessory who is/are domiciled at unknown, yet

22  to be determined.

23

24  IV. <u>STATEMENTS OF FACTS</u>

25

26  4.1 SANDRA CASTRO$^{TM}$ had RPU account #0199101003.

27

28  4.2 En legis "SANDRA CASTRO" and "SANDRA CASTRO$^{TM}$" both refer to the same person.

1    4.3 SANDRA CASTRO$^{TM}$ trademark publication number is BJ#3732695.

2

3    4.4 SANDRA CASTRO$^{TM}$ trademark is held by Sandra Castro.

4

5    4.5 Sandra Castro is the authorized representative for SANDRA CASTRO$^{TM}$.

6

7    4.6 Sandra Castro gave permission to RPU to access and use the credit of SANDRA

8    CASTRO$^{TM}$.

9

10   4.7 Improper performance was made on this account by extraneous and unnecessary Federal

11   Reserve Notes being used to pay the account.

12

13   4.8 Proper performance would have been to indorse the original collateral securities

14   under special negotiation, prior to them being exchanged for Federal Reserve Notes.

15

16   4.9 Sandra Castro failed to do special indorsement on the original collateral securities.

17

18   4.10 Had Sandra Castro known, Sandra Castro would have done special indorsements on these

19   collateral securities all the way from the beginning.

20

21   4.11 Sandra Castro never intended to do ANY blank indorsement on behalf of SANDRA

22   CASTRO$^{TM}$.

23

24   4.12 Proper performance is done primarily through clear orders and special indorsements.

25

26   4.13 Improper performance is done via blank indorsements and lack of orders.

27

28   4.14 Proper performance balances on the accounting.

4.15 Improper performance unbalances the accounting.

4.16 There were many promissory notes made on this account.

4.17 Each individual credit transaction produced an unconditional promise to pay.

4.18 A promissory note is an unconditional promise to pay.

4.19 The promissory notes are negotiable instruments.

4.20 "Promissory note" and "note" mean the same thing.

4.21 Federal Reserve Notes are promissory notes.

4.22 Federal Reserve Notes are negotiable instruments.

4.23 All promissory notes are collateral securities in accordance with 12 U.S.C. § 412.

4.24 Each month there was a billing statement generated on the above account.

4.25 A "billing statement" is an unconditional order to pay.

4.26 A "billing statement" or "bill" or any similar language, is another term to describe a "bill of exchange".

4.27 An unconditional order to pay is a bill of exchange.

4.28 Bill of exchange are collateral securities in accordance with 12 U.S.C. § 412.

4.29 All promissory notes produced by SANDRA CASTRO™ are under the purview of 18 U.S.C. § 8.

4.30 All bills of exchange sent to SANDRA CASTRO™ are under the purview of 18 U.S.C. § 8.

4.31 The Federal Reserve Bank is the custodian to pay on behalf or other securities of the United States (18 U.S.C. § 8).

4.32 The nature of "judicial Power" the Constitution vests in federal courts. Art. III § 1.

4.33 The Constitution describes the judicial power as the power to resolve cases and controversies. Art III, § 2, cl. 1.

4.34 The Constitution delegates authority to life-tenured judges. Art. III, § 1.

4.35 On 02/18/2023 – Notice – Attempt to Lawfully Settle Debt and enclosed negotiable instrument dated 2/14/23 in the amount of $1,544.21 was mailed to RPU via USPS Certified Mail Article #7022-0410-0001-1858-3970 (Exhibit A attached).

4.36 On 02/21/2023 at 11:55am - USPS Certified Mail Article #7022-0410-0001-1858-3970 was received by RPU.

4.37 PS Form 3811 #9590-9402-7513-2098-1893-80 regarding USPS Certified Mail Article #7022-0410-0001-1858-3970 was returned signed in blue ink by Dana Stewart, agent for RPU (Exhibit B attached).

4.38 On 03/09/2023 – Alma Franco, CITY OF RIVERSIDE Utilities Customer Service Manager, mailed a letter (Exhibit C attached) acknowledging receiving USPS Certified Mail

Article #7022-0410-0001-1858-3970. A non-sequitur, a non-responsive reply without bona fide evidence of loss, harm, or damage within a commercially reasonable amount of time.

4.39 On 03/09/2023 – Alma Franco stated "The documents included a copy of the bill dated 01/19/23 with handwritten notes. Handwritten notes on bills do not constitute a valid form of payment. Enclosed are copies of Water Rule 5 and Electric Rule 5…", she also enclosed copies of the private corporate policy that apply to RPU and not to living men and women other than by consent.

4.40 On 03/09/2023 – Alma Franco on behalf of RPU refused negotiable instrument dated 2/14/23 in the amount of $1,544.21.

4.41 Alma Franco on behalf of RPU did not return the negotiable instrument tendered for $1,544.21.

4.42 On 02/18/2023 – Tender of payment was made, U.C.C. § 3-603.

4.43 Refer to *Guaranty Trust Co of Ny v. Henwood et al.*, 307 U.S. 247 (FN3).

4.44 The definition of "payment" is: "The fulfillment of a promise, or the performance of an agreement".

4.45 One definition for "tender" is: "The offer of performance, not performance itself, and, when unjustifiably refused, places other party in default and permits party making tender to exercise remedies for breach of contract".

4.46 The above definition is in accord with U.C.C. § 3-603(b).

1    4.47 As an operation of law, upon rejection and/or sending back coupon/payment adherent to

2    U.C.C. § 3-104, then the obligation is discharged fully to the amount tendered thereof (U.C.C. §

3    3-603).

4

5    4.48 Had someone spoken to Sandra Castro about her options, she would have done a special

6    indorsement on any instruments to properly perform.

7

8    4.49 RPU ignored orders and questions from Sandra Castro and did not apply the credit to the

9    account.

10

11    4.50 Sandra Castro was compelled until about 11/2023 to use Federal Reserve Notes to

12    improperly perform on this account by mistake, under duress, and fear of reprisal,

13    discontinuation of service or other financial consequences or possibility of hardships being

14    imposed on my family.

15

16    4.51 On 01/06/2024 – RPU posted on front screen door of my home located at 10564 Young

17    Street, Riverside [92505], California Republic, an incomplete instrument, U.C.C. § 3-115.

18

19    4.52 DISCONTINUATION OF SERVICE NOTICE was addressed to SANDRA CASTRO™ –

20    a fictious person that does not exist. Notice was defective.

21

22    4.53 On 01/08/2024 – Settlement Agreement Private Contract No. RPU-SC-01072024 was

23    mailed to RPU via USPS certified mail article #9589-0710-5270-0558-5083-21. Enclosed copies

24    of Notice of Common Law Trademarks/Security Agreement and Proof of Publication (Exhibit D

25    attached).

26

27    4.54 On 01/10/2024 at 9:09am - USPS certified mail article #9589-0710-5270-0558-5083-21

28    was received by RPU.

4.55 On 01/10/2024 – PS Form 3811 #9590-9402-5614-9214-3832-60 was postmarked and returned signed in black ink by Dana Stewart, agent for RPU (Exhibit E attached).

4.56 On 01/17/2024, 01/24/2024, 02/17/2024, 04/19/2024, 04/23/2024, 05/22/2024, 06/24/2024 – billing statement arrived in the mailbox from RPU addressed to SANDRA CASTRO™ (a fictitious person that does not exist) – unauthorized use of trademark (15 U.S.C. § 1125). These were refused and returned to sender.

4.57 On or about 01/24/2024, 01/30/2024, 04/12/2024, 04/18/2024, 04/24/2024, 04/30/2024, 06/25/2024 – agent(s) of RPU trespassed (without consent, notice, or lawful authority) on private property (California Penal Code § 602 PC), shut-off running water to my home without due process of law, lawful notice, court order, or judgment. Effectively depriving my family and me, under color of authority, of God-given and Constitutionally-secured rights, maliciously subjecting my family and me to substandard living conditions by shutting off running water to the home, and exposing my family and me to deprivation and health risks, and inflicting emotional and psychological distress and undue financial burden.

4.58 On 01/30/2024 – agent of RPU trespassed on private property, littered by leaving NOTICE OF CALL to unknown address/addressee. Notice threatened additional charges to compel performance – extortion under cohersive means. This was refused and returned to sender on 01/31/2024.

4.59 On 01/31/2024 – agent of RPU trespassed on private property, littered by leaving NOTICE OF CALL to unknown address/addressee. Notice threatened additional charges to compel performance – extortion under cohersive means. This was refused and returned to sender on 02/12/2024, and again on 02/22/2024 after the post office returned mailing dated 02/12/2024.

1    4.60 On 01/31/2024 – First and Only Notice and Warning of Commercial Grace dated
2    01/31/2024, was mailed to RPU via USPS certified mail article #9589-0710-5270-0894-5741-34
3    (Exhibit F attached).

4

5    4.61 On 02/05/2024 at 10:07am - First and Only Notice and Warning of Commercial Grace
6    USPS certified mail article #9589-0710-5270-0894-5741-34 was received by RPU.

7

8    4.62 On 02/05/2024 – PS Form 3811 #9590-9402-5614-9274-4041-49 was postmarked and
9    returned signed in blue ink by Dana Stewart, agent for RPU (Exhibit G attached).

10

11   4.63 On 02/05/2024 – agent of RPU trespassed on private property, littered by leaving Final
12   Notice - NOTICE OF CALL to unknown address/addressee. Notice threatened additional
13   charges to compel performance – extortion under cohersive means. This was refused and
14   returned to sender on 02/12/2024, and again on 02/22/2024 after the post office returned mailing
15   dated 02/12/2024.

16

17   4.64 On 02/12/2024 – NOTICE OF RETURN OF ERRONEOUS PRESENTMENTS dated
18   02/12/2024 was mailed to RPU via USPS certified mail article #9589-0710-5270-0558-5083-52.

19

20   4.65 On 02/13/2024 – A letter dated 01/31/2024, arrived in the mailbox, from Alma Franco, City
21   of Riverside Utilities Customer Service Manager, in response to Settlement Agreement Private
22   Contract No. RPU-SC-01072024 dated 01/08/2024. A non-sequitur, a non-responsive reply
23   without bona fide evidence of loss, harm, or damage within a commercially reasonable amount
24   of time (Exhibit H attached).

25

26   4.66 On 02/22/2024 – NOTICE OF RETURN OF ERRONEOUS PRESENTMENTS dated
27   02/12/2024 mailed to RPU via USPS certified mail article #9589-0710-5270-0558-5083-52 was
28   returned from the post office.

Sandra Castro Verified Complaint

4.67 On 02/22/2024 – NOTICE OF RETURN OF ERRONEOUS PRESENTMENTS dated 02/12/2024 was mailed to RPU via USPS certified mail article #9589-0710-5270-0558-5084-13 (Exhibit I attached).

4.68 On 02/26/2024 at 10:43am - NOTICE OF RETURN OF ERRONEOUS PRESENTMENTS dated 02/12/2024 USPS certified mail article #9589-0710-5270-0558-5084-13 was received by RPU.

4.69 On 02/26/2024 – PS Form 3811 #9590-9402-5614-9274-4040-71 was postmarked and returned signed in black ink by Dana Stewart, agent for RPU (Exhibit J attached).

4.70 On 02/26/2024 – 2 agents on behalf of RPU trespassed on private property, littered by leaving TREE MAINTENANCE NOTICE to unknown address/addressee. Rigoberto Sanchez, Foreman, for West Coast Arborist, Inc., only left a notice on my home out of the entire block. No tree maintenance was done thereafter.

4.71 On 02/26/2024, 03/18/2024, 03/22/2024 – billing statement arrived in the mailbox from RPU addressed to SANDRA CASTRO$^{TM}$ (a fictitious person that does not exist) – unauthorized use of trademark (15 U.S.C. § 1125).

4.74 On 03/04/2024 – agent of RPU trespassed on private property.

4.75 On 03/20/2024 – 2 agents of RPU trespassed on private property. Agents arrived in oversize utility truck without a lawful court order. Went around the back to see how to access the electric pole.

4.76 On 03/23/2024 – NOTICE AND DEMAND and INVOICE SC-RPU-032324 Verified Statement of Account – USPS Certified Mail Article #9589-0710-5270-0558-5378-95 were mailed to RPU (Exhibit K attached).

4.77 On 03/26/2024 at 9:31am – NOTICE AND DEMAND and INVOICE SC-RPU-032324 Verified Statement of Account – USPS Certified Mail Article #9589-0710-5270-0558-5378-95 were received by RPU.

4.78 PS Form 3811 #9590-9402-8280-3094-0947-93 was returned signed in blue ink by Andrew Galvan, agent for RPU (Exhibit L attached).

4.79 On 03/27/2024 – 2 agents of RPU trespassed on private property. With malice, under false pretenses, conspired together and falsely engaged the neighbors to gain access to the electric pole. These agents retaliated against my family and me by cutting off electricity to my home without due process of law, a lawful court order, or court judgment. Effectively depriving my family and me, under color of authority, of God-given and Constitutionally-secured rights, maliciously subjecting my family and me to substandard living conditions by shutting off electricity to the home, and exposing my family and me to deprivation and health risks, and inflicting emotional psychological distress and undue financial burden.

4.80 On 04/08/2024 – to further harass my family and me, another agent of RPU trespassed on private property with signage posted. This agent loitered leaving an erroneous presentment posted on the screen door – the NOTICE OF METER RE-READ to unknown addressee and alleged "In compliance with your request, we have re-read the: electric meter". This was refused and returned to sender on 04/10/2024.

4.81 On 04/10/2024 – Cover Letter – DEFAULT NOTICE IN AFFIDAVIT FORM, NOTICE OF DEFAULT IN AFFIDAVIT FORM, and Certification on Non-Response were mailed to RPU via USPS Certified Mail Article #9589-0710-5270-0558-5379-87 (Exhibit M attached).

4.82 On 04/12/2024 at 9:14am – Cover Letter – DEFAULT NOTICE IN AFFIDAVIT FORM, NOTICE OF DEFAULT IN AFFIDAVIT FORM, and Certification on Non-Response mailed via USPS Certified Mail Article #9589-0710-5270-0558-5379-87 were received by RPU.

4.83 On 04/12/2024 – PS Form 3811 #9590-9402-7745-2152-9600-13 was postmarked and returned signed in black ink in by Dana Stewart, agent for RPU (Exhibit N attached).

4.84 No response was received from RPU regarding NOTICE AND DEMAND and INVOICE SC-RPU-032324 Verified Statement of Account – USPS Certified Mail Article #9589-0710-5270-0558-5378-95 in a commercially reasonable amount of time.

4.85 On 04/24/2024 at about 2:23pm – agent for RPU returned and stopped at water meter. Water meter was removed by RPU agent.

4.86 On or about 06/26/2024 – RCEO trespassed on private property, without consent or lawful authority, and to further harass, discriminate, and retaliate, singled-out my home and alleged completing a code enforcement "observation" on my home.

4.87 On 06/26/2024 – RCEO created a fraudulent document titled Letter dated June 26, 2024 RE: 10564 YOUNG ST (18 U.S.C. § 1001) and mailed via United States Postal Services (18 U.S.C. § 1952) a copy my home and another to the owner of the home, Daphne Shen with intent to commit unlawful activity.

1   4.88 On 06/26/2024 – RCEO without consent, lawful authority, or a contractual agreement

2   disclosed private information to my landlord violating privacy rights with intent to intimidate,

3   oppress, and coherse submission to their unlawful Riverside Municipal Codes.

4

5   4.89 On 06/26/2024 – Under malicious false pretenses, RCEO involved a 3rd party, the home

6   owner Daphen Shen, in this matter in which she is not a party. Forced Daphne Shen to compel

7   under duress of being fined $1,000/day for alleged Riverside Municipal Code violations on part

8   of the "occupant" that do not apply to the living men and women unless by contract or consent.

9   Letter was defective, rejected, and returned to RCEO.

10

11  4.90 On 06/26/2024 – Daphne Shen, home owner (who lives in Irvine, California), emailed

12  myself and Kurt Leutz that she received Letter dated June 26, 2024 RE: 10564 YOUNG ST from

13  RCEO.

14

15  4.91 On 06/27/2024 – My landlord, Karen Lu, who is not a party to this matter, also emailed

16  regarding me the Letter dated June 26, 2024 RE: 10564 YOUNG ST. Private information was

17  disclosed to my landlords by RCEO without consent, lawful contract, or lawful authority.

18

19  4.92 On 06/28/2024 – An unlawful NOTICE AND ORDER ADMINISTRATIVE CIVIL

20  PENALTIES dated June 28, 2024 was posted on the garage door of my home located at 10564

21  Young Street, Riverside [92505], California Republic.

22

23  4.93 On 06/28/2024 – RCEO created the fraudulent (18 U.S.C. § 1001) NOTICE AND ORDER

24  ADMINISTRATIVE CIVIL PENALTIES dated June 28, 2024, trespassed on private property

25  with malicious and capricious intent to discriminate, harass, extort, and coherse my family and

26  me into submission to unlawful Riverside Municipal Codes ("RMC") that apply to corporations

27  and not to living men and women.

28

4.94 On 06/28/2024 – RCEO created fraudulent NOTICE AND ORDER ADMINISTRATIVE CIVIL PENALTIES dated June 28, 2024 with intent to defraud and extort by imposing fines of $1,000/day starting 06/26/2024, without lawful authority, for alleged RCM violations that do not apply to living men or women.

4.95 06/28/2024 – RCEO posted fraudulent NOTICE AND ORDER ADMINISTRATIVE CIVIL PENALTIES dated June 28, 2024 without providing due process of law as "civil penalties" started 06/26/2024 according to this fraudulent notice.

4.96 On 06/28/2024 – RCEO posted fraudulent NOTICE AND ORDER ADMINISTRATIVE CIVIL PENALTIES dated June 28, 2024 addressed to "occupant". Notice was defective, rejected, and returned to RCEO.

4.97 On 06/28/2024 – I observed a multitude of homes around the block of 10564 Young Street with numerous "RMC" violations; however, my home was the only one that was singled-out on this date. No other home in the neighborhood had a notice posted for RMC alleged violations from RCE.

4.98 On 06/28/2024 – Letter dated June 26, 2024 RE: 10564 YOUNG ST created by RCEO arrived in the mailbox addressed to "occupant". Notice was defective, rejected, and returned to RCEO.

4.99 On 06/29/2024 – NOTICE OF REJECTION – Alleged Case #CE-24-06621, Rejected NOTICE AND ORDER ADMINISTRATIVE CIVIL PENALTIES dated June 28, 2024, and Rejected Letter dated June 26, 2024 RE: 10564 YOUNG ST were mailed to RCE via USPS Certified Mail Article #9589-0710-5270-0982-2763-60 (Exhibit O attached).

4.100 On 07/08/2024 – NOTICE OF REJECTION – Alleged Case #CE-24-06621, Rejected NOTICE AND ORDER ADMINISTRATIVE CIVIL PENALTIES dated June 28, 2024, and Rejected Letter dated June 26, 2024 RE: 10564 YOUNG ST - USPS Certified Mail Article #9589-0710-5270-0982-2763-60 were received by RCE.

4.101 On 07/08/2024 – PS Form 3811 #9590-9402-5613-9274-6137-26 was postmarked and returned signed in black ink by Leo Lizaul, agent for RCE (Exhibit P attached).

4.102 On 06/30/2024 – home owner, Daphne Shen, and daughter of landlord, Christine Lu, stopped by home unannounced located at 10564 Young Street, Riverside [92505], California Republic. Daphne followed up on Letter dated June 26, 2024 RE: 10564 YOUNG ST she received from RCE on 06/26/2024.

4.103 On 06/30/2024 – Sadly, I explained to Daphne Shen, homeowner, that RPU engaged RCE in a ruse to further retaliate, discriminate, harass, and impose unjust civil penalties by confusing and fraudulently creating documents to compel my landlords to harass/evict my family and me from our home, which we have lived in since March 2013.

4.104 On 06/30/2024 – I encouraged Daphne Shen and Christine Lu to go around the block of 10564 Young Street and observe for themselves the conditions of the other homes. I personally pointed out the home on corner of Bingham and Young Street with a portable restroom in the front yard, living room furniture out on the yard, trailers not parked in driveway, overwhelming number of trash and debris; another one down Bingham has 3 trucks not parked on the driveway; another one on the corner of Bingham and Hole Avenue has trash, junk, inoperable cars out front, cardboard canopy over garage, living room furniture, etc.

4.105 On 06/30/2024 – I clarified to Daphne Shen that she is not a party to the matter between myself and RPU and can reject any offer to contract, especially when made with malicious intent

1  to defraud. Daphne returned and took pictures of the garage; confirming no evidence of unlawful

2  activity. Daphne also stated to Kurt Leutz that out house was not even bad in comparison to the

3  other homes in the block. Kurt pointed out to Daphne that the notice was addressed to

4  "occupant" and not to any of the living people in the home. CITY OF RIVERSIDE has been

5  noticed about our trademarks – KURT MICHAEL LEUTZ™ and SANDRA CASTRO™, and

6  have been published in the Business Journal. Daphne Shen was given verbal notice about our

7  trademarks and public notice, too. Hence, the notices being addressed to "occupants".

8

9  4.106 On 07/01/2024 – A copy of NOTICE AND ORDER ADMINISTRATIVE CIVIL

10  PENALTIES dated June 28, 2024 addressed to "occupant" arrived in the mailbox. This was

11  refused and returned to sender sealed on 07/01/2024.

12

13  4.107 On 07/02/2024 – A copy of NOTICE AND ORDER ADMINISTRATIVE CIVIL

14  PENALTIES dated June 28, 2024 addressed to "occupant" arrived in the mailbox via USPS

15  certified mail. This was refused and returned to sender sealed on 07/03/2024.

16

17  4.108 On 07/02/2024 – A billing statement from RPU addressed to SANDRA CASTRO™ was

18  redelivered by the USPS. This was refused and returned to sender on 07/03/2024.

19

20  4.109 On 07/02/2024 – Kurt Leutz and I spoke on the phone with Karen Lu, landlord, regarding

21  the fraudulent notices created, posted, and mailed by USPS mail and certified mail to us by

22  RCEO. I explained that my family and I have been targeted and victimized by the RPU due to a

23  private matter between myself and RPU. RPU weaponized RCE to retaliate, intimidate, and

24  harass into submission of unlawful codes. She was clarified that both herself and Yarran Lu

25  (landlords), and Daphne Shen (homeowner) are not a party to the matter, and that code is not

26  law. We have not committed a crime, and are not subject to codes.

27

28

1    4.110 On 07/02/2024 – Karen Lu, landlord, stated that she was worried about the fines and she
2    was advised that a notice is an offer to contract, and she has the right to refuse any offer within
3    72 business hours. RCE is fraudulently attempting to impose fines for codes that do not apply to
4    living men and women. RCE has no authority over private contracts between men or women,
5    and RCE has no authority over private property unless by consent. Karen stated that Daphne was
6    informed by RCEO that she came to the home because she received an alleged complaint of a
7    rooster. Kurt demanded proof of claim for the alleged complaint.

8

9    4.111 On 07/03/2024 – Kurt Leutz and I spoke on the phone with Karen Lu, landlord, and
10   Daphne Shen, homeowner, as Daphne received copies in her mailbox of the fraudulent NOTICE
11   AND ORDER ADMINISTRATIVE CIVIL PENALTIES dated June 28, 2024 created by RCEO.
12   She was encouraged to not accept the offer to contract, reject, and return to RCE. Karen voiced
13   her concerns over RPU filing liens on the property. She was reminded that the notices are fraud,
14   any lien filed against the property would be fraud, the APN (Assessor Parcel Number – a legal
15   fiction) has nothing to do with the matter at hand concerning people domiciled at 10564 Young
16   Street, Riverside [92505] California Republic, and not 10564 YOUNG STREET as maliciously
17   noted by RCEO on her fraudulent notices.

18

19   4.112 On 07/03/2024 – Karen Lu, landlord, asked me when "was the last time payment was
20   made on the account?" I clarified to Karen that it is not an issue of non-payment, as I performed
21   on the account since 02/2023 via a negotiable instrument (U.C.C. § 3-104), that to date RPU has
22   not provided honest accountability for or credited the account for the negotiable instrument
23   tendered. Kurt Leutz further added that since 1933, you cannot pay anything as debt can only be
24   discharged or set-off via negotiable instruments to balance the books. There are only instruments
25   of debt since 1933. I added that RPU is fully aware as I have followed administrative process
26   with due process of law, met their obligation, RPU has not responded to date, and RPU has
27   defaulted.

28

4.113 On 07/03/2024 – I reminded Daphne that she is not a party to this matter, and has the right to not consent and refuse the fraudulent offer. Photos were requested of front yard by Daphne.

4.114 On 07/04/2024 – Daphne Shen, homeowner, texted Kurt Leutz requesting photos of the front yard.

4.115 On 07/05/2024 – I, again, observed the same multitude of homes as on 06/28/2024 and other ones around the block of 10564 Young Street with numerous "RMC" violations. No other home in the neighborhood had a notice posted for RMC violations from RCE.

4.116 On 07/05/2024 – Daphne Shen, homeowner, texted Kurt Leutz requesting photos of the front yard. Kurt provided photos of front yard.

4.117 On 07/05/2024 – Karen Lu, landlord, texted at 6:36pm and then called at 9:42pm.

4.118 On 07/05/2024 at 9:40pm – Yarran Lu, landlord texted "The deadline from code enforcement is 7/6. The penalty on the landlord is 1000 per day tracking back to 6/26. I am Yarran and has a strategy which I need your cooperation. So please answer our phone call."

4.119 On 07/06/2024 at 8:01am – Yarran Lu, texted "could you please let us know your utility account number? We are trying to pay off your balance before today. The utility company is open this morning only. Otherwise we will be fined $1000 a day. Today is the deadline to respond to the city code enforcer. This is Yarran. I have been calling you using 949-279-3245 calling from Taipei. Please answer my calls. Landlord proceeded with sending screenshots of corrective action needed for alleged code violations, to which no consent has been granted.

4.120 On 07/06/2024 at 8:30am – Karen Lu, landlord, texted "We will either restore water service legally or terminate your lease and ask you to vacate the property. So we are taking the

first option but utility company needs us to pay balance first so we need your utility account number. Please let us know your utility account number. Utility company is working till 12:30pm today."

4.121 On 07/06/2024 at 8:31am – I responded to landlords/homeowner: "Hello all, thank you sharing. We sincerely appreciate it, however we have not consented to any proceedings and do not accept the offer. We will keep you informed on the proceedings against the CITY OF RIVERSIDE. You are not a party. Enjoy your day."

4.122 On 07/06/2024 at 8:35pm – Karen Lu responded "We will start a new account under our name. You can continue to fight with your law suit. Your decision will put us in deep financial trouble if you don't agree with our approach. I hoped you can understand that ultimately city is going to fine the landlord."

4.123 On 07/06/2024 at 8:37am – I responded "Thank you for your offer, we do not accept your proposal or consent to your proceedings. If you proceed with an unlawful eviction for no cause, we will counter sue you for unlawful eviction. Please cease and desist all communication except through notice sent with USPS certified mail under penalty of perjury. All rights reserved, without prejudice U.C.C. § 1-207/ U.C.C. § 1-308. Thank you."

4.124 On 07/06/2024 at 8:40am – Karen Lu called again. Karen also emailed "City code enforcer is chasing us the landlords." She also attached a copy of fraudulent NOTICE AND ORDER ADMINISTRATIVE CIVIL PENALTIES dated June 28, 2024 created by RCEO.

4.125 On 07/06/2024 – Family friend (BD) removed his car from the driveway located at my home at 10564 Young Street – he observed that the next-door neighbor had an old, inoperable, unregistered truck parked on unpaved driveway and had not received a violation notice from RCE.

4.126 On 07/08/2024 – Daphne Shen emailed: "…As you are aware, if we don't take action to clear the violations per City of Riverside Notice and Order Administrative Civil Penalties (Case #CE-24-06621) before 7-6-2024, a penalty of $1000.00 per day may be incurred, and if we don't pay the penalty, they will put a lien on the property and eventually foreclose the property… we definitely can't afford the heavy penalties nor lose the property… the best solution we can take is to terminate the lease. You have been good tenants and I hope you can understand what we have to do just to protect our interests."

4.127 On 07/08/2024 – I responded to Daphne Shen: "…we are in compliance with our lease. We comprehend you feel compelled to submit to the extortion of the CITY OF RIVERSIDE. We comprehend why you are bending over to the extortion being committed by the CITY OF RIVERSIDE and will be ready to meet you in your lengthy and costly court proceedings regarding your unlawful eviction with no cause. Kindly cease and desist communication except through notice sent by USPS certified mail signed under penalty of perjury. You are not a party. We do not accept your offer to contract and we do not consent to your proceedings. All rights reserved, without prejudice U.C.C. § 1-207/U.C.C. § 1-308."

4.128 On 07/12/2024 at about 3:25pm – I was home alone with my young daughter, sitting out in the front yard, reading the Declaration of Independence. Kurt Leutz was out of the home momentarily. Suddenly, without consent, prior notice, or lawful authority, an unknown Hispanic male, heavy set man about 300 pounds, wearing sun glasses, black hair, bearded with slightly pronounce goatee, and a shirt with "CODE ENFORCEMENT" and "CITY OF RIVERSIDE" markings, crept up behind My daughter and me, without announcing himself or consent, trespassed onto private property of 10564 Young Street, Riverside [92505], California Republic, with signage posted noticing the public of private property.

4.129 Unknown agent of RCE, proceeded to post another fraudulent "NOTICE AND ORDER TO ABATE", dated July 12, 2024, on the sidewall of the home below window, addressed to

1  Owner of Records: Shen Koju Daphne/ Lu Yarran Alan/ Lu Karren Hwang/ Lu Kristine Jiayun -

2  who are not a party to this matter and live elsewhere, identifying address as 10564 Young Street,

3  CA 92505, and identifying Assessor Parcel Number: 143-080-011.

4

5  4.130 This unknown agent of RCE parked the RCE truck (CA license plate 1245193)

6  inconspicuously in front of the corner house and out of sight when there was wide open parking

7  in front of my home. He was accompanied by a second unknown agent of RCE – a thin,

8  Caucasian male, short black hair with widow's peak, who was filming and had no markings on

9  his black shirt.

10

11  4.131 I felt threatened, and feared for my daughter's and my safety and well-being, as this

12  heavy-set unknown agent for RCE proceeded to trespass without my consent, notice, or lawful

13  authority on private property. This heavy-set unknown agent for RCE violated my privacy by

14  filming and taking pictures of my daughter and me on private property (California Penal Code §

15  647(J)) without consent (violation of copyright/trademark - 15 U.S.C. § 1125), of my home

16  located at 10564 Young Street, Riverside [92505], California Republic as he posted another

17  fraudulent "NOTICE AND ORDER TO ABATE", dated July 12, 2024 with malicious intent to

18  further oppress my family and me, defraud, and extort under color of authority.

19

20  4.132 I verbally noticed this heavy-set unknown agent of RCE about trespassing on private

21  property, requested proof of claim for his cause of action, requested proof of claim for lawful

22  authority. I requested this heavy-set unknown agent of RCE to identity himself and address,

23  provide proof of his oath of office, provide proof of his surety bond. This heavy-set unknown

24  agent of RCE failed to provide proper identification, proof of oath of office, proof of surety bond

25  or even a business card.

26

27  4.133 Heavy-set unknown agent of RCE, simply stated that he is "Enrique, CITY OF

28  RIVERSIDE CODE ENFORCEMENT Officer." I specifically rejected his fraudulent "NOTICE

1   AND ORDER TO ABATE", dated July 12, 2024 and noticed him: "I do not accept your offer to

2   contract and I do not consent to your proceedings". I asked him to remove his trash, and he

3   refused stating it's a "legal notice", not lawful. I demanded proof of a valid lawful notice or court

4   order signed by a judge. Heavy-set unknown agent of RCE failed to provide a lawful notice.

5

6   4.134 I walked heavy-set unknown agent of RCE off private property and noticed him that he:

7   "was trespassing upon The People... that he was outside of his jurisdiction... that he was not

8   welcomed here...that I do not accept your offer to contract and I do not consent to your

9   proceedings...". He remanded: "speak to your landlords!" about this; however, landlords are not

10  a party. Once off the private property, heavy-set agent of RPU exclaimed: "we are off your

11  property and cannot film me on public property!" To which I clarified that I have the right to

12  film public servants on public property while on duty.

13

14  4.135 At this time, I noticed the second unknown agent standing by RCE truck. I asked who he

15  was, and heavy-set agent of RCE replied that he was with him. I demanded identification from

16  this second unknown agent. This second unknown agent failed to provide identification and

17  retreated to the truck. Again, I rejected "NOTICE AND ORDER TO ABATE", dated July 12,

18  2024 by verbally noticing RCE agents as follows: "I do not accept your offer to contract and I do

19  not consent to your proceedings. All rights reserved, without prejudice U.C.C. § 1-207/ U.C.C. §

20  1-308."

21

22  4.136 These two unknown RCE agents proceeded down the block and posted a notice at 10597

23  Young Street, Riverside [92505], California Republic. I observed the second agent was not

24  filming while at 10597 Young Street. I refused and returned the trash, "NOTICE AND ORDER

25  TO ABATE", dated July 12, 2024, that heavy-set agent of RCE left at my home, taped it to the

26  hood of their truck, and one of the agents retrieved the notice as they exited the block.

27

28

4.137 Upon research through RCE website, case number 24-03328, was assigned to a RCE named Jerry Ozeta for that address. The list of open RCE cases, last updated 06/20/2024, was used to identity the heavy-set unknown RCE agent as "Enrique Barboza."

4.138 On 07/13/2024 – USPS Final Notice, regarding Article #9507-1070-1926-4187-3609-67 arrived in the mailbox from KOJU SHEN addressed to SANDRA CASTRO™, a fictitious person that does not exist – unauthorized use of trademark (15 U.S.C. § 1125).

4.139 On 07/15/2024 at about 10:47am – Landlord Yarran Lu arrived and parked in front of my home, unannounced. He was filming and taking photos from the street in a White Tesla, CA license plate 8SQV638. He asked to speak with me, and I kindly reminded him to send written notice. He also called. Yarran continues to invade my family's and my privacy unwarranted.

## V. CAUSE OF ACTION

### First Cause of Action – Breach of Contract

5.1 Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effects as if the same were set forth at length therein.

5.2 RPU has an obligation and duties to ensure that U.C.C. Article 2 is properly followed.

5.3 A contract is an agreement between two like parties that is enforceable by law. A contract is created through an offer by one party, acceptance of the offer by another party, and the exchange of consideration between the parties. Consideration is when the parties provide each other with something of value. A breach of contract occurs when one party to the contract does not fulfill their obligation to the other party.

1  5.4 The definition of "payment" is: "The fulfillment of a promise to pay, or the performance of
2  an agreement."

3

4  5.5 One definition for "tender" is: "The offer of performance, not performance itself, and, when
5  unjustifiably refused, places the other party in default and permits party making tender to
6  exercise remedies for breach of contract".

7

8  5.6 The above definition is in accord with U.C.C. § 3-603(b).

9

10  5.7 Had someone spoken to Sandra Castro about her options, she would have done a special
11  indorsement on any instruments to properly perform.

12

13  5.8 RPU ignored the orders and questions (15 U.S.C. § 1601) of Sandra Castro, did not apply the
14  credit to the account from negotiable instrument in accord with U.C.C. § 3-104 tendered (U.C.C.
15  § 3-603) in February 2023 for the amount of $1,544.21, and failed to return an instrument for
16  same value tendered with malicious, capricious, ill intent to commit fraud on Sandra Castro and
17  SANDRA CASTRO™.

18

19                          Second Cause of Action – Breach of Fiduciary Duties

20

21  5.9 Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though
22  fully stated herein with the same force and effects as if the same were set forth at length therein.

23

24  5.10 RPU has an obligation and duties to ensure that U.C.C. § 3-307 is properly followed.

25

26  5.11 "Fiduciary" means an agent, trustee, partner, corporate officer or director, or other
27  representative owing a fiduciary duty with respect to an instrument.

28

5.12 "Represented person" means the principal, beneficiary, partnership, corporation, or other person to whom the duty stated in paragraph (5.11) is owed.

5.13 If (i) an instrument is taken from a fiduciary for payment or collection or for value, (ii) the taker has knowledge of the fiduciary status of the fiduciary, and (iii) the represented person makes a claim to the instrument or its proceeds on the basis that the transaction of the fiduciary is a breach of fiduciary duty.

5.14 SANDRA CASTRO™ is beneficiary of RPU.

5.15 RPU has a fiduciary duty to the financial success of SANDRA CASTRO™.

5.16 RPU is paid to ensure the law is correctly applied with respect to SANDRA CASTRO™.

5.17 RPU has an obligation and duties to ensure that U.C.C. Article 3 is properly followed.

5.18 RPU has an obligation and desire to ensure that the Emergency Banking Act of 1933 is followed.

5.19 Once presented with orders and conditional acceptances above, RPU never attempted to clarify or perform for Sandra Castro or SANDRA CASTRO™.

5.20 RPU follows 12 U.S.C. § 412.

5.21 RPU acknowledges that it would in the best interest of their beneficiaries to do special indorsements on negotiable instruments.

1   5.22 RPU acknowledges that, if clients knew how to do a special indorsement, a vast majority

2   would do it.

3

4   5.23 RPU never mentioned to either Sandra Castro or SANDRA CASTRO™ about the benefits

5   of special indorsements.

6

7   5.24 This harmed SANDRA CASTRO™ by having an imbalanced account, and harmed Sandra

8   Castro by having to work to acquire extraneous and entirely irrelevant Federal Reserve Notes

9   with malicious intent to oppress me into slavery and traffick SANDRA CASTRO™.

10

11   5.25 This breach of fiduciary duty has caused years of anxiety and depression over the

12   unnecessary use of extraneous Federal Reserve Notes.

13

14           Third Cause of Action – 18 U.S.C. § 1348 (Securities and Commodities Fraud)

15

16   5.26 Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though

17   fully stated herein with the same force and effects as if the same were set forth at length therein.

18

19   5.27 Pursuant to 18 U.S.C § 1348 - Whoever knowingly executes, or attempts to execute, a

20   scheme or artifice — (1) to defraud any person in connection with any commodity for future

21   delivery, or any option on a commodity for future delivery, or any security of an issuer with a

22   class of securities registered under section 12 of the Securities Exchange Act of 1934 (15 U.S.C.

23   § 78l) or that is required to file reports under section 15(d) of the Securities Exchange Act of

24   1934 (15 U.S.C. § 78o(d)); or (2) to obtain, by means of false or fraudulent pretenses,

25   representations, or promises, any money or property in connection with the purchase or sale of

26   any commodity for future delivery, or any option on a commodity for future delivery, or any

27   security of an issuer with a class of securities registered under section 12 of the Securities

28   Exchange Act of 1934 (15 U.S.C. § 78l) or that is required to file reports under section 15(d) of

the Securities Exchange Act of 1934 (15 U.S.C. § 78o(d)); shall be fined under this title, or imprisoned not more than 25 years, or both.

5.28 Plaintiff was never informed as to these instruments being negotiable.

5.29 Plaintiff was never informed of various optional indorsements in accordance with U.C.C. Article 3.

5.30 Plaintiff has a responsibility to avail herself of her optional indorsements, but RPU could have spent a short period of time to educate plaintiff about indorsements as a part of their fiduciary duties.

5.31 Sandra Castro rescinds all previous blank negotiation under fraud.

5.32 Fraud is due to complete failure of RPU to disclose the terms and options of signing/indorsing above collateral securities.

5.33 This damaged plaintiff materially due to valuable instruments being purloined and not available for plaintiff.

5.34 Due to Sandra Castro's signature being the birth value for all the above negotiable instruments, Sandra Castro and SANDRA CASTRO™ are the secured parties to all transactions in this deal.

5.35 Each individual credit transaction on this account would be a separate charge of this felony.

Fourth Cause Action – 18 U.S.C. § 242 (Deprivation of rights secured by the Constitution under color of law)

5.36 Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effects as if the same were set forth at length therein.

5.37 Pursuant to 18 U.S.C. § 242 – Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated Sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

5.38 The definition of "payment" is: "The fulfillment of a promise to pay, or the performance of an agreement."

5.39 One definition for "tender" is: "The offer of performance, not performance itself, and, when unjustifiably refused, places the other party in default and permits party making tender to exercise remedies for breach of contract".

5.40 Payment tendered, dated 2/14/23, was mailed on 02/18/2023 for $1,544.21 in accordance with U.C.C. § 3-104, USPS Certified Mail Article #7022-0410-0001-1858-3970.

5.41 USPS Certified Mail Article #7022-0410-0001-1858-3970 was received by RPU on 02/21/2023 at 11:55am.

5.42 RPU did not accept and failed to return the negotiable instrument.

5.43 Payment was tendered. U.C.C. § 3-603.

5.44 Sandra Castro continued to use Federal Reserve Notes to improperly perform on this account after being misinformed by UCSM, in her letter dated 03/09/2023, and out of fear of discontinuation of service and negative financial consequences.

5.45 Sandra Castro requested validation of debt from RPU.

5.46 Sandra Castro did not refuse to pay, but rather promised to discharged debt upon validation of debt provided by RPU.

5.47 RPU failed to respond to with bona fide evidence of loss, harm, or damage and fiduciary responsibility within a commercially reasonable amount of time.

5.48 Then on 01/24/2024, 01/30/2024, 04/12/2024, 04/18/2024, 04/24/2024, 04/30/2024, 06/25/2024 - RPU without lawful notification, due process of law, lawful court order, or court judgment turned off running water to my home.

5.49 On 03/27/2024 - RPU without lawful notification, due process of law, lawful court order, or court judgment turned off electricity to my home.

5.50 RPU effectively deprived my family and me, under color of authority, of God-given and Constitutionally-secured rights by denying due process, denying equal protection under the law, denying access to life, liberty, health, and pursuit of happiness.

5.51 RPU subjected my family and me to substandard living conditions by shutting off running water and electricity to the home, and harming and exposing my family and me to deprivation and health risks, and inflicting emotional psychological distress, hardship and undue financial burden.

Fifth Cause Action – 18 U.S.C. § 241 (Conspiracy against rights secured by the Constitution)

5.52 Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effects as if the same were set forth at length therein.

5.53 Pursuant to 18 U.S.C. § 241 – If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured — They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

5.54 RPU follows all State and Federal laws.

5.55 RPU has an obligation and duties to ensure oath of office (5 U.S.C. § 3331) is followed in service and benefit to the People of the State of California.

5.56 RPU has an obligation and duties to ensure that California Revised Code 460.1. Public officers and employee's official bonds are followed.

5.57 RPU and RCE are not for-profit organizations acting as government.

5.58 From about 01/06/2024-current date, RPU has colluded with various agents of RPU to deprive my family and me of running water and electricity, under the color of authority, without a lawful court order or judgment. Depriving my family and me of liberty, access to health, denying due process and protection under the law, and maliciously inflicting difficulty and undue financial burden, stress, anxiety, and depression.

5.59 Subsequent to RPU receiving negotiable instrument dated 2/14/23 USPS Certified Mail Article #7022-0410-0001-1858-3970, which was not credited to the account and purloined, RPU proceeded and mailed fraudulent billing statements (18 U.S.C. § 1001) using the United States Postal Service to commit unlawful activity (18 U.S.C. § 1952). RPU proceeded to commit unlawful acts regarding assessments and collections of unsubstantiated tax liabilities.

5.60 On or about 06/26/2024 - RPU maliciously and with intent to further harass, intimidate, discriminate, coherse, defraud, and extort my family and me, under color of official right (18 U.S.C. § 1951), colluded with RCE.

5.61 On 06/26/2024-06/28/2024 – RCEO with malice intent to oppress, defraud, and coherse my family and me into forced compliance to contracts not held (18 U.S.C. § 3571) by creating fraudulent NOTICE AND ORDER ADMINISTRATIVE CIVIL PENALTIES dated June 28, 2024, and Letter dated June 26, 2024 RE: 10564 YOUNG ST (18 U.S.C. § 1001) to intimidate

my family and me, and coherse the landlords to harass/evict my family and me from our home, under color of authority, by threatening to impose unjust and unlawful fines starting at $1,000 per day for 7 alleged "RMC" violations and backdating to 06/26/2024.

5.62 On or about 06/26/2024-06/28/2024 – RCEO used the United States Postal Service to mail copies of fraudulent and erroneous NOTICE AND ORDER ADMINISTRATIVE CIVIL PENALTIES dated June 28, 2024, and Letter dated June 26, 2024 RE: 10564 YOUNG ST to both myself and the homeowner with intent to commit unlawful activity (18 U.S.C § 1952).

5.63 On or about 06/26/2024-06/28/2024 – RCEO reported to Daphne Shen that she completed an investigation of my home due a complaint she received about a rooster.

5.64 On 02/22/2024 – NOTICE OF RETURN OF ERRONEOUS PRESENTMENTS dated February 12th, 2024 was mailed to RPU via USPS Certified Mail Article #9589-0710-5270-0558-5084-13 requesting "Bond Number (Insurance and Policy Number)".

5.65 On 02/26/2024 – NOTICE OF RETURN OF ERRONEOUS PRESENTMENTS dated February 12th, 2024 mailed to RPU via USPS Certified Mail Article #9589-0710-5270-0558-5084-13 was received.

5.66 On 03/23/2024 – NOTICE AND DEMAND dated March 23, 2024 was mailed to RPU via USPS Certified Mail Article #9589-0710-5270-0558-5378-95 requesting "certified copy of your oath of office and surety bond be provided within ten (10) calendar days, upon receipt of this notice."

5.67 On 03/26/2024 – NOTICE AND DEMAND dated March 23, 2024 mailed via USPS Certified Mail Article #9589-0710-5270-0558-5378-95 requesting "certified copy of your oath of

1    office and surety bond be provided within ten (10) calendar days, upon receipt of this notice…"

2    was received by RPU.

3

4    5.68 On 04/10/2024 – Cover Letter – DEFAULT NOTICE IN AFFIDAVIT FORM, NOTICE

5    OF DEFAULT IN AFFIDAVIT FORM, and Certification on Non-Response were mailed to

6    RPU via USPS Certified Mail Article #9589-0710-5270-0558-5379-87 requesting "certified

7    copy of your oath of office and surety bond be provided within ten (10) calendar days, upon

8    receipt of this notice."

9

10   5.69 On 04/12/2024 – Cover Letter – DEFAULT NOTICE IN AFFIDAVIT FORM, NOTICE

11   OF DEFAULT IN AFFIDAVIT FORM, and Certification on Non-Response mailed via USPS

12   Certified Mail Article #9589-0710-5270-0558-5379-87 requesting "certified copy of your oath of

13   office and surety bond be provided within ten (10) calendar days, upon receipt of this notice…"

14   were received by RPU.

15

16   5.70 To date, RPU has not responded to multiple requests for certified copies of oath of office

17   and surety bonds.

18

19   5.71 RPU colluded with multiple agents starting from 01/06/2024-current date and RCE to

20   deprive my family and me, under color of authority, of life, liberty, pursuit of happiness; due

21   process of law; equal protection under the law; access to health by cutting off running water and

22   electricity with malicious intent to oppress, defraud, harass, intimidate, and coherse compliance

23   to unlawful codes and forced servitude.

24

25   5.72 RPU and its agents, and RCE and RCEO harmed my family and me by imposing malicious

26   hardship, undue financial burden, anxiety, depression, and exposing us to health risks and

27   deprivation.

28

5.73 RCEO further subjected my family and me to harassment and invasion of privacy by cohersing the landlords through fear of filing fraudulent liens against the APN for alleged code violations at the property.

5.74 On 07/12/2024 – RCE proceeded to further harm and trespass upon my family and me. Two (2) unknown agents without notice, consent, and lawful authority came to my home with malicious intent to oppress, intimidate, extort, and coherse under color of authority to abide to unlawful codes by posting fraudulent "NOTICE AND ORDER TO ABATE", dated July 12, 2024. Notice wrongfully, under false misrepresentation labeled 10564 Young Street, Riverside, CA 92505 as a "dangerous building" pursuant to Riverside Municipal Codes surpassing statute of limitations – codes do not apply to living men or women other than by consent. Notice was addressed to the owners of the record, not a party, and failed to identify the actual people living at 10564 Young Street, Riverside [92505], California Republic.

5.75 RPU and RCE knowingly participated in [a] way, or conspired to do so, in use of extortionate means, (1) to collect or attempt to collect any extension of credit, or (2) to punish any person, Sandra Castro and SANDRA CASTRO$^{TM}$, for the nonrepayment thereof (18 U.S.C. § 894).

Sixth Cause of Action – 15 U.S.C. § 1692(g) (Fair Debt Collection Practices Act (FDCPA))

5.76 Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effects as if the same were set forth at length therein.

5.77 Pursuant to 15 U.S.C. § 1692(g) – (b) Disputed debts - if the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed

1   portion thereof, until the debt collector obtains verification of the debt or a copy of a judgment,

2   or the name and address of the original creditor, and a copy of such verification or judgment, or

3   name and address of the original creditor, is mailed to the consumer by the debt collector.

4   Collection activities and communications that do not otherwise violate this subchapter may

5   continue during the 30-day period referred to in subsection (a) unless the consumer has notified

6   the debt collector in writing that the debt, or any portion of the debt, is disputed or that

7   the consumer requests the name and address of the original creditor. Any collection activities

8   and communication during the 30-day period may not overshadow or be inconsistent with the

9   disclosure of the consumer's right to dispute the debt or request the name and address of the

10  original creditor.

11

12  5.78 RPU has an obligation and desire to ensure that the Emergency Banking Act of 1933 is

13  followed.

14

15  5.79 "No state shall… make any Thing but gold and silver Coin a Tender in Payment of

16  Debts…" (United States Constitution - Article I, Section 10).

17

18  5.80 No one can ask for payment in a specific coin (31 U.S.C. § 5118(d)).

19

20  5.81 There is no money, so no one can demand payment (31 U.S.C. § 3123).

21

22  5.82 RPU has an obligation and duties to ensure that U.C.C. Article 3 is properly followed.

23

24  5.83 Sandra Castro did not refuse to pay, but rather requested validation of debt and promised to

25  discharge the debt.

26

27  5.84 On 01/08/2024 – Settlement Agreement Private Contract No. RPU-SC-01072024 was

28  mailed to RPU via USPS certified mail article #9589-0710-5270-0558-5083-21 requesting

evidence of bona fide proof of claim of loss/harm/damage, i.e. bona fide substantiation of the debt alleged in this matter.

5.85 On 01/10/2024 at 9:09am - USPS certified mail article #9589-0710-5270-0558-5083-21 was received by RPU.

5.86 On 01/18/2024 – RPU sent a non-sequitur debt-collection attempt, a non-responsive reply, without bona fide proof of claim of loss, harm, or damage.

5.87 On 01/31/2024 – First and Only Notice and Warning of Commercial Grace, dated 01/31/2024, was mailed to RPU via USPS certified mail article #9589-0710-5270-0894-5741-34. Notice stated: "…former alleged debt, now debunked as non-existent…"

5.88 First and Only Notice and Warning of Commercial Grace, dated 01/31/2024, stated: "Pursuant to the Fair Debt Collection Practices Act. 15 U.S.C.A §§ 1601.1692 et al, this constitutes timely written notice that I have discharged the alleged debt which was never authorized by me and which has been cancelled in its entirety, without dishonor, on the grounds of false representation and fraud. No judgment has been entered on this matter."

5.89 First and Only Notice and Warning of Commercial Grace, dated 01/31/2024, stated: "15 U.S.C. § 1692 states that a "false, deceptive, and misleading representation, in connection with the collection of any debt," includes the false representation of the character or legal status of any debt. I have incurred no liability for this "assessed" debt."

5.90 On 02/05/2024 at 10:07am - First and Only Notice and Warning of Commercial Grace USPS certified mail article #9589-0710-5270-0894-5741-34 was received by RPU.

5.91 On 02/22/2024 – NOTICE OF RETURN OF ERRONEOUS PRESENTMENTS, dated 02/12/2024, was mailed to RPU via USPS certified mail article #9589-0710-5270-0558-5084-13.

5.92 NOTICE OF RETURN OF ERRONEOUS PRESENTMENTS, dated 02/12/2024, stated to RPU: "You have not provided any consideration to me and have not provided any performance to which I am indebted by an instrument that bears my signature. U.C.C. § 3-401(a). Please exhibit the instrument that contains my signature, obligating me to your demand, under agreement. U.C.C. § 1-201 (3)."

5.93 NOTICE OF RETURN OF ERRONEOUS PRESENTMENTS, dated 02/12/2024, stated: "Please provide me with proof of your claim that you maintain a security interest, U.C.C. § 1-201 (37)(A)…YOU HAVE TEN (10) DAYS WITH WHICH TO COMPLY, FROM RECEIPT OF THIS CERTIFIED MAIL, U.C.C. § 1-204, UNLESS YOU REQUEST AN EXTENSION OF TIME…A lack of response on your part means a fault exists, U.C.C. § 1-201 (16), creating fraud through material misrepresentation which vitiates all forms, contracts, agreements, etc., expressed or implied, from the beginning, U.C.C. § 1-103."

5.94 On 02/26/2024 at 10:43am - NOTICE OF RETURN OF ERRONEOUS PRESENTMENTS dated 02/12/2024 USPS certified mail article #9589-0710-5270-0558-5084-13 was received by RPU.

5.95 On 03/23/2024 – NOTICE AND DEMAND and INVOICE SC-RPU-032324 Verified Statement of Account – USPS Certified Mail Article #9589-0710-5270-0558-5378-95 were mailed to RPU.

5.96 NOTICE AND DEMAND, dated 03/23/2024, stated: "notified, under provisions of Public Law 95-109, § 805-C, THE FAIR DEBT COLLECTION PRACTICES ACT to hereby CEASE AND DESIST in any and all attempts to collect the "alleged" debt…"

5.97 NOTICE AND DEMAND, dated 03/23/2024, stated: " Section 809 of FDCPA, Validation of debts, states, in pertinent part: "(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or any copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector."

5.98 NOTICE AND DEMAND, dated 03/23/2024, stated: "Verification. Confirmation of correctness, truth, or authenticity, by affidavit, oath, or deposition. Affidavit of truth of matter stated and object of verification is to assure good faith in averments or statements of party." Black's Law Dictionary (Sixth Edition) … Please note that the above request for verification can be satisfied only by your provision of a copy of verified proof of claim of loss from the original creditor, admissible as evidence in a court of law, i.e. in the form of affidavit, oath, or deposition, verifying that I have some contractual obligation to pay your company the alleged unpaid debt claimed in your correspondence."

5.99 NOTICE AND DEMAND, dated 03/23/2024, stated: "Please also provide me with a copy of the alleged contract document with the original creditor that bears my wet red-ink signature. If you feel that you and your company are exempt from this FDCPA requirement (15 U.S.C. § 1692(g), please provide the Code section that affords you and your company such exemption."

5.100 NOTICE AND DEMAND, dated 03/23/2024, stated: "To date, the failure of RIVERSIDE PUBLIC UTILITIES to satisfy the request to validate debt has not been met and thus constitutes your, and your company's, absolute waiver of any and all claims against me in this matter, and your tacit agreement to compensate me for all costs and legal fees, should such be

1   necessitated/incurred as a result of your, or your company's, violation of FDCPA and the

2   Rosenthal Act of California in this matter."

3

4   5.101 NOTICE AND DEMAND and INVOICE SC-RPU-032324 Verified Statement of Account

5   – USPS Certified Mail Article #9589-0710-5270-0558-5378-95 were received by RPU.

6

7   5.102 On 04/10/2024 – Cover Letter – DEFAULT NOTICE IN AFFIDAVIT FORM, NOTICE

8   OF DEFAULT IN AFFIDAVIT FORM, and Certification on Non-Response were mailed to

9   RPU via USPS Certified Mail Article #9589-0710-5270-0558-5379-87.

10

11  5.103 On 04/12/2024 at 9:14am – Cover Letter – DEFAULT NOTICE IN AFFIDAVIT FORM,

12  NOTICE OF DEFAULT IN AFFIDAVIT FORM, and Certification on Non-Response were

13  mailed via USPS Certified Mail Article #9589-0710-5270-0558-5379-87 were received by RPU.

14

15  5.104 To date, no response has been received from RPU regarding NOTICE AND DEMAND

16  and INVOICE SC-RPU-032324 Verified Statement of Account – USPS Certified Mail Article

17  #9589-0710-5270-0558-5378-95 in a commercially reasonable amount of time.

18

19  5.105 RPU failed to state a claim upon relief can be granted with malice intent to defraud and

20  extort Sandra Castro and SANDRA CASTRO$^{TM}$.

21

22  5.106 RPU harmed Sandra Castro and her family by creating undue financial hardship through

23  use of extraneous Federal Reserve Notes to improperly perform on this account.

24

25  5.107 RPU damaged SANDRA CASTRO$^{TM}$ through fraud and extortion resulting in an

26  imbalanced account.

27

28              Seventh Cause of Action – 28 U.S.C. § 4101 (Defamation)

5.108 Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effects as if the same were set forth at length therein.

5.109 (1) Defamation —The term "defamation" means any action or other proceeding for defamation, libel, slander, or similar claim alleging that forms of speech are false, have caused damage to reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person. (2) Domestic court. —The term "domestic court" means a Federal court or a court of any State. (3) Foreign court.—The term "foreign court" means a court, administrative body, or other tribunal of a foreign country. (4) Foreign judgment. —The term "foreign judgment" means a final judgment rendered by a foreign court. (5) State. —The term "State" means each of the several States, the District of Columbia, and any commonwealth, territory, or possession of the United States. (6) United states person. — The term "United States person" means — (A) a United States citizen; (B) an alien lawfully admitted for permanent residence to the United States; (C) an alien lawfully residing in the United States at the time that the speech that is the subject of the foreign defamation action was researched, prepared, or disseminated; or (D) a business entity incorporated in, or with its primary location or place of operation in, the United States.

5.110 On or about 06/26/2024-06/28/2024 – RPU made false statements purporting to be fact to RCE regarding alleged unpaid and lack of "utilities" to my home.

5.111 On or about 06/26/2024-06/28/2024 RCEO publicized and communicated false statement to a third person by maliciously and fraudulent creating NOTICE AND ORDER ADMINISTRATIVE CIVIL PENALTIES dated June 28, 2024; Letter dated June 26, 2024 RE: 10564 YOUNG ST; and mailed copies a third party, my landlord/homeowner, Daphne Shen via USPS mail and certified mail to her home in Irvine, California and to my home located at 10564 Young Street, Riverside [92505], California Republic. RCEO trespassed on private property on

06/28/2024 and posted NOTICE AND ORDER ADMINISTRATIVE CIVIL PENALTIES dated June 28, 2024 on the garage door.

5.112 On or about 06/26/2024 – RCEO alleged completing an "observation" of my home pursuant to a complaint received about a rooster. There was no mention or means to remedy the rooster complaint on any of the RCE notices created, published, and communicated to the 3rd party, landlord/homeowners, and posted on my home.

5.113 On 07/12/2024, RCEO 2 trespassed on private property and posted fraudulent "NOTICE AND ORDER TO ABATE", dated July 12, 2024 as he stated: "for not having utilities" and remanded me to "speak to my landlords about it!".

5.114 The above three notices were created, published, and communicated to my landlords/homeowner out of gross negligence on part of RPU and RCE were based on false claims and misrepresentation of unpaid utilities and lack of utilities in my home.

5.115 This resulted in unwarranted invasion of my family's and my privacy, resulting in landlord Karen Lu questioning me on 07/03/2024 when "was the last time payment was made on the account?". Damaged my reputation and credibility, made landlords believe that my family and I broke laws. Violated IV Amendment to be safe and secure in my own property, person, and private documents. And, resulted in homeowner's retaliatory action against my family and me by their decision to terminate the lease and leading my family and I to believe that we will be homeless, inflicting undue emotional and psychological distress, and undue financial burden because they were compelled by the extortion and false written and verbal misrepresentations and slanderous statements made by RPU, RCE and their agents without substantive proof of claims.

**Common Counts**

5.116 Each of the defendant employees of RPU and RCE listed have either separately or jointly violated the following in regard to the allegations set forth on this complaint, for wrongful assessment and unlawful collection(s) of taxes not due, in conjunction with a) fraud, b) breach of Contract, c) perjury of oath of office, d) will oppression against me, and they did so with malice including but not limited to the following:

**Statutory Counts**

5.117 Each of the following defendant employees of RPU and RCE have either separately or jointly violated the following in regard to the allegations set forth in this complaint, for wrongful collection(s) in conjunction with failure to adhere to the rules, regulations, and procedures in the assessment and collection of taxes (assessments and civil penalties) not due; whereby violating: a) perjury of oath of office, b) 18 U.S.C § 241, c) 18 U.S.C. § 242, d) 12 U.S.C. 411, e) inter-alia violated sections of (A), (B), (C), (D), (E), and (F) of 5 U.S.C. § 706, and for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692(g), thus necessitating judicial determination.

## <u>DOES AND ROES VIOLATIONS</u>

5.118 Each DOE and ROE are presently unknown to the Plaintiff in this matter. Plaintiff does not know where any DOE or ROE is residing or where they may be domiciled. Plaintiff at this time believes that these DOES and ROES are principals either singularly or jointly, and are connected with the violations set forth in this complaint; and, Plaintiff believes that each has some sort of role principally or as an accessory hereto. Plaintiff is unsure whether each defendant's residence set forth is their correct address, as it is common for government servants to hide their residency, and use fictitious names and addresses and even go far as manufacturing evidence when it suits their needs. Plaintiff reserves the right to supplement this complaint when she learns who these individuals are after completion of the initial stage of discovery.

**INJUCTIVE RELIEF**

5.119 This court can see by now the undue peril to Plaintiff's rights of property; and, the failure of RPU and RCE to give due process. The Defendants continue to pursue engage in extortionate means in their assessment(s) and collection(s). RPU and RCE have continually violated due process and have unduly made plaintiff liable to pay excessive amounts before bringing suit, which is an exaction, violation of due process, of the first order. The review sought by this action constitutes mere due process. If Plaintiff can prove by his experts, that she owes what the experts indeed believe are her duties, where is due process (the Constitution) when the defendants are allowed to proceed against her rights to property when no court has adjudicated matter? Plaintiff knows that this Court sees the Constitution as superior to any statutory bar to the review now sought, and that her positions are not frivolous in the least, nor against public policy.

5.120 The defendants will not and cannot prove in open court and on the record, that they have strictly complied with the law. And after considering all relevant facts and statutes, documents and records provided by RPU and RCE, RPU and RCE and employees will prove that by their indifference and lack of regard to the law, they will fail.

5.121 Plaintiff maintains that she is the victim of an exaction on the parts of Defendants and that amounts collected and sought to be collected, by distraint or otherwise, are not those amounts imposed by law, and that this renders Defendants liable for damages and each of the Defendants jobless, in any nation of laws. The subject assessment is not entitled to the presumption of correctness.

5.122 Further, the Defendants have freely documented in their effort to place erroneous unlawful lien(s) on property owned by Plaintiff's landlord(s), or property believed to be Plaintiff's. Each of the Defendants claim(s) and notice(s) are unsubstantiated claims, and as such, fail to identify any docket number that references any court proceeding(s) that would prove that such liens or

1  tax liabilities are lawful, leaving this Plaintiff suing for injunctive relief as the Plaintiff's only

2  option.

3

4  5.123 The object of the subject of the notices wielded by defendants have been effective for their

5  collection purposes, but are void on their face, since they cannot enter any proof of the record of

6  having followed a proper course in procuring any bona-fide judgments which would then make

7  said notices enforceable and proper. The manner and method of acquiring these pretended

8  notices and unlawful seizures made thereunder, were done from the outset, in total disregard for

9  the law and well-established procedure which was required to be completed before the seizure or

10  wrongful collection of plaintiff's property. The failure of RPU and RCE to follow precisely well-

11  established procedure constitutes grounds for relief under 15 U.S.C. § 1692(g).

12

13                                      VI. CONCLUSIONS

14

15  6.1 It is established that there are procedural requirements that must be met before seizure of any

16  property may be taken.

17

18  6.2 It is established that the Defendants have failed and cannot (a) substantiate their claim, (b)

19  prove they gave due process or hearings, (c) substantiate that they did not violate the statute of

20  limitations prior to collections, (d) prove Plaintiff is a 'tax protester", and (e) prove they

21  commenced a lawsuit and obtained judgment prior to collection(s).

22

23  6.3 It is clearly established that the Defendants prior to this day, without warrant or judgment

24  have been operating to continue to menace, oppress and extort the Plaintiff under color of

25  authority.

26

27  6.4 It is clearly established that the Defendants, prior to this day, without warrant or judgment

28  have been and continue to operating to destroy Plaintiff's reputation and future, while failing to

rebut and provide supporting evidence to any assertions made by the Plaintiff, and each of the Defendants exhibited only defiance and committed retaliatory acts as to what the Plaintiff knows to be her rights under the law.

6.5 It is clearly established that the Defendants have perjured their oaths of office by committing the acts set forth herein.

6.6 It is clearly established that this Court must provide injunctive relief, since the Plaintiff has clearly shown or demonstrated that by statute and the facts of this case, that each of the Defendants have egregiously violated due process of law and shown complete disregard for the law, in addition to well-established procedures that are necessary for the security of The People. It is clearly established by RPU and RCE's custom, policy, and practice that they will continue to disregard due process of law if no injunctive relief is given; and the Plaintiff and her family will be irreparably harmed and possibly face being homeless within the next couple of days if no injunctive relief is provided by this Court.

## VII. DEMANDS FOR RELIEF

7.1 WHEREFORE, the Plaintiff demands the Court to issue judgment on the following issues:

    a.  Declare that Sandra Castro does not owe any taxes (assessments and civil penalties) through the current date; and declare that said notice(s) or lien(s) or any levy(ies) are unsupported by judgment and are void, wherefore all items supporting the pretended notices must be expunged.

    b.  Declare that the Defendants are guilty of abuse of process, unlawful tax collection or assistance thereof;

    c.  Declare that the Defendants are guilty of perjury as to their oath of office;

d. Declare that the Defendants are guilty either singly or conspiratorially acting to deprive the Plaintiff of her right of due process;

e. Declare that the defendants are guilty of gross negligence on their job capacities;

f. Declare that the Defendants are guilty of the unlawful taking of another's property;

g. Declare that the Defendants are guilty of falsely preparing documents;

h. That the Defendants are guilty of unjust enrichment;

i. That RPU and RCE are permanently enjoined from sending notices of lien, collections, or levy that are not supported by a bona fide judgment issued from a court competent jurisdiction.

7.2 Plaintiff seeks award of relief as follows:

a. Injunctive relief, recovery of all money, in addition to treble damages, exemplary damages, punitive damages (One Million – per count), costs, attorney fees as well as any other supplementary relief the court deems proper and just since about the year 2013-current date where RPU took her funds/credits or money due that were unlawfully taken or restrained by Defendants for improper collections, failure by each of the Defendants to give due process or investigate whether the claims were bona fide, for failure to obtain a court judgment before collection.

b. Full discharge on the RPU account to the current date.

c. Full refund of each individual extraneous payment made on this account using Federal Reserve Notes since the original inception of RPU account.

d. Full accountability of negotiable instrument, dated 2/14/23, USPS Certified Mail Article #7022-0410-0001-1858-3970 tendered for the amount of $1,544.21.

e. Full compensation for damages as noted on INVOICE SC-RPU-032324 Verified Statement of Account – USPS Certified Mail Article #9589-0710-5270-0558-5378-95.

f. Declare that the proposed collections for years 2013-2024 be declared null and void and said items are to be expunged, and enjoined from collection unless supported by a judgment issued from a court of competent jurisdiction.

g. Restitution jointly, severally and individually from the following individuals:

    i. CITY OF RIVERSIDE PUBLIC UTILITIES,

    ii. Todd Corbin, General Manager of CITY OF RIVERSIDE PUBLIC UTILITIES, for treble damages in addition to annual interest of ten percent compounded daily computed from March 2013-present.

    iii. Alma Franco, Utilities Customer Service Manager of CITY OF RIVERSIDE PUBLIC UTILITIES, for treble damages in addition to annual interest of ten percent compounded daily computed from March 9, 2023-present.

    iv. CITY OF RIVERSIDE COMMUNITY DEVELOPMENT DEPARTMENT CODE ENFORCEMENT DIVISION, for treble damages in addition to annual interest of ten percent compounded daily computed from June 26, 2024-present.

      v.  Kristie Rohleder, Code Enforcement Officer II for CITY OF RIVERSIDE COMMUNITY DEVELOPMENT DEPARTMENT CODE ENFORCEMENT DIVISION, for treble damages in addition to annual interest of ten percent compounded daily computed from June 26, 2024-present.

      vi.  Enrique Barboza, Code Enforcement Officer, for CITY OF RIVERSIDE COMMUNITY DEVELOPMENT DEPARTMENT CODE ENFORCEMENT DIVISION, for treble damages in addition to annual interest of ten percent compounded daily computed from July 12, 2024-present.

   d.  Exemplary damages based upon complementary verdicts.

7.3 Plaintiff seeks award of injunctive relief, costs, attorney fees, the sum two hundred fifty thousand dollars in gold or silver coin, interest rate of ten percent per annum compounded daily, treble damages, exemplary damages based on recent verdicts, any other supplemental relief as the court deems proper and just, from the following defendants:

   1.  CITY OF RIVERSIDE PUBLIC UTILITIES.

7.4 Plaintiff seeks award jointly, severally and individually for injunctive relief, the sum two hundred and fifty thousand dollars in gold or silver coin, interest rate of ten percent per annum, compounded daily, treble damages, exemplary damages based on recent verdicts, any other supplemental relief as the court deems proper and just, from the following defendants:

   1.  CITY OF RIVERSIDE COMMUNITY DEVELOPMENT DEPARTMENT CODE ENFORCEMENT DIVISION

7.5 If any of the Defendants appeal or file bankruptcy in order to avoid payment, the court shall supplementarily award an additional judgment for the sum of five million dollars as penalty for the frivolous and void filings, which shall become due and payable to Plaintiff from each Defendant jointly, severally, and individually, in gold or silver coin within thirty days of said judgment.

7.6 If the Defendants are found to have demanded more or other sums that are imposed by law, Plaintiff seeks an Order from this Court discharging, or one ordering the discharge of Defendants from employment by RPU and RCE.

## SUMMARY

7.7 NOW, THEREFORE, in accordance with the pertinent legal provisions and in the interest of justice, the Plaintiff respectfully requests this Honorable Court to issue an Order for the award of monetary damages against the Defendants, RPU and RCE. The plaintiff further seeks any additional and appropriate relief that this Court, in its wisdom, may consider just and equitable given the circumstances at hand.

7.8 THE PLAINTIFF ENTERS THIS COURT PROCEEDING WITH CONSTRUCTIVE INTENT, VESTED IN THE DESIRE TO COLLABORATE WITH THE DEFENDANTS TOWARDS A FAIR AND EQUITABLE CONCLUSION.

## VIII. VERIFICATION

8.1 I, Sandra Castro, the Plaintiff do hereby declare under penalty of perjury (28 U.S.C. § 1746) that the foregoing accounting of facts are true, correct, and complete to the best of my knowledge, not misleading, and as to those based upon belief, I believe them to be true. I believe I am entitled to the relief requested herein.

1   Dated: *Twenty Second day of July A.D. 2024* RESPECTFULLY SUBMITTED,

2

3   BY: *Sandra Castro.*

4   Sandra Castro, a living woman.

5   Authorized Representative for

6   SANDRA CASTRO™.

7   All rights reserved,

8   without prejudice.

9   U.C.C. § 1-207/ U.C.C. § 1-308.

10   c/o: 10564 Young Street

11   Riverside [92505]

12   California Republic

13   scastro0114@gmail.com

14   951.531.3272

## IX. DEMAND FOR TRIAL-BY-JURY

9.1 Plaintiff hereby request a trial-by-jury on all issues raised in this complaint.

Dated: Twenty-Second day of July A.D. 2024      RESPECTFULLY SUBMITTED,

BY: *Sandra Castro.*

Sandra Castro, a living woman.

Authorized Representative for

SANDRA CASTRO™.

All rights reserved,

without prejudice.

U.C.C. § 1-207/ U.C.C. § 1-308.

c/o: 10564 Young Street

Riverside [92505]

California Republic

scastro0114@gmail.com

951.531.3272

**END**

1    Sandra Castro

2    c/o: 10564 Young Street

3    Riverside [92505]

4    California Republic

5    scastro0114@gmail.com

6    951.531.3272

7    Plaintiff by Divine Special Appearance

8

9    **UNITED STATES DISTRICT COURT**
      **CENTRAL DISTRICT OF CALIFORNIA**

10    3470 Twelfth Street, Room 134

11    Riverside, California 92501

12

13    Sandra Castro, one of We the People, her      MEMORANDUM OF

14    heir(s), assigns and beneficiary(ies).

15            Plaintiff(s),      POINTS AND AUTHORITIES

      SUPPORTING VERIFIED COMPLAINT

16    vs.

17       No._____ ___ _____

18    CITY OF RIVERSIDE PUBLIC UTILITIES,

19    its Principals, his/her/their heir(s),

20    successor(s), assigns, and beneficiary(ies).

21

22    Todd Corbin, General Manager, his heir(s),

23    beneficiary(ies), and assign(s).

24

25    Alma Franco, Utilities Customer Service

26    Manager, her heir(s), beneficiary(ies), and

27    assign(s).

28

Sandra Castro Verified Complaint

1  CITY OF RIVERSIDE COMMUNITY

2  DEVELOPMENT DEPARTMENT CODE

3  ENFORCEMENT DIVISION

4

5  Kristie Rohleder, Code Enforcement Officer

6  II, her heir(s), beneficiary(ies), and assign(s).

7

8  Enrique Barboza, Code Enforcement Officer,

9  his heir(s), beneficiary(ies), and assign(s).

10

11  Does 1-100 and its, his/her/their principals,

12  heir(s), successor(s), assign(s), and

13  beneficiary(ies).

14

15  Roes 1-100 and its, his/her/their principals,

16  heir(s), successor(s), assigns, and

17  beneficiary(ies).

18

19  Each in their personal and official capacities

20  as CITY OF RIVERSIDE agent(s) or

21  employee(s) thereof; and or as employed by

22  the municipal branch of government.

23

24              Defendant(s).

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

Inasmuch as this complaint seeks to maintain an action; and, inasmuch as this Plaintiff asks this Court to consider these authorities which Plaintiff believes is the foundation that is the basis for this claim for damages, this Plaintiff herewith demonstrates that the Defendants have requirements that must be met in determining whether an individual owes a tax, or has no tax liability. Such requirements are demonstrated below and firmly established by law.

### A. RELEVANT CASE LAW

1. "...Every taxpayer, has a cestui que trust having a sufficient interest in preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction as a relator in the proceeding to set a sovereign authority in motion by action..." *In re Bolens,* 135 N.W. Rep. 164 (1912), Supreme Court Wisconsin.

2. Chevron doctrine was overruled... "The Administrative Procedure Act requires courts to exercise their independent judgment in deciding whether an agency has acted within its statutory authority, and courts may not defer to an agency interpretation of the law simply because a statute is ambiguous; Chevron is overruled... (a) Article III of the Constitution assigns to the Federal Judiciary the responsibility and power to adjudicate "Cases" and "Controversies" – concrete disputes with consequences for the parties involved." [***LOPER BRIGHT ENTERPRISES v. RAIMOND***, 603 U.S. ____ (2024).]

3. One of the fundamentals of American jurisprudence is that of "due process of law".

4. The United States Supreme Court case law supports the requirement that a state administrative agency provide due process in its dealings with its Citizens/customers.

5. The Commission is an administrative body and, even where it acts in a quasi-judicial capacity, is not limited by the strict rules, as to admissibility of evidence, which prevail in suits between private parties. ***Interstate Commerce Commission v. Baird*, 194 U.S. 25, 48 L. ed. 860, 24 Sup. Ct. Rep. 563.** But the more liberal the practice in admitting testimony, the more imperative the obligation to preserve the essential rules of evidence by which rights are asserted or defended.

6. In such cases the Commission cannot act upon their own information, as could jurors in primitive days. **All parties must be fully apprised of the evidence submitted or to be considered, and must be given opportunity to cross-examine witnesses, to inspect documents, and to offer evidence in explanation or rebuttal.** In no other way can it test the sufficiency of the facts to support the finding; for otherwise, even though it appeared that the order was without evidence, the manifest deficiency could always be explained on the theory that the Commission had before it extraneous, unknown, but presumptively sufficient information to support the finding. ***United States v. Baltimore & O.S.W.R. Co.*, 226 U.S. 14, ante, 104, 33 Sup. Ct. Rep 5.** (information in brackets and emphasis added) ***Interstate Commerce Commission v. Louisville & N.R. Co.*, 227 U.S. 88, 93-94, 57 l.Ed. 431, 434, 33 S.Ct. 185 (1913).]**

7. Without warning or even the hint of warning that the case would be considered upon any other basis than the evidence submitted, the [Public Utilities] Commission [changed its decision] upon the strength of information secretly collected and never yet disclosed. The company protested. It asked disclosure of the documents... and an opportunity to examine them, to analyze them.

8. The response was a curt refusal. Upon the strength of these unknown documents... the Commission reporting its conclusion, but not the underlying proofs. The putative debtor does not know the proofs today. **This is not the fair hearing essential to due process. It is condemnation without trial.** (information in brackets and emphasis added) **[*Ohio Bell Telephone Co. v. Public Utilities Commission*, 301 U.S. 292, 300, 81, l.Ed. 1093, 1099, 57 S.Ct. 724 (1937).]**

9. **The maintenance of proper standards on the part of administrative agencies to the performance of their quasi-judicial functions is of the highest importance and in no way cripples or embarrasses the exercise of their authority...** For, as we said at the outset, if these multiplying agencies deemed to be necessary in our complex society are to serve the purposes for which they are created and endowed with vast powers, **they must accredit themselves by acting in accordance with the cherished judicial tradition embodying the basic concepts of fair play.** (emphasis added) [***Morgan v. United States*, 304 U.S. 1, 82 l.Ed. 1129, 1130-1134, 58 S.Ct 773 (1938).**]

10. "The fundamental requisite of due process of law is the opportunity to be heard." [***Grannis v. Ordean*, 234 U.S. 385, 394, 58 L.Ed. 1363, 1369, 34 S. Ct. 779 (1914).**] ... these principles require ... timely and adequate notice detailing the reasons ... and an effective opportunity to defend by confronting any adverse witnesses and by presenting his own arguments and evidence orally. These rights are important ... where recipients have challenged ... as resting on incorrect or misleading factual premises or on misapplication of rules or policies to the facts of particular cases ... The opportunity to be heard must be tailored to the capacities and circumstances of those who are to be heard. It is not enough that a [person] may present his position to the decision maker in writing or secondhand through his [representative]... (information in brackets added.) [***Goldberg v. Kelly*, 397 U.S. 254, 267-269, 25 L.Ed.2s. 287, 299, 90 S.Ct. 1011 (1970).**]

11. "Governments descend to the level of a mere private corporation, and take on characteristics of a mere private citizen... where private corporate commercial paper (Federal Reserve Notes) and securities (checks) is concerned... For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." [***Clearfield Trust Co. v United States*, 318 U.S. 363-371 (1942).**]

12. "When governments enter the world of commerce, they are subject to the same burdens as any private firm or corporation" [*U.S. v. Burr*, 309 U.S. 242; see *Bank of U.S v. Planters Bank of Georgia*, 6L, Ed. (9 Wheat) 244.]

13. The United States Supreme Court has held:

> (1) The state does not, by becoming a corporator, identifying itself with the corporation… It is, we think, a sound principle, that when a government becomes partner in any traditional company, it de-vests itself, so far as concerns the transactions of that company, of its sovereignty character, and takes that of a private citizen. Instead of communicating to the company its privileges and its prerogatives, it descends to a level with those with whom it associates itself, and takes the character which belongs to its associates, and to the business which is to be transacted… The state [], by giving to the [] capacity to sue and be sued, voluntarily strips itself of its sovereign character, so far as respects the transactions of the [], and waives all the privileges of that character. As a member of a corporation, a government can never exercise its sovereignty. [*Bank of the United States v. Planters' Bank of Georgia*, 22 U.S. (9 Wheat.) 904, 6 L.Ed 244 (1824).]

> (2) But it does not contradict those statements to hold that a corporation is an agency of the Government, for the purposes of the constitutional obligations of Government rather than the "privileges of the government," when the State has specifically created the corporation for the furtherance of government objectives, and not merely holds some shares but controls the operation of the corporation through its appointees…

> We hold that where, as here, the Government creates a corporation by special law, for the furtherance of governmental objectives, and retains for itself permanent authority to appoint a majority of the directors of that corporation, the corporation is part of the

Government for the purposes of the First Amendment. [*Lebron v. National R. Passenger Corp.*, 513 U.S. 374, 130 L.Ed.2d 902, 922-923, 115 S.Ct. 961 (1995).]

14. 9th Circuit Court of Appeals has held:

In determining whether an entity is an arm of the state we inquire whether "the state is the real, substantial party in interest and is entitled to invoke its sovereign immunity from suit even though individual officers [or state entities] are nominal defendants." *Durning v. Citibank*, 950 F.2d 1419, 1423 (9th Cir. 1991) (alteration in original) (quoting *Ford Motor Co. v. Dep't of Treasury*, 323 U.S. 459, 464, 65 S.Ct. 347, 89 L.Ed. 389 (1945).]

We consider five factors when determining whether a governmental agency is an arm of the state:

[1] whether the money judgment would be satisfied out of state funds,

[2] whether the entity performs central government functions,

[3] whether the entity may sue or be sued,

[4] whether the entity has the power to take property in its own name or only in the name of the state, and

[5] the corporate status of the entity.

*Durning,* 950 F.2d at 1423 (quoting *Mitchell v. Los Angeles Cmty Coll. Dist.,* 861 F.2d 198, 201 (9th Cir. 1988) (citations omitted)).

*Streit v. County of Los Angeles* (9th Cir. 2001), 236 F.3rd 552, 566.

15. The foregoing information taken together leads to reasonable inferences that (1) RPU and RCE are currently corporate entities which may be sued; (2) RPU and RCE are knowingly and willfully misrepresenting their status to be that of part of CITY OF RIVERSIDE; and (3) RPU and RCE have no sovereign immunity since they are not really a part of the CITY OF

1    RIVERSIDE. The legal status of RPU and RCE as part of the CITY OF RIVERSIDE is in

2    question.

3

4    16. I believe the principles in the instant case are similar enough to those expressed in <u>Wertin</u>,

5    that I may, by analogy, infer that RPU's and RCE's behavior constitutes a knowing and willful

6    violation of the holding of said court.

7

8    17. California court have defined "dishonesty" thus:

9

10        (1) In *Hogg v Real Estate Comr.*, 54 Cal app.2d 712 [129 P.2d 709], the word

11        "dishonesty" was interpreted by the court as used in the Real Estate Act… The court

12        stated that "dishonesty" includes the element of bad faith and as defined in the

13        dictionaries and judicial decisions means "fraud, deception, betrayal, faithlessness."

14        [***Taylor v. Bureau of Private Investigators*, 128 Cal.App2d 219, 228, 275 P.2d 579**

15        **(1954).]**

16        (2) Dishonesty may very well be something less than criminality. In other words, fraud

17        and dishonesty extend beyond acts which would be criminal…

18        Speaking of the term dishonesty, Justice Cardoza said in <u>World Exchange Bank v.</u>

19        <u>Commercial Casualty Ins. Co.,</u> 255 N.Y. [173 N.E. 902, 903], "The appeal is to the

20        mores rather the statutes. Dishonesty, unlike embezzlement or larceny, is not a term of

21        act. Even so, the measure of its meaning is not a standard of perfection, but an infirmity

22        of purpose so opprobrious of furtive as to be fairly characterized as dishonest in the

23        common speech of men."…

24        Fraud embraces multifarious means whereby one person gains an advantage over another

25        and means in effect bad faith, dishonesty or overreaching. [***Wayne v. Bureau of Private***

26        ***Investigators & Adjusters*, 201 Cal.App.2d 427, 436-437, 20 Cal. Rptr. 194 (1962).]**

27

28

18. "All laws, rules, and practices which are repugnant to the Constitution are null and void" … "and that courts, as well as other departments, are bound by that instrument" … and "that every right, when withheld, must have a remedy, and every injury its proper redress." [***Marbury v. Madison*, 5th US (2 Cranch) 137, 174, 176, (1803).**]

19. "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights." [***AFLCIO v. Woodard*, 406 F 137 t.**] No man in this country is so high that he is above the law. No officer of the law may set the law at defiance, with impunity. All the officers of the Government, from the highest to the lowest, are creatures of the law and are bound to obey it. It is the supreme power in our system of government, and every man who, by accepting office, participates in its functions, is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives…

20. "…every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent." [***Cruden v. Neale*, 2 N.C. 338 May Term 1796.**]

21. "The common law is the real law, the Supreme Law of the land, the code, the rules, regulations, policy, and statutes are not the law", [***Self v. Rhay*, 61 Wn (2d) 261**.]

22. "All codes, rules, regulations are for government authorities only, not human/creators in accordance with God's laws. All codes, rules, and regulations are unconstitutional and lacking due process…" [***Rodrigues v. Ray Donavan (U.S. Department of Labor)* 769 F. 2d 1344, 1348 (1985).**]

23. "No state shall convert a liberty into a license, and charge a fee therefore." [***Murdock v. Pennsylvania*, 319 US 105.**]

24. "If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee, and engage in the right (liberty) with impunity." [***Shuttlesworth v. City of Birmingham, Alabama*, 373, U.S. 262.**]

25. "…that statutes which would deprive a citizen of the rights of the person or property without a regular trial, according to the course and usage of common law, would not be the law of the land." [***Hoke v. Henderson*, 15, N.C.15,25 AM Dec 677.**]

26. "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." [***Miranda v. Arizona*, 384, U.S. 436, 491.**]

27. "There can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights." [***Sherar v. Cullen*, 481 F. 2d 946 (1973).**]

28. "For a crime to exist, there must be an injured party. There can be no sanction or penalty imposed upon one because of his exercise of Constitutional right." [***Sherar v. Cullen*, 481 F. 945.**

29. "Our courts have consistently held that fraud vitiates whatever it touches." ***Morris v. House, 32 Tex. 492 (1870).**

30. "Therefore, the sole issue on appeal is whether the position of the United States was "substantially justified." Whether the government ultimately loses a case is not determinative of the issue of litigation costs" [***Sokol v. Commissioner*, 92 T.C. 760, 1989 WL 30432 (1989).**]

31. A position substantially justified is a reasonable basis both in law and in fact. [***Pierce v. Underwood*, 487 U.S. 552, 108 S.Ct. 2541, 101 L.Ed.2d 490 (1988).**]

32. A naked assessment without any foundation is arbitrary and erroneous. [***United States v. Janis*, 428 U.S. 433, 442, 96 S.Ct. 3021, 3026, 49 L.Ed.2d 1046 (1976).**]

### B. STATUTES RELEVANT TO THIS COMPLAINT

1. California Government Code, section 100(a), states – 'The sovereignty of the state resides in the people thereof…"

2. California Government Code, section 54950, paragraph 2, states on page 9 – "The people of this State do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people …The people insist on remaining informed so that they may retain control over the instruments (public offices) they have created."

3. All said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve Bank (12 U.S.C. § 411).

4. No one can ask for payment in a specific coin (31 U.S.C. § 5118(d)).

5. There is no money, so no one can demand payment (31 U.S.C. § 3123).

6. 18 U.S.C. § 241. Conspiracy against rights – if two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if

1  two or more persons go in guise on the highway, or on the premises of another, with intent to

2  prevent or hinder his free exercise or enjoyment of any right or privilege so secured — They

3  shall be fined under this title or imprisoned not more than ten years, or both; and if death results

4  from the acts committed in violation of this section or if such acts include kidnapping or an

5  attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or

6  an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for

7  life, or both, or may be sentenced to death.

8

9  7.  18 U.S.C. § 242. Deprivation of rights under color of law – whoever, under color of any law,

10  statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory,

11  Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities

12  secured or protected by the Constitution or laws of the United States, or to different punishments,

13  pains, or penalties, on account of such person being an alien, or by reason of his color, or race,

14  than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned

15  not more than one year, or both; and if bodily injury results from the acts committed in violation

16  of this section or if such acts include the use, attempted use, or threatened use of a dangerous

17  weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years,

18  or both; and if death results from the acts committed in violation of this section or if such acts

19  include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit

20  aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for

21  any term of years or for life, or both, or may be sentenced to death.

22

23

24  – END. –

25

26

27

28

# EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

~~OFFICIAL USE~~

Certified Mail Fee $4.15

$_____

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage $0.63

$_____

Total Postage and Fees $8.13

$_____

02/18/2023

Sent To   General Manager
RIVERSIDE PUBLIC UTILITIES / c/o: Todd Corbin
Street and Apt. No., or PO Box No.
3901 Orange Street
City, State, ZIP+4®
Riverside, CA 92501

See Reverse for Instructions

PS Form 3800, April 2015 PSN 7530-02-000-9047

7022 0410 0001 1858 3970

Sandra: Castro.
10564 Young Street
Riverside, California
[92505]
Re: Account #0199101003

February 14th, 2023

To:
Riverside Public Utilities
C/O: General Manager Todd Corbin
3901 Orange Street
Riverside, CA 92501

Notice – Attempt to Lawfully Settle Debt

Dear Riverside Public Utilities and Todd Corbin,

Enclosed is the endorsed negotiable instrument, per UCC 3-104, that you may now process to lawfully settle the debt in this matter. Per Public Law 73-10, all debts are prepaid. Per House Joint Resolution 192, UCC 3-603, UCC 3-604, UCC 3-306, UCC 3-602, UCC 3-104, UCC 3-311 - remedy was granted to lawfully settle debts by means of a negotiable instrument to discharge or set-off debt with credits from the Treasury. As the beneficiary of the legal entity SANDRA CASTRO and this account, I am requesting that upon receipt, to please process this negotiable instrument to discharge the debt on this account. Payment was rendered in-full through this special deposit for the account to be credited. Once completed send an updated account statement within 30 days of the date noted on this letter. Or please, forward to the correct individual or department to handle the matter.

I appreciate your sincere and prompt attention to this matter. Looking forward to your honorable response.

govern yourself accordingly,

By Beneficiary: _Sandra : Castro._

## RIVERSIDE PUBLIC UTILITIES: PROVIDING WATER

### WATER

Water Meter Reading

| PREVIOUS READING | PRESENT READING | CONSUMPTION |
|---|---|---|
| 2829 | 2834 | 5 |

Customer Charges For Water

| | | 3940 |
|---|---|---|
| 5 CCF (WATER)@$1.300000 | × | 6.50 |
| CUSTOMER CHARGES | | 26.00 |

Usage Comparison This Year

| 30 | Days |
| 5 | Period Usage |
| 0.17 | Daily Average |

Usage Comparison Last Year

| 34 | Days |
| 8 | Period Usage |
| 0.24 | Daily Average |

Total Gallons Used: 3740 GAL (CCF x 748 GAL)

TOTAL WATER CONSUMPTION: 5 CCF

METER READING DATES: 12/08/22 TO 01/07/23

**TOTAL CHARGES FOR WATER** $32.50

## RIVERSIDE PUBLIC UTILITIES: PROVIDING ELECTRICITY

### ELECTRIC

Electric Meter Reading

| PREVIOUS READING | PRESENT READING | KVA DEMAND | FACTOR | CONSUMPTION |
|---|---|---|---|---|
| 38022 | 39458 | | 1 | 1436 |

Customer Charges For Electricity

| 268 KWH (ELECTRIC)@$0.108700 | = | 29.13 |
|---|---|---|
| 307 KWH (ELECTRIC)@$0.172900 | = | 53.08 |
| 526 KWH (ELECTRIC)@$0.196100 | = | 103.15 |
| 82 KWH (ELECTRIC)@$0.110200 | = | 9.04 |
| 93 KWH (ELECTRIC)@$0.175300 | = | 16.30 |
| 160 KWH (ELECTRIC)@$0.198800 | = | 31.81 |
| NETWORK ACCESS CHARGE | | 10.92 |
| CUSTOMER CHARGES | | 11.34 |
| RELIABILITY CHARGE | | 23.90 |
| STATE ENERGY | | 0.43 |

Usage Comparison This Year

| 30 | Days |
| 1436 | Period Usage |
| 47.87 | Daily Average |

Usage Comparison Last Year

| 34 | Days |
| 698 | Period Usage |
| 20.53 | Daily Average |

TOTAL ELECTRICITY CONSUMPTION: 1436 KWH

METER READING DATES: 12/08/22 TO 01/07/23

**TOTAL CHARGES FOR ELECTRICITY**

## CITY OF RIVERSIDE: PROVIDING CITY SERVICES

### CITY SERVICES

| UTIL USER TAX | 20.63 |
|---|---|
| ELEC PB CHARGE | 8.12 |
| SEWER | 45.68 |
| SEWER PB CHARGE | 0.05 |
| TRASH | 32.30 |
| WTR CONSERVATION SURCHARGE | 0.49 |
| 48 HOUR TAG CHARGE | 20.00 |

TOTAL PAYMENTS RECEIVED THIS BILLING PERIOD $723.43

**TOTAL CHARGES FOR CITY SERVICES** $127.27

**TOTAL CHARGES FOR WATER, ELECTRICITY, AND CITY SERVICES** $445.07

### MESSAGE

Go Paperless! Its easy, go to RiversidePublicUtilities.com and create an online bill account.

### RIVERSIDE PUBLIC UTILITIES

## PAYMENT CARD

2/14/23

PLEASE PAY IMMEDIATELY
(SERVICE SUBJECT TO TERMINATION)

Pay by MAIL (envelope provided) or IN PERSON using this Payment Card

| CUSTOMER SERVICE / PAYMENT CENTERS | Downtown | Casa Blanca |
|---|---|---|
| | 3901 Orange Street Riverside, CA 92501 | 3025 Madison Street Riverside, CA 92504 |

SUMMARY OF CURRENT AMOUNT DUE

| WATER | ELECTRICITY | CITY SERVICES |
|---|---|---|
| $32.50 | $285.30 | $127.27 |

PREVIOUS BALANCE $1,099.14

CURRENT AMOUNT DUE $445.07

TOTAL BALANCE DUE $1,544.21

BILLING DATE: 01/19/23

PLEASE PAY BY: 02/09/23

SHARE FUND (LOW INCOME UTILITY ASSISTANCE)
MY DONATION IS $1 $2 $5 OTHER $

SHARE DONATION

GO PAPERLESS   Learn more at RiversidePublicUtilities.com

One Thousand Five hundred Forty Four and Twenty One
[ See Special Request for Credit on Account ]

SANDRA CASTRO
10564 YOUNG ST
RIVERSIDE CA 92505-1565
UCC 3-110 / UCC 3-419 / UCC 3-311

ACCOUNT NUMBER: 9199101003

PLEASE INDICATE AMOUNT PAID 1,544.21

RIVERSIDE PUBLIC UTILITIES

# STATEMENT OF SERVICES

KEEP THIS PORTION FOR YOUR RECORDS

**FOR SERVICE ENDING:**
01/07/23

**BILLING DATE:**
01/19/23

**ACCOUNT NUMBER:**
0199101003

**SERVICE ADDRESS:**
10564 YOUNG ST

Customer Service: (951) 782-0330
Hablamos Español

RiversidePublicUtilities.com

SANDRA CASTRO
10564 YOUNG ST
RIVERSIDE CA 92505-1565

THE TOTAL CHARGES FOR
WATER AND ELECTRIC SERVICES
INCLUDE AN 11.5% GENERAL
FUND TRANSFER
See Customer Information Insert

## RIVERSIDE PUBLIC UTILITIES: PROVIDING WATER

### WATER

Water Meter Reading

| PREVIOUS READING | PRESENT READING | CONSUMPTION |
|---|---|---|
| 2829 | 2834 | 5 |

Customer Charges For Water

| | | 3940 |
|---|---|---|
| 5 CCF ( WATER)@$1.300000 | = | 6.50 |
| CUSTOMER CHARGES | | 26.00 |

Usage Comparison This Year

| 30 | Days |
| 5 | Period Usage |
| 0.17 | Daily Average |

Usage Comparison Last Year

| 34 | Days |
| 8 | Period Usage |
| 0.24 | Daily Average |

Total Gallons Used: 3740 GAL (CCF x 748 GAL)

TOTAL WATER CONSUMPTION          5 CCF

METER READING DATES: 12/08/22 TO 01/07/23

**TOTAL CHARGES FOR WATER**          $32.50

## RIVERSIDE PUBLIC UTILITIES: PROVIDING ELECTRICITY

### ELECTRIC

Electric Meter Reading

| PREVIOUS READING | PRESENT READING | MAX DEMAND | FACTOR | CONSUMPTION |
|---|---|---|---|---|
| 38022 | 39458 | | 1 | 1436 |

Customer Charges For Electricity

| | | |
|---|---|---|
| 268 KWH (ELECTRIC)@$0.108700 | = | 29.13 |
| 307 KWH (ELECTRIC)@$0.172900 | = | 53.08 |
| 526 KWH (ELECTRIC)@$0.196100 | = | 103.15 |
| 82 KWH (ELECTRIC)@$0.110200 | = | 9.04 |
| 93 KWH (ELECTRIC)@$0.175300 | = | 16.30 |
| 160 KWH (ELECTRIC)@$0.198800 | = | 31.81 |
| NETWORK ACCESS CHARGE | | 10.92 |
| CUSTOMER CHARGES | | 11.44 |
| RELIABILITY CHARGE | | 20.00 |
| STATE ENERGY | | 0.43 |

Usage Comparison This Year

| 30 | Days |
| 1436 | Period Usage |
| 47.87 | Daily Average |

Usage Comparison Last Year

| 34 | Days |
| 698 | Period Usage |
| 20.53 | Daily Average |

TOTAL ELECTRICITY CONSUMPTION          1436 KWH

METER READING DATES: 12/08/22 TO 01/07/23

**TOTAL CHARGES FOR ELECTRICITY**          $285.30

## CITY OF RIVERSIDE: PROVIDING CITY SERVICES

### CITY SERVICES

TOTAL PAYMENTS RECEIVED THIS BILLING PERIOD $723.43

| | |
|---|---|
| UTIL USER TAX | 20.63 |
| ELEC PB CHARGE | 8.12 |
| SEWER | 45.68 |
| SEWER PB CHARGE | 0.05 |
| TRASH | 32.30 |
| WTR CONSERVATION SURCHARGE | 0.49 |
| 48 HOUR TAG CHARGE | 20.00 |

**TOTAL CHARGES FOR CITY SERVICES**          $127.27

**TOTAL CHARGES FOR WATER, ELECTRICITY, AND CITY SERVICES**          $445.07

### MESSAGE

Go Paperless! Its easy, go to RiversidePublicUtilities.com and create an online bill account.

RIVERSIDE PUBLIC UTILITIES 

# PAYMENT CARD

Pay by  MAIL (envelope provided) or IN PERSON using this Payment Card     2/14/23     PLEASE PAY IMMEDIATELY
(SERVICE SUBJECT TO TERMINATION)

| | | PREVIOUS BALANCE |
|---|---|---|

| CUSTOMER SERVICE / PAYMENT | Downtown | Casa Blanca |
|---|---|---|
| | 3901 Orange Street | 3025 Madison Street |

SUMMARY OF CURRENT AMOUNT DUE

$1,099.14

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RIVERSIDE PUBLIC UTILITIES
c/o: CEO Todd Corbin
3901 Orange Street
Riverside, CA 92501

9590 9402 7513 2098 1893 80

2. Article Number (Transfer from service label)

7022 0410 0001 1858 3970

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Dana Stewart
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Dana Stewart

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXHIBIT C



*City of Arts & Innovation*

March 9, 2023

Sandra Castro
10564 Young Street
Riverside, CA 92505

Re: Account Number: 19-9101.003

Dear Sandra Castro:

This letter is in response to the documents dated February 14, 2023, regarding account number 19-9101.003 for service address at 10564 Young Street Riverside CA 92505 mailed to 3901 Orange Street Riverside CA. The documents included a copy of the bill dated 01/19/23 with handwritten notes. Handwritten notes on bills do not constitute a valid form of payment. Enclosed are copies of Water Rule 5 and Electric Rule 5 that outline bills are due and payable upon presentation and become delinquent 19 days after billing. After a bill is past due, the Utility may discontinue service in accordance with Water Rule No. 7 and Electric Rule No. 7 and California Law.

| | |
|---|---:|
| Past Due Balance *(Service Subject to Termination)*: | **$822.80** |
| Monthly repayment past due balance due 6th of the month through December 2023 | **$91.58\*** |
| *Monthly bill must be paid by bill due date | |

Pay your bill online, by phone, by mail, or in-person with cash, credit/debit card, or check remittance should indicate payable to Riverside Public Utilities.

Pay In-Person/Mail:

| **Downtown Customer Service Center** | **Customer Resource Center** |
|---|---|
| 3901 Orange Street | 3025 Madison Street |
| Riverside, CA 92501 | Riverside, CA 92504 |

Pay by Phone: Our automated phone system allows you to pay your utility bill over the phone through our payment system. Contact Customer Service at (951) 782-0330 and follow the menu prompt option to make a payment using credit/debit card using the automated system.

Pay Online: Using your credit/debit card: https://billpay.riversideca.gov/iwr/user/login.seam

Past due accounts remaining unpaid may have service discontinued. To re-establish service, the Utility may require bill payment, a reconnection charge and a cash deposit or additional deposit not to exceed three times the estimated average monthly bill. A fee will be assessed on any item returned from the bank and may result in the termination of service.





*City of Arts & Innovation*

Financial assistance program information and eligibility is available on our webpage at https://riversideca.gov/utilities/residents/assistance-programs/about and for your convenience program information has been included.

If you have any questions, please feel free to contact me at (951) 826-5453 or at afranco@riversideca.gov.

Sincerely,

Alma Franco
City of Riverside
Utilities Customer Service Manager

Attachments:
  1. Water Rule 5
  2. Water Rule 7
  3. Electric Rule 5
  4. Electric Rule 7
  5. Utility Assistance Flyer & Program Applications



# EXHIBIT D

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**For delivery information, visit our website at www.usps.com®.**

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☑ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage

$

Total Postage and Fees

$

Sent To *Riverside Public Utilities / c/o: Todd Corbin, General Manager*

Street and Apt. No., or PO Box No. *3901 Orange Street*

City, State, ZIP+4® *Riverside, CA 92501*

PS Form 3800, January 2023 PSN 7530-02-000-9047    **See Reverse for Instructions**

9589 0710 5270 0558 5083 21

# Affidavit of Mailing

State of California                    )
                                       ) ss.
County of Riverside                    )

I am over 18 years of age and not a party to the within action. My business address is:

*1225c Baird Way*
*Riverside, CA 92505*

On the _8th_ day of _January_ 2024, I mailed one copy of the following:

- **Settlement Agreement – Private Contract No. RPU-SC-01072024 – USPS certified mail article #9589-0710-5270-0558-5083-21**, notarized by *Phuong N. Pham*, Notary Public, the ___8th___ day of the First Month on the Year of Our Lord Two Thousand Twenty-four [January _8th_, AD2024], ten (10) pages in length.
- **Notice of Common Law Trademarks/Security Agreement, three (3) pages in length**
- **Affidavit of Publication, two (2) pages in length**

a total of fifteen (15) pages mailed herewith, enclosing all attachment pages (outside of this Affidavit of Mailing) mailing them for Sandra Castro by United States Postal Service Certified Mail Article No.9589-0710-5270-0558-5083-21, Return Receipt Requested, in a sealed envelope with postage pre-paid, properly addressed to Riverside Public Utilities as follows:

Riverside Public Utilities
c/o: Todd Corbin, General Manager
3901 Orange Street
Riverside, CA 92501

I declare upon penalty of perjury under the laws of the State of California, that the above is true, correct, and complete and that this Affidavit of Mailing is executed January _____, 2024, at Riverside, California.

_Phuong N. Pham_
Name Notary Public (print)

_Phuongnpham_
Notary Public signature

# Settlement Agreement
### Private Contract No. RPU-SC-01072024

**Parties:**

**Todd Corbin, General Manager**
    authorized representative of
    Riverside Public Utilities
Riverside Public Utilities
3901 Orange Street
Riverside, CA 92501

*__Via USPS Certified Mail Article No.__*
**__9589 0710 5270 0558 5083 21__**

And

**Sandra Castro**, authorized representative
    of SANDRA CASTRO
c/o: 10564 Young Street
Riverside [92505]
California Republic
Mailed by Public Notary

## Part 1.

### Averments of Sandra Castro

#### Introductory Certification

The Undersigned affiant, Sandra Castro, hereinafter "Affiant," does herewith solemnly swear, declare, and state as follows:

1.   Affiant can competently state the matters set forth herewith.

2.   Affiant has personal knowledge of the facts stated herein.

3.   All the facts stated herein are true, correct, and complete, admissible in evidence, and not misleading, in accordance with Affiant's best firsthand personal knowledge and belief.

#### Plain Statement of Facts

4.   Affiant has neither seen nor been presented with any evidence, and likewise any material fact, that demonstrates that SANDRA CASTRO is prohibited from attempting to exhaust all administrative remedies via SANDRA CASTRO'S authorized representative, Sandra Castro, i.e. Affiant **[*Talis non est eadem, nam nullum simile est idem.* What is like is not the same, for nothing similar is the same. (Note: A maxim is so called because its dignity is chiefest and its authority most certain and because universally approved of by all.)]**, re alleged "Current Creditor: Riverside Public Utilities"; "Account No: 0199101003"; and "Balance: $986.24 [sic]," hereinafter collectively "this matter," and believes that none exists.

5.   Affiant has neither seen nor been presented with any evidence, and likewise any material fact, that demonstrates that Todd Corbin, General Manager or Riverside Public Utilities, hereinafter collectively

"Alleged Creditor," has mailed or had served on SANDRA CASTRO or Affiant evidence of bona fide proof of claim of loss/harm/damage, i.e. bona fide substantiation of the debt alleged in this matter, and believes that none exists.

6.  Affiant has neither seen nor been presented with any evidence, and likewise any material fact, that demonstrates that Alleged Creditor has mailed or had served on SANDRA CASTRO or Affiant a copy of any document, the original of which is admissible under the rules of evidence as proof of loss/harm/damage, i.e. proof of claim, re the debt alleged in this matter, and believes that none exists.

7.  Affiant has neither seen nor been presented with any evidence, and likewise any material fact, that demonstrates that Alleged Creditor is in possession of any document admissible under the rules of evidence as bona fide proof of claim, i.e. verified proof of loss/harm/damage, re the debt alleged in this matter, and believes that none exists.

8.  Affiant has neither seen nor been presented with any evidence, and likewise any material fact, that demonstrates that Alleged Creditor is capable of bringing forth bona fide proof of any loss/harm/damage, admissible under the rules of evidence, re the debt alleged in this matter, and believes that none exists.

9.  Affiant has neither seen nor been presented with any evidence, and likewise any material fact, that demonstrates that the zenith of Alleged Creditor's "best evidence" against SANDRA CASTRO in this matter is comprised of anything more substantial/consequential than naked allegation [*Nudum pactum ex quo non oritur action.* **Naked agreement (nudum pactum) is that from which no action arises.**], and believes that none exists.

10. Affiant has neither seen nor been presented with any evidence, and likewise any material fact, that demonstrates that Alleged Creditor has ever provided SANDRA CASTRO with any valuable consideration, i.e. any goods or services or thing of value/substance, the loss of which would constitute the basis of a valid claim in this matter [*Nuda pactio obligationem non parit.* **A naked agreement (i.e. without consideration) does not create an obligation.**], and believes that none exists.

11. Affiant has neither seen nor been presented with any evidence, and likewise any material fact, that demonstrates that Alleged Creditor has ever provided Affiant with any valuable consideration, i.e. any goods or services or thing of value/substance, the loss of which would constitute the basis of a valid claim in this matter, and believes that none exists.

12. Affiant has neither seen nor been presented with any evidence, and likewise any material fact, that demonstrates that SANDRA CASTRO has ever received any valuable consideration, i.e. any goods or services or thing of value/substance, the loss of which would constitute the basis of a valid claim in this matter, from Alleged Creditor, and believes that none exists.

13. Affiant has neither seen nor been presented with any evidence, and likewise any material fact, that demonstrates that Affiant has ever received any valuable consideration, i.e. any goods or services or thing of value/substance, the loss of which would constitute the basis of a valid claim in this matter, from Alleged Creditor, and believes that none exists.

14. Affiant has neither seen nor been presented with any evidence, and likewise any material fact, that demonstrates that Alleged Creditor has sustained any verifiable loss/harm/damage by virtue of any act of SANDRA CASTRO, and believes that none exists.

15. Affiant has neither seen nor been presented with any evidence, and likewise any material fact, that demonstrates that Alleged Creditor has sustained any verifiable loss/harm/damage by virtue of any act of Affiant, and believes that none exists.

16. Affiant has neither seen nor been presented with any evidence, and likewise any material fact, that demonstrates that Alleged Creditor has sustained any verifiable loss/harm/damage by virtue of any omission of SANDRA CASTRO, and believes that none exists.

17. Affiant has neither seen nor been presented with any evidence, and likewise any material fact, that demonstrates that Alleged Creditor has sustained any verifiable loss/harm/damage by virtue of any omission of Affiant, and believes that none exists.

18. Affiant hereby solemnly covenants to perform as agreed herein below in paragraph 21 upon Alleged Creditor's successful fulfillment/completion of condition precedent [*Conditio praecedens adimpleri debet prius quam sequatur effectus.* **A condition precedent ought to be fulfilled before the effect can follow.**] set forth herein below in said paragraph 21.

<u>Verification and Certification</u>

19. The Undersigned Affiant, Sandra Castro, does herewith solemnly swear, declare, and state that Affiant executes this Affidavit on Affiant's unlimited commercial liability, that Affiant can competently state the matters set forth herein, and that the facts stated herein are true, correct, and complete in accordance with Affiant's best firsthand personal knowledge and belief.

Further Affiant sayeth naught.

Date: The ___Eignt___ Day of the First Month in the Year of Our Lord Two Thousand and Twenty Four [January _8th_, AD2024]

Signed:

*Sandra Castro, all rights reserved, without prejudice ucc 1-207/ucc 1-308.*

Sandra Castro
Affiant

*Disclaimer - A notary public or other officer completing this certification only verifies the identity of the individual who signed this instrument, and not the truthfulness, accuracy, or validity of this instrument. Using a notary public on this document does not constitute adhesion or entrance into any foreign jurisdiction, nor does it alter my status in any manner.*

State of California )
                    )   ss.
County of Riverside )

## Jurat

Subscribed and sworn to (or affirmed) this __8th__ day of __January__ 20__24__, before me, _Phuong N. Pham_ , Notary Public, personally appeared Sandra Castro, who personally proved to me to be the woman/person whose name is subscribed within the instrument and acknowledged to me that she executed the same in her (authorized or personal) capacity, and that by her signature on the instrument to be the woman/person or the entities upon behalf on which the woman/person acted, and executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Phuongmpham_

Signature of Notary Public                    (Seal)

PHUONG N. PHAM
COMM. #2369391
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires Aug. 3, 2025

**Part 2.**
**Agreement of the Parties**

20. The purpose of this Settlement Agreement, Private Contract No. RPU-SC-01072024 is to promote understanding, harmony, accord, and private settlement and closure of this matter, with the Parties hereto retaining no residual liability thereafter **[He who does not repel a wrong when he can, occasions it.].**

21. Upon Riverside Public Utilities General Manager Todd Corbin, hereinafter "RPU GM" **[*Semper necessitas probandi incumbit qui agit.* The claimant is always bound to prove: the burden of proof lies on him.]**, providing Sandra Castro, within twenty (20) days of RPU GM's receipt of this Settlement Agreement, and in the commercially reasonable manner prescribed herein below in paragraph 26: (a) a copy of any document that constitutes bona fide proof of claim of loss/harm/damage re the alleged debt in this matter, the original of which document is admissible under the rules of evidence as bona fide proof of claim of loss/harm/damage **[*Affirmantis est probare.* The person who affirms must prove.]**; or (b) counteraffidavits sworn true, correct, and complete **[*Qui omne dicit, nihil excludit.* He who says all, excludes nothing.]**, based on the personal knowledge and unlimited commercial liability of any such affiants so swearing **[*In judicio non creditur nisi juratis.* In law none is credited unless he is sworn. All the facts must when established, by witnesses, be under oath or affirmation.]**, and substantially rebutting, point-for-point, the material facts set forth above in paragraphs 4 through 18 of Part 1 of this Settlement Agreement-as well as any other evidence, as that term, i.e. "evidence, " is defined under the rules of evidence, that RPU GM may choose to provide Sandra Castro in RPU GM's attempt to demonstrate bona fide proof of claim of loss/harm/damage in this matter **[*Cujus est commodum, ejus est onus.* The person who has the benefit has also the burden.]**, Sandra Castro hereby and herewith solemnly covenants **[Sacrifice is the measure of credibility.]** to discharge in full any such debt so substantiated within ten (10) days of RPU GM's provision of such bona fide proof of claim of loss/harm/damage **[Satisfaction should be made to that fund which has sustained the loss.].**

22. RPU GM's silence, i.e. RPU GM's failure/refusal to provide **[*Semper necessitas probandi incumbit ei qui agit.* The necessity of proving always rests upon the claimant.]**, in the commercially reasonable manner prescribed herein below in paragraph 26, either: (a) evidence constituting bona fide proof of claim of loss/harm/damage in the matter of the alleged debt as set forth above in paragraph 21; or (b) counteraffidavits sworn true, correct, and complete, based on the personal knowledge and unlimited commercial liability of any such affiant so swearing, and substantially rebutting, point-for-point, the material facts contained in paragraphs 4 through 18 of Part 1 of this Settlement Agreement **[*Ex facto jus oritur.* The law arises out of the fact.]**, as set forth above in paragraph 21, within twenty (20) days of RPU GM's receipt of this Settlement Agreement RPU GM-or; in the alternative, RPU GM's timely, i.e. within twenty (20) days of RPU GM's receipt of this Settlement Agreement, express and official written withdrawal of all alleged claims in this matter-constitutes, establishes, and signifies RPU GM's full understanding, willing consent, and complete agreement and accord **[*Qui tacet consentire videtur.* He who is silent appears to consent.]** regarding the contents of this Settlement Agreement.

23. RPU GM agrees that any response other than timely provision of bona fide proof of claim of loss/harm/damage re the debt alleged in this matter, as set forth above in paragraph 21, and in the commercially reasonable manner prescribed herein below in paragraph 26; or counteraffidavits sworn true, correct, and complete, based on the personal knowledge and unlimited commercial liability of any such affiant so swearing, and substantially rebutting, point-for-point, the material facts set forth above in paragraphs 4 through 18 of Part 1 of this Settlement Agreement, as set forth above in paragraph 21, and in the commercially reasonable manner prescribed herein below in paragraph 26-or, in the alternative, RPU GM's timely, i.e. within twenty (20) days of RPU GM's receipt of this Settlement Agreement, express and official written withdrawal of all alleged claims in this matter-is insufficient, non-responsive, implied

acceptance, and the equivalent of response by silence, hereinafter collectively "response by silence" [*Qui tacet consentire videtur ubi tractatur de ejus commodo.* **A party who is silent is considered as assenting, when his advantage is debated.**].

24. In accordance with paragraphs 21, 22, and 23 above, twenty (20) days from the date of RPU GM's receipt of this Settlement Agreement, RPU GM's response by silence [*Idem est non probari et non esse; non deficit jus, sed probatio.* **What is not proved and what does not exist are the same; it is not a defect of the law, but the want of proof.**] constitutes RPU GM's assent, consent, and agreement [*Qui tacet consentire videtur ubi tractatur de ejus commodo.* **A party who is silent is considered as assenting, when his advantage is debated.**] with all statements, data, facts, evidence, and terms and conditions contained in this Settlement Agreement [*Consensus tacit legem.* **Consent makes the law. A contract is a law between the parties, which can acquire force only by consent.**].

25. In the event RPU GM needs more time to procure/prepare evidence/rebuttal counteraffidavits, as such are described in paragraph 21 above, RPU GM may request in writing within the twenty- ( 20-) day period described above in paragraph 21, and in the commercially reasonable manner prescribed herein below in paragraph 26, an additional ten (10) days in which to respond, and said request, with good cause shown, will be granted; **and in the event RPU GM is granted an additional ten (10) days in which to respond**. every paragraph and subparagraph in this Settlement Agreement affected by such change shall be deemed commensurately modified/adjusted in respect of the date upon which the tenth (10th) day of said additional ten- (10- ) day period falls, but all other aspects of every such paragraph and subparagraph shall remain unchanged in effect.

26. In the event RPU GM wishes to respond as set forth above in paragraph 21, and RPU GM wishes any such response to be binding on SANDRA CASTRO in accordance with the terms and conditions of this Settlement Agreement, RPU GM is respectfully directed to use the following addressee and address-**and only the following addressee and address and no other**-to transmit any such written response intended for Sandra Castro/SANDRA CASTRO:

      Phuong N. Pham, Notary Public
      12250 Baird Way
      Riverside, CA 92505

27. RPU GM's response by silence, as defined above in paragraph 23, signifies RPU GM's solemn, unreserved, voluntary, knowing, and deliberate execution of, and entry into, this Settlement Agreement [*Contractus legem ex conventione accipiunt.* **The agreement of the parties makes the law of the contract.**], including, without limitation, RPU GM's:

(a) Warranty that any principal/agent that acts on behalf of RPU GM is of the age of majority and competent to contract, and that any such principal/agent understands the contents of this Settlement Agreement, and freely, voluntarily, willingly, intentionally, knowingly, and intelligently enters this contract, i.e. this Settlement Agreement, on behalf of RPU GM with the unqualified intent of binding RPU GM thereby;

(b) Solemn covenant that this Settlement Agreement expresses the complete understanding and mutual intent of the parties, i.e. RPU GM, authorized representative of Riverside Public Utilities, and Sandra Castro, authorized representative of SANDRA CASTRO;

(c) Admission that the contractual agreement articulated herein is certain and sufficiently particular, and is neither vague nor ambiguous in respect of terms, conditions, and performance, and that the requirements of performance set forth herein are commercially reasonable and not impossible;

(d) Agreement that the consideration that forms the basis of this Settlement Agreement is actual substance-good, valuable, lawful, and sufficient for purposes of supporting a simple contract-i.e. RPU GM's provision of bona fide proof of claim of loss/harm/damage in this matter, admissible under the rules of evidence, substantiating RPU GM's claim of loss/harm/damage at the hands of SANDRA CASTRO, and Sandra Castro's promise to discharge any such bona fide obligation so evidenced within ten (10) days of Sandra Castro's receipt, via Sandra Castro's mailing agent at Sandra Castro's mailing agent's address, as set forth above in paragraph 26, of such bona fide proof of claim of loss/harm/damage, set forth with particularity in paragraph 21 above;

(e) Agreement that RPU GM declares and affirms that this Settlement Agreement can neither be impeached, nor nullified, nor negated, nor invalidated by any limited-liability person or forum absent Sandra Castro's express, written consent and agreement to participate therein obtained by RPU GM beforehand;

(f) Agreement that RPU GM enters this Settlement Agreement based on reciprocal and mutual assent, consent, consideration, and obligation of performance without constraint, reservation, undue influence, menace, or duress;

(g) Agreement that if any part/portion of this Settlement Agreement should be proven to be null, void, unlawful, or otherwise invalid, such portion shall be deemed extracted, severed, and removed from this Settlement Agreement, and every portion not so extracted/severed/removed shall remain in full force and effect and unaffected by any such extraction/severance/removal;

(h) Consent to enter into this Settlement Agreement, including, without limitation, RPU GM's assent, consent, and agreement to waive any and all challenges, objections, and defenses associated with the process by which this Settlement Agreement is obtained including, without limitation, challenges or objections re insufficiency of service of process, evidence of mailing, evidence of receipt, evidence of mailing by third party, as well as any and all other similar such alleged defenses, and RPU GM hereby so waives any and all such challenges, objections, and defenses;

(i) Admission that this Settlement Agreement is binding upon every principal and agent re the subject matter set forth herein;

(j) Concurrence that this Settlement Agreement is hereby established for and on the record of any forum, in any venue, that is or may become involved with the subject matter set forth herein;

(k) Stipulation that all facts established in/by this Settlement Agreement are admitted and taken as proved in the private substantive venue/forum, as well as in any other venue/ forum that is/may become concerned with such facts;

(l) Confession of failure/inability to demonstrate bona fide proof of claim [*Probandi necessitas incumbit illi ui agit.* **The necessity of proving lies with him who makes the charge**] of loss/harm/damage in this matter [*Actio non datur non damnificato.* **An action is not given to him who has received no damages.**], as requested by Sandra Castro herein;

(m) Stipulation that any and all controversy concerning any and all former alleged accounts and unpaid-debt balances in this matter is fully resolved and that Alleged Creditor is estopped from selling/assigning/forfeiting/surrendering/gifting/transferring to any other party any portion of any alleged right, title, or interest in any aforementioned former alleged account or unpaid-debt balance associated with this matter [*Posito uno oppositorum negatur alterum.* **One of two opposite positions being affirmed, the other is denied.**];

(n) Present intention to affix, in respect of RPU GM's assent, consent, and agreement, RPU GM's signature in the respective signature line designated for RPU GM at the bottom of this Settlement Agreement;

(0) Appointment of Sandra Castro as RPU GM's non-fiduciary authorized representative for the purpose of (i) affixing, in respect of RPU GM's present intention, assent, consent, and agreement, and in accordance with Uniform Commercial Code § 1-201 (39), RPU GM's typewritten signature in the respective signature line designated for RPU GM at the bottom of this Settlement Agreement; and (ii) creating, authenticating, and serving on any party or filing in any court on behalf of RPU GM, authorized representative of Riverside Public Utilities, any record that Sandra Castro, in Sandra Castro's sole discretion, deems appropriate for the purpose of effectuating termination of any alleged collection attempt made by any alleged successor assignee/transferee/purchaser/recipient/beneficiary of any alleged right, title, or interest in this matter allegedly obtained from Alleged Creditor, and dismissal, with prejudice, of any case filed by any party in any court in respect of this matter;

(p) Authorization for Sandra Castro, in accordance with the foregoing, as RPU GM's nonfiduciary authorized representative, and in respect of RPU GM's present intention, assent, consent, and agreement, to affix the typewritten signature of RPU GM in the respective signature line designated for RPU GM at the bottom of this Settlement Agreement and date and serve on any party and file in any court a copy of this Settlement Agreement, as well as any other related record that Sandra Castro, in Sandra Castro's sole discretion, deems appropriate; and to create, authenticate, and serve on any party and file in any court, on behalf of RPU GM, any record that Sandra Castro, in Sandra Castro's sole discretion, deems appropriate for the purpose of effectuating termination of any alleged collection attempt made by any alleged successor assignee/transferee/purchaser/recipient/beneficiary of any alleged right, title, or interest in this matter allegedly obtained from Alleged Creditor, and dismissal, with prejudice, of any case filed by any party in any court in respect of this matter, anytime after the twentieth (20th) day this Settlement Agreement is received by RPU GM [*Actore non probante reus absolvitur.* **When the plaintiff does not prove his case, the defendant is absolved.**]; **except that in the event that** any party, following RPU GM's receipt of this Settlement Agreement and absent RPU GM's successful completion/fulfillment of condition precedent set forth in paragraph 21 above, makes any additional attempt of any kind whatsoever to collect the alleged debt in this matter within the twenty- (20-) day period following RPU GM's receipt of this Settlement Agreement-including, without limitation, the filing, in respect of this matter, of any complaint in any court-, or any date thereafter, any such act instead signifies RPU GM's authorization for Sandra Castro, as RPU GM's non-fiduciary authorized representative, and in respect of RPU GM's present intention, assent, consent, and agreement, to (i) affix the typewritten signature of RPU GM in the respective signature line designated for RPU GM at the bottom of this Settlement Agreement, date this Settlement Agreement as of date of receipt by RPU GM, and serve on any party/file in any court a copy of this Settlement Agreement, as well as any other related record that Sandra Castro, in Sandra Castro's sole discretion, deems appropriate, immediately thereafter; (ii) create, authenticate, and serve on any party/file in any court on behalf of RPU GM any record that Sandra Castro, in Sandra Castro's sole discretion, deems appropriate for the purpose of effectuating termination of any subsequent alleged collection attempt made by any alleged successor assignee/ transferee/purchaser/recipient/beneficiary of any alleged right, title, or interest in this matter allegedly obtained from Alleged Creditor, and termination and dismissal, with prejudice, of any case filed by any party in any court in respect of this matter [*Cessante*

*causa, cessat effectus.* **The cause ceasing, the effect must cease.]; and further signifies** RPU GM and Riverside Public Utilities' joint and several execution of the security agreement in the attached Notice of Common Law Trademarks/ Security Agreement, made fully part hereof, and enclosed herein by reference as Attachment A (see paragraph 28 below) and Affidavit of Publication as Attachment B, and RPU GM and Riverside Public Utilities' joint and several liability, since and including December 15, 2023, and RPU GM's December 15, 2023 debt-collection letter, effective the date of any such subsequent attempt of any kind whatsoever by any party, including, without limitation, the filing of any complaint in any court, to collect the former alleged debt in this matter, of no practical significance, for all fees associated with each and every use of Sandra Castro's common law-trademarked property, i.e. SANDRA CASTRO™, in accordance with terms and conditions set forth in Attachment A;

(q)  Stipulation that, following any event described above in subparagraph 27(p), should any former alleged account or former alleged unpaid-debt balance associated with this matter ever be demanded/asserted/claimed by any party, including, without limitation, any Credit Reporting Agency: (i) Sandra Castro is authorized to provide any such party with a copy of this fully executed Settlement Agreement and any other record associated with this matter and notify any such party that Riverside Public Utilities, via Riverside Public Utilities' authorized representative, RPU GM, stipulates that Riverside Public Utilities is unable to substantiate any claim/allegation in this matter, and assents, consents, and agrees that any and all controversy concerning any and all such allegations, including, without limitation, any and all negative credit remarks previously reported by Riverside Public Utilities re alleged account number 0199101003 is fully resolved and that Riverside Public Utilities requests and authorizes that any and all such negative credit report remarks/entries be expunged/removed/purged as of date of inception of said account, (ii) RPU GM and Riverside Public Utilities jointly and severally execute the security agreement provided in Attachment A, and (iii) RPU GM and Riverside Public Utilities are jointly and severally liable since and including December 15, 2023, and RPU GM's December 15, 2023 debt-collection letter for all fees associated with each and every use of Sandra Castro's aforementioned common law-trademarked property in accordance with terms and conditions set forth in Attachment A; and

(r)  Agreement that this Settlement Agreement shall be governed by, and construed in accordance with, the common law and the contractual agreement of the parties hereto and any claim arising out of, or dispute in connection with, this Settlement Agreement may be heard only by the process of Affidavit-versus-Affidavit/Counteraffidavit sworn true, correct, and complete on any such Affiant's unlimited commercial liability before a public official authorized to administer oaths, and submitted to and arbitrated by an arbiter of Sandra Castro's exclusive choosing, with the intent that the end result of any such process shall be binding on all participating parties, as well as any and all agents, principals, officers, employees, successors, heirs, assigns, fiduciaries, and representatives thereof, and that Alleged Creditor hereby waives any objection that Alleged Creditor may now or hereafter have re the foregoing.

28. Sandra Castro hereby and herewith provides RPU GM with, and RPU GM hereby acknowledges receipt of: (a) Notice of Common Law Trademarks / Security Agreement (Attachment A) and Affidavit of Publication (Attachment B), and Sandra Castro herewith grants RPU GM conditional authorization to use Sandra Castro's common law-trademarked property, i.e. SANDRA CASTRO™, for the commercial advantage of a party other than Sandra Castro to collect the alleged debt in this matter; **provided, however,** that RPU GM first bring forth bona fide proof of claim of loss/harm/damage sustained by Alleged Creditor at the hands of SANDRA CASTRO, as set forth above in paragraph 21, and in the commercially reasonable manner prescribed hereinabove in paragraph 26; and (b) Notice that any further use of any of Sandra Castro's aforementioned common law-trademarked property, e.g. SANDRA

CASTRO™, for commercial advantage to attempt collection of the alleged debt in this matter absent provision of the aforementioned bona fide proof of claim of loss/harm/damage signifies that: (i) the authorization conditionally granted RPU GM hereinabove is retracted and void as though never granted; (ii) RPU GM and Riverside Public Utilities jointly and severally execute the security agreement provided in Attachment A as of the date of any such subsequent attempt to collect the alleged debt in his matter; and (iii) RPU GM and Riverside Public Utilities are jointly and severally liable, since and including December 15, 2023, and RPU GM's December 15, 2023-dated debt collection letter, for all fees associated with any and all unauthorized use of Sandra Castro's common law-trademarked property in accordance with terms and conditions set forth in Attachment A.

### Part 3.

### Authentication of the Parties

**Agreed to by the Parties this** _8th_ **day of** _January_ **20**_24_:

**Todd Corbin, General Manager**                    **Sandra Castro**

**Todd Corbin, General Manager**
Todd Corbin, General Manager
authorized representative of
Riverside Public Utilities

_Sandra Castro._ all rights reserved, without
Sandra Castro, authorized      prejudice UCC 1-207/
representative of SANDRA CASTRO      UCC 1-308.



### Notice of Common Law Trademarks/ Security Agreement

**Notice of Common Law Trademarks / Security Agreement**: All rights reserved re common-law trademarks KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™ (DOB 2019/SSN 5703) — as well as any and all derivatives and variations in the spelling of any of said common-law trademarks — Trademark (TM) 2001, 2003, and 2019, respectively, by Kurt Michael Leutz and Sandra Castro. Said common-law trademarks, i.e. KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgement of Kurt Michael Leutz and Sandra Castro as signified by the hand-signed, red-ink signature of Kurt Michael Leutz or Sandra Castro, hereinafter "Secured Party," unless otherwise expressly so stipulated and authorized by Secured Party. **With the intent of being contractually bound**, any juristic person, as well as the agent of said juristic person, assents, consents, and agrees by this Notice of Common Law Trademarks that neither said juristic person, nor the agent of said juristic person, shall display, nor otherwise use in any manner, the common-law trademarks KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™, nor any derivative of any of, nor any variation in the spelling of any of, KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™, without the prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's hand-signed signature in red ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of any of KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™, and all such unauthorized use is strictly prohibited. Secured Party is not now, nor has Secured Party ever been, an accommodation party, nor a surety, for any of the purported debtors, i.e. "KURT MICHAEL LEUTZ," "SANDRA CASTRO," and "RYLENN KUSCH," nor for any derivative of, nor for any variation in the spelling of, any of said tradenames, nor for any other juristic person, and is so-indemnified and held harmless by KURT MICHAEL LEUTZ™, Debtor, in Hold-harmless and Indemnity Agreement No. KML-062301-HHIA dated the Twenty-third Day of the Sixth Month in the Year of Our Lord Two Thousand and One; by SANDRA CASTRO™, Debtor, in Hold-harmless and Indemnity Agreement No. SC-011003-HHIA dated the Tenth Day of the First Month in the Year of Our Lord Two Thousand and Three; and by RYLENN KUSCH™ against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor KURT MICHAEL LEUTZ™ and SANDRA CASTRO™ and RYLENN KUSCH™ for any and every reason, purpose, and cause whatsoever. **Mutual Assent Implied and Express Contract Executed by Unauthorized Use of Secured Party's Common Law-Trademarked Property; Self-executing Security Agreement in Event of Unauthorized Use of Secured Party's Common Law-Trademarked Property**: By this Notice of Common Law Trademarks, both the juristic person and the agent of said juristic person, hereinafter jointly and severally "User," assent, consent, and agree that any use of any of KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™, other than authorized use as set forth above constitutes unauthorized use of Secured Party's common-law trademarked property, contractually binds User, renders this Notice of Common Law Trademarks a Security Agreement wherein User is debtor and Kurt Michael Leutz and/or Sandra Castro is Secured Party, and signifies that User: **(1)** incurs a contractual obligation in favor of Secured Party, and grants Secured Party a security interest in all of User's assets, land, and personal property and all of User's rights, title, and interest in said assets, land, and personal property, in the sum certain amount of $500,000.00 per each occurrence of unauthorized use of the common-law trademarks KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™, as well as for each and every occurrence of unauthorized use of any and all derivatives of, and variations in the spelling of, respectively, KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™, plus costs, plus triple damages; **(2)** has present intention to authenticate, and hereby and herewith authenticates, this Security Agreement, wherein User is debtor and Kurt Michael Leutz and/or Sandra Castro is Secured Party, and wherein User pledges all of User's assets, land, consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments,

Notice of Common Law Trademarks/ Security Agreement



deposit accounts, accounts, documents, and general intangibles, and all User's rights, title, and interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral to secure User's contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's common law-trademarked property; **(3)** assents, consents, and agrees with Secured Party's filing of a Uniform Commercial Code, hereinafter "UCC," Financing Statement in the UCC filing office, as well as in any county-level recording/registration office, wherein User is debtor and Kurt Michael Leutz and/or Sandra Castro is Secured Party; **(4)** assents, consents, and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further assents, consents, and agrees with Secured Party's filing of any continuation statement necessary to maintain Secured Party's perfected security interest in all of User's property and rights, title, and interest in property, pledged as collateral in this Security Agreement and described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied; **(5)** assents, consents, and agrees with Secured Party's filing of any UCC Financing Statement, as described above in paragraphs "(3)" and "(4)," as well as the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office, as well as in any county-level recording/registration office; **(6)** assents, consents, and agrees that any and all such filings described in paragraphs "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; **(7)** promises unconditionally to accept, has present intention to authenticate and accept, and hereby and herewith authenticates and accepts, as drawee-acceptor, any draft drawn by Secured Party to secure payment of outstanding unauthorized-use fees, as set forth above in paragraph "(1)," incurred by User through User's unauthorized use of Secured Party's common law-trademarked property; **(8)** waives right of presentment and all defenses; and **(9)** Appoints Secured Party as non-fiduciary authorized representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms," granting Secured Party full authorization and power to engage in any and all actions on behalf of User, in respect of User's outstanding contractual obligation as set forth above in paragraph "(1)," including, without limitation, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate and, as regards any deposit account of any kind maintained with any bank in/under the name of User, and likewise any deposit account maintained with any bank in/under the Taxpayer Identification Number of User, notwithstanding the absence of User's name as account-holder on any such deposit account, grants Secured Party full authorization and power to originate instructions for said deposit-account bank and to direct the disposition of funds in said deposit account and execute demand drafts, as that term, i.e. "demand draft," is defined at UCC 3104(k), to discharge User's aforementioned outstanding contractual obligation, without further consent of User and without liability, and User further consents and agrees that appointment of Secured Party as non-fiduciary authorized representative for User, effective upon User's default, is irrevocable and coupled with a security interest. **User Further Assents, Consents, and Agrees with the Following Additional Terms of "Mutual Assent Implied and Express Contract Executed by Unauthorized Use of Secured Party's Common Law-Trademarked Property; Self-executing Security Agreement in Event of Unauthorized Use of Secured Party's Common Law Trademarked Property":** Payment Terms: In accordance with fees for unauthorized use of any of KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™ as set forth above, User hereby assents, consents, and agrees that User shall pay Secured Party all unauthorized-use fees in full within ten (10) days of the date Secured Party sends User the invoice, hereinafter "Invoice," itemizing said fees. Default Terms: In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and: (a) all of User's property and rights, title, and interest in property pledged as collateral by User, as set forth in above in paragraph "(2)," immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(9)"; and (c) User assents, consents, and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, without limitation, sale at auction, at any time following User's default, and without further notice, any and all of User's property and rights, title, and interest in property, described above in paragraph "(2)," formerly pledged as collateral by User, now property of Secured Party, in respect of this "Mutual Assent Implied and Express Contract Executed by Unauthorized Use of Secured Party's Common-Law Trademarked Property; Self-executing Security Agreement

Notice of Common Law Trademarks/ Security Agreement



in Event of Unauthorized Use of Secured Party's Common-Law Trademarked Property," that Secured Party, again in Secured Party's sole discretion, deems appropriate. <u>Terms for Curing Default</u>: Upon event of default, as set forth above under "Default Terms," irrespective of any and all of User's former property and rights, title, and interest in property, described above in paragraph "(2)," in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms," User may cure User's default only re the remainder of User's said former property and rights, title, and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full. <u>Terms of Strict Foreclosure</u>: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and rights, title, and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty- (20) day default-curing period. Priority perfected security interest subject to UCC Financing Statement filed in the UCC filing office. Record Owner: Kurt Michael Leutz and Sandra Castro.

Date: 06/23/2001

Kurt Michael Leutz
All rights reserved, UCC 1-207/UCC 1-308.

Date: 01/10/03

Sandra Castro.
Sandra Castro
All rights reserved, UCC 1-207/UCC 1-308.

Notice of Common Law Trademarks/ Security Agreement



## BUSINESS JOURNAL

4152 TENTH ST, RIVERSIDE, CA 92501
Telephone (951) 784-0111 / Fax (951) 784-6947

This space for filing stamp only

SANDRA CASTRO
10564 YOUNG ST
RIVERSIDE, CA - 92505

BJ#: 3732695

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California )
County of RIVERSIDE ) ss

Notice Type:  CIV4 - CIVIL PUBLICATION

Ad Description:
Notice of Common Law Trademarks/ Security Agreement

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the BUSINESS JOURNAL, a newspaper published in the English language in the city of RIVERSIDE, county of RIVERSIDE, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of RIVERSIDE, State of California, under date 10/26/1995, Case No. 271588 and under date 12/7/1994, Case No. 253011. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

08/24/2023, 08/31/2023, 09/07/2023, 09/14/2023, 09/21/2023, 09/28/2023, 10/05/2023, 10/12/2023

Executed on: 10/12/2023
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature



* A 0 0 0 0 6 4 0 7 4 9 3 *

Email

Notice of Common Law Trademarks/ Security Agreement Notice of Common Law Trademarks / Security Agreement: All rights reserved re common-law trademarks KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™ (DOB 2019/SSN 5703) — as well as any and all derivatives and variations in the spelling of any of said common-law trademarks — Trademark (TM) 2001, 2003, and 2019, respectively, by Kurt Michael Leutz and Sandra Castro. Said common law trademarks, i.e. KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgement of Kurt Michael Leutz and Sandra Castro as signified by the hand-signed, red-ink signature of Kurt Michael Leutz or Sandra Castro, hereinafter "Secured Party," unless otherwise expressly so stipulated and authorized by Secured Party. With the intent of being contractually bound, any juristic person, as well as the agent of said juristic person, assents, consents, and agrees by this Notice of Common Law Trademarks that neither said juristic person, nor the agent of said juristic person, shall display, nor otherwise use in any manner, the common-law trademarks KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™, nor any derivative of any of, nor any variation in the spelling of any of, KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™, without the prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's hand-signed signature in red ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of any of KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™, and all such unauthorized use is strictly prohibited. Secured Party is not now, nor has Secured Party ever been, an accommodation party, nor a surety, for any of the purported debtors, i.e. "KURT MICHAEL LEUTZ," "SANDRA CASTRO," and "RYLENN KUSCH," nor for any derivative of, nor for any variation in the spelling of, any of said tradenames, nor for any other juristic person, and is so-indemnified and held harmless by KURT MICHAEL LEUTZ™, Debtor, in Hold-harmless and Indemnity Agreement No. KML-062301-HHIA dated the Twenty-third Day of the Sixth Month in the Year of Our Lord Two Thousand and One; by SANDRA CASTRO™, Debtor, in Hold-harmless and Indemnity Agreement No. SC-011003-HHIA dated the Tenth Day of the First Month in the Year of Our Lord Two Thousand and Three; and by RYLENN KUSCH™ against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor KURT MICHAEL LEUTZM and SANDRA CASTRO™ and RYLENN KUSCH™ for any and every reason, purpose, and cause whatsoever. Mutual Assent implied and Express Contract

Executed by Unauthorized Use of Secured Party's Common Law-Trademarked Property; Self-executing Security Agreement in Event of Unauthorized Use of Secured Party's Common Law-Trademarked Property: By this Notice of Common Law Trademarks, both the juristic person and the agent of said juristic person, hereinafter jointly and severally "User," assent, consent, and agree that any use of any of KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™, other than authorized use as set forth above constitutes unauthorized use of Secured Party's common-law trademarked property, contractually binds User, renders this Notice of Common Law Trademarks a Security Agreement wherein User is debtor and Kurt Michael Leutz and/or Sandra Castro is Secured Party, and signifies that User: (1) incurs a contractual obligation in favor of Secured Party, and grants Secured Party a security interest in all of User's assets, land, and personal property and all of User's rights, title, and interest in said assets, land, and personal property, in the sum certain amount of $500,000.00 per each occurrence of unauthorized use of the common law trademarks KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™, as well as for each and every occurrence of unauthorized use of any and all derivatives of, and variations in the spelling of, respectively, KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™ plus costs, plus triple damages; (2) has present intention to authenticate, and hereby and herewith authenticates, this Security Agreement, wherein User is debtor and Kurt Michael Leutz and/or Sandra Castro is Secured Party, and wherein User pledges all of User's assets, land, consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all User's rights, title, and interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral to secure User's contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's common law-trademarked property; (3) assents, consents, and agrees with Secured Party's filing of a Uniform Commercial Code, hereinafter "UCC," Financing Statement in the UCC filing office, as well as in any county-level recording/registration office, wherein User is debtor and Kurt Michael Leutz and/or Sandra Castro is Secured Party; (4) assents, consents, and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further assents, consents, and agrees with Secured Party's filing of any continuation statement necessary to maintain Secured Party's perfected security interest in all of User's property and rights, title, and interest in property, pledged as collateral in this Security Agreement and described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied; (5) assents, consents, and agrees with Secured Party's filing of any UCC Financing Statement, as described

COPY

above in paragraphs "(3)" and "(4)," as well as the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office, as well as in any county-level recording/registration office; (6) assents, consents, and agrees that any and all such filings described in paragraphs "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; (7) promises unconditionally to accept, has present intention to authenticate and accept, and hereby and herewith authenticates and accepts, as drawee-acceptor, any draft drawn by Secured Party to secure payment of outstanding unauthorized-use fees, as set forth above in paragraph "(1)," incurred by User through User's unauthorized use of Secured Party's common law-trademarked property; (8) waives right of presentment and all defenses; and (9) Appoints Secured Party as non-fiduciary authorized representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms," granting Secured Party full authorization and power to engage in any and all actions on behalf of User, in respect of User's outstanding contractual obligation as set forth above in paragraph "(1)," including, without limitation, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate and, as regards any deposit account of any kind maintained with any bank in/under the name of User, and likewise any deposit account maintained with any bank in/under the Taxpayer Identification Number of User, notwithstanding the absence of User's name as account-holder on any such deposit account, grants Secured Party full authorization and power to originate instructions for said deposit-account bank and to direct the disposition of funds in said deposit account and execute demand drafts, as that term, i.e. "demand draft," is defined at UCC 3-104(k), to discharge User's aforementioned outstanding contractual obligation, without further consent of User and without liability, and User further consents and agrees that appointment of Secured Party as non-fiduciary authorized representative for User, effective upon User's default, is irrevocable and coupled with a security interest. User Further Assents, Consents, and Agrees with the Following Additional Terms of "Mutual Assent Implied and Express Contract Executed by Unauthorized Use of Secured Party's Common Law-Trademarked Property; Self-executing Security Agreement in Event of Unauthorized Use of Secured Party's Common Law Trademarked Property": Payment Terms: In accordance with fees for unauthorized use of any of KURT MICHAEL LEUTZ™, SANDRA CASTRO™, and RYLENN KUSCH™ as set forth above, User hereby assents, consents, and agrees that User shall pay Secured Party all unauthorized-use fees in full within ten (10) days of the date Secured Party sends User the invoice, hereinafter "Invoice," itemizing said fees. Default Terms: In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and: (a) all of User's property and rights,

title, and interest in property pledged as collateral by User, as set forth in above in paragraph "(2)," immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(9)"; and (c) User assents, consents, and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, without limitation, sale at auction, at any time following User's default, and without further notice, any and all of User's property and rights, title, and interest in property, described above in paragraph "(2)," formerly pledged as collateral by User, now property of Secured Party, in respect of this "Mutual Assent Implied and Express Contract Executed by Unauthorized Use of Secured Party's Common-Law Trademarked Property; Self-executing Security Agreement in Event of Unauthorized Use of Secured Party's Common-Law Trademarked Property," that Secured Party, again in Secured Party's sole discretion, deems appropriate. Terms for Curing Default: Upon event of default, as set forth above under "Default Terms," irrespective of any and all of User's former property and rights, title, and interest in property, described above in paragraph "(2)," in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms," User may cure User's default only re the remainder of User's said former property and rights, title, and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full. Terms of Strict Foreclosure: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and rights, title, and interest in property formerly pledged as collateral by User, now property of Secured Party, upon expiration of said twenty- (20) day default-curing period. Priority perfected security interest subject to UCC Financing Statement filed in the UCC filing office. Record Owner: Kurt Michael Leutz and Sandra Castro 8/24, 8/31, 9/7, 9/14, 9/21, 9/28, 10/5, 10/12/23

**BJ-3732695#**

# EXHIBIT E

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Riverside Public Utilities
c/o: Todd Corbin, General Manager
3901 Orange Street
Riverside, CA 92501

9590 9402 5614 9274 3832 60

2. Article Number (Transfer from service label)

9589 0710 5270 0558 5083 21

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ Stewart
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXHIBIT F



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Riverside, CA 92501

| Certified Mail Fee | $4.40 | |
| $ | $3.65 | 0503 |

Extra Services & Fees (check box, add fee as appropriate)
- ☑ Return Receipt (hardcopy) — $11.00
- ☐ Return Receipt (electronic) — $0.00
- ☐ Certified Mail Restricted Delivery — $0.00
- ☑ Adult Signature Required — $0.00
- ☐ Adult Signature Restricted Delivery — $0.00

Postage $0.68

Total Postage and Fees
$ $8.73

Postmark
Here

01/31/2024

Sent To Riverside Public Utilities /
c/o General Manager - Todd Corbin
Street and Apt. No., or PO Box No.
3901 Main Street
City, State, ZIP+4
Riverside, CA 92501

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

**Certified Mail Article No. 9589 0710 5270 0894 5741 34**

c/o: 10564 Young Street
Riverside [92505]
California Republic

January 31st, 2024

**Via USPS Certified Mail Article No. 9589 0710 5270 0894 5741 34**

General Manager Todd Corbin, authorized representative of Riverside Public Utilities
Riverside Public Utilities
3901 Main Street
Riverside, CA 92501

Re:    Former alleged 0199101003
        Execution of security agreement

**First and Only Notice and Warning of Commercial Grace**

Dear Sirs:

My records do not reflect that I requested any such information as claimed by you in your January 18th, 2024 correspondence and provided therewith.

Upon sending me your December 15th, 2023 implied-demand letter on behalf of Riverside Public Utilities you incurred the obligation of proving your claim.

When I requested in my sworn, January 8th, 2024 correspondence that you bring forth evidence of loss, harm, or damage within a commercially reasonable amount of time you sent the aforementioned non-sequitur, January 18th, 2024 debt-collection attempt, a non-responsive reply.

Your inability to prove loss, harm, or damage will not change with the passage of time and, as we both know, signifies a fatal defect in any breach of contract action.

Because your January 18th, 2024 debt-collection attempt was not preceded or accompanied by proof of loss, harm, or damage re the hereinabove-referenced subject former alleged debt, and fell without the 20-day period granted you in which to bring forth such proof, said letter constitutes your positive implied acceptance of all terms and conditions and execution of that certain Settlement Agreement, Private Contract No. Form RPU-SC-01072024, as of date of receipt thereof, i.e. January 10th, 2024 (see subparagraph 27(P) of said Settlement Agreement); and your and Riverside Public Utilities' joint and several execution, as of January 18th, 2024, of the consensual, simple, parol contract and security agreement offered within the Notice of Common Law Trademark / Security Agreement served on you concurrently with the aforementioned Settlement Agreement (Attachment A thereof) January 8th, 2024, by USPS Certified Mail, and your and Riverside Public Utilities' coincident joint and several assumption of liability for fees for all

**Certified Mail Article No. 9589 0710 5270 0894 5741 34**

unauthorized use of my common law-trademarked property since and including December 15th, 2023, and your initial implied-demand letter of the same date.

Be advised that this is a common-law, not a statutory, matter. Because of the possibility of your lack of familiarity with such, I have decided to forgo enforcement of the hereinabove-referenced executed security agreement at this time. However, you are hereby given this First and Only Notice and warned that should Riverside Public Utilities or any of its personnel at any point in the future, attempt collection of the subject former alleged debt, now debunked as non-existent, said assurance shall be withdrawn and all private-contractual remedies pursued against you and your client non-judicially without further notice.

Please also be advised that further unlawful cohersive actions, harassment, trespassing on private property (with signage posted) without lawful or legal rights or consent, and intimidation tactics, on behalf of Riverside Public Utilities and all its agents and 3rd parties affiliated/contracted on behalf of the agency, will not be tolerated. To date, agents of Riverside Public Utilities trespassed on 01/06/2024, 01/24/2024, and 01/30/2024. The notice left hanging on the screen door on 01/30/2024 was not addressed to anyone or identified an address; deemed as litter and trespassing onto private property (with signage posted) and without consent. Your litter is hereby, not accepted and returned to sender. Your notice is also misrepresenting – alleges contact attempt was made when in fact Riverside Public Utilities has made no civil, honorable attempt to lawfully settle the alleged debt, only cohersive and intimidation tactics to compel payment for an alleged debt via federal reserve notes without providing a true bill as requested.

Immediately restore all services and cease and desist all and any unlawful activity, harassment, extortion, intimidation, deprivation of rights, and malicious and intentional infliction of hardship upon my family.

Riverside Public Utilities and your agents will be held liable under **18 USC 241, 242** for conspiracy against rights and deprivation of rights under color of law; **18 USC 1001** for making false statements/entries generally; **18 USC 872** for extortion; **18 USC 1952** for using mail to commit unlawful activity; **CPC 602** for trespassing on private property (with signs posted) without consent or legal or lawful right; **18 USC 3571** for slavery (forced compliance to contracts not held).

Further payments on this account will surely be discharged upon your proper validation of an alleged debt. As per the public policy, HJR 192, public law 73-10 there is no lawful money and all debt is to be discharged dollar per dollar upon demand. Please provide immediate account of the negotiable instrument sent via **USPS certified mail article #7022-0410-0001-1858-3970** on 02/18/2023. The enclosed negotiable instrument dated 2/14/23 tendered a payment to the bearer/holder, Riverside Public Utilities, in the amount of **$1,544.21**. Your correspondence dated March 9th, 2023 outlined your codes and rules, but failed to return the negotiable instrument your agency alleged to have not accepted. Under **UCC 3-602, 3-603, and 3-604**, the amount tendered on the instrument is to be fully discharged to the extent of the payment.

As an operation of law as codified at California Civil Code Section 1485 and California Code of Civil Procedure Section 2074, respectively:
  (a) An obligation is extinguished by an offer of performance, made in conformity with the rules prescribed, and with intent of extinguishing the obligation;
  (b) An offer in writing paying a particular sum of money, as well as for delivering a written instrument/specific personal property, is, if not accepted, the equivalent of the actual production and tender of the money/instrument/property.

Please refer to the **Uniform Commercial Code 3-603 "Tender of Payment".**

Also please refer to Guaranty Trust Co of Ny v. Henwood et al. 307 U.S 247 (FN3).

Please adjust your records to reflect the discharge of this alleged debt and adjust the account accordingly.

Pursuant to the Fair Debt Collection Practices Act. 15 U.S.C.A 1601.1692 et al, this constitutes timely written notice that I have discharged the alleged debt which was never authorized by me and which has been cancelled in its entirety, without dishonor, on the grounds of false representation and fraud. No judgment has been entered on this matter.

15 U.S.C. 1692I states that a "false, deceptive, and misleading representation, in connection with the collection of any debt," includes the false representation of the character or legal status of any debt. I have incurred no liability for this "assessed" debt.

"Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights." [*AFLCIO v. Woodard*, **406 F 2d 137 t.**]

When any court violates the clean and unambiguous language of the Constitution, a fraud is perpetuated and no one is bound to obey it. [**(16 Ma. Jur 2nd 177, 178)** *State v. Sutton*, **63 Minn. 147, 65 NW 262, 30 L.R.A. 630 Am. 459.**]

"…every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent." [*Cruden v. Neale*, **2 N.C. 338 May Term 1796.**]

"The common law is the real law, the Supreme Law of the land, the code, the rules, regulations, policy, and statutes are not the law", [*Self v. Rhay*, **61 Wn (2d) 261.**]

"All codes, rules, regulations are for government -authorities only, not human/creators in accordance with God's laws. All codes, rules, and regulations are unconstitutional and lacking due process…" [*Rodriques v. Ray Donavan (U.S. Department of Labor)* **769 F. 2d 1344, 1348 (1985).**]

"All laws, rules, and practices which are repugnant to the Constitution are null and void" … "and that courts, as well as other departments, are bound by that instrument" … and "that every right, when withheld, must have a remedy, and every injury its proper redress." [*Marbury v. Madison*, **5th US (2 Cranch) 137, 174, 176, (1803).**]

Please understand the extreme seriousness of this matter and govern your actions accordingly.

Very truly yours,

*Sandra Castro.*

Sandra Castro, a living woman.
All rights reserved, without prejudice UCC 1-207/ UCC 1-308.

Encl.

# EXHIBIT G

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Riverside Public Utilities
c/o: General Manager, Todd Corbin
3901 Main Street,
Riverside, CA 92501

9590 9402 5614 9274 4041 49

2. Article Number *(Transfer from service label)*

9589 0710 5270 0894 5741 34

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Dana Stewart
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

# EXHIBIT H



*City of Arts & Innovation*

January 31, 2024

Sandra Castro
10564 Young Street
Riverside, CA 92505

Account #: 19-9101.003

Dear Sandra Castro:

This letter is in response to your letter dated January 10, 2024, mailed to 3901 Orange Street Riverside CA which was received on January 30, 2024.

Results of an account review and investigation reflect that the letter dated January 10, 2024, has no monetary value, and does not constitute a valid form of payment. Water Rule 5 and Electric Rule 5 outlines bills are due and payable upon presentation and become delinquent 19 days after billing. Bills will be considered past due (delinquent) if not paid within 19 days after the date of mailing. 10564 Young Street Riverside CA 92505 has a past due balance of $986.24 on account 19-9101.003 for services rendered and total balance due of $1,335.91. Riverside Public Utilities records indicate the last payment received on account 19-9101.003 was on 11/08/23, the Utility may discontinue or deny service(s) for nonpayment of bill(s). Discontinuance of Service when trying to avoid payment of utilities bill may occur where the Utility determines that the same person(s) continues to occupy the service address.

| Bill Date | Bill Due Date | Bill Amount | Total Bill Balance Due |
|---|---|---|---|
| 1/18/2024 | 02/08/24 | $349.67 | $1,335.91 |
| 12/15/2023 | 01/05/24 | $353.47 | $986.24 |
| 11/16/2023 | 12/07/23 | $333.58 | $632.77 |

Pay your bill online, by phone, by mail, or in-person with cash, credit/debit card, or check remittance should indicate payable to Riverside Public Utilities.

Pay In-Person/Mail:

**Downtown Customer Service Center**
3901 Orange Street
Riverside, CA 92501

**Customer Resource Center**
3025 Madison Street
Riverside, CA 92504

Pay by Phone: Our automated phone system allows you to pay your utility bill over the phone through our payment system. Contact Customer Service at (951) 782-0330 and follow the menu prompt option to make a payment using credit/debit card using the automated system.

Pay Online: Using your credit/debit card: https://billpay.riversideca.gov/iwr/user/login.seam

Riverside Public Utilities • Customer Service

3901 Orange Street • Riverside, CA 92501 • 951.782.0330 • RiversidePublicUtilities.com



*City of Arts & Innovation*

Riverside Public Utilities has multiple utility assistance programs to help eligible low-income residents which can be found at https://riversideca.gov/utilities/residents/assistance-programs/about, or by contacting (951) 782-0300, or by visiting one of our locations.  Enclosed is a Utility Assistance program informational flyer and program applications.

If you have any questions, please feel free to contact me at (951) 826-5453 or at afranco@riversideca.gov.

Sincerely,

Alma Franco
City of Riverside
Utilities Customer Service Manager

Attachments:
1. Water Rule 5
2. Water Rule 7
3. Electric Rule 5
4. Electric Rule 7
5. Utility Assistance Flyer & Program Applications

# EXHIBIT I



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Riverside, CA 92501

| Certified Mail Fee | $4.40 | |
| $ | | $7.45 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☑ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☑ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 |
| Postage | | $0.92 |
| $ | | |
| Total Postage and Fees | | |
| $8.97 | | |

0503
34

Postmark
Here

02/22/2024

Sent To  Riverside Public Utilities / c/o Todd Corbin, General Manager
Street and Apt. No., or PO Box No.  3901 Orange Street
City, State, ZIP+4®  Riverside, CA 92501

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0558 5084 13

Certified Mail Article # 9589 0710 5270 0558 5084 13

c/o: 10564 Young Street<br>
Riverside [92505]<br>
California Republic

February 12th, 2024

**<u>Via USPS Certified Mail Article No. 9589 0710 5270 0558 5084 13</u>**

General Manager Todd Corbin, authorized representative of Riverside Public Utilities,
Riverside Public Utilities
3901 Orange Street
Riverside, CA 92501

RE: Your posted notices dated January 31st,2024 and February 5th, 2024 "NOTICE OF CALL"

NOTICE TO PRINCIPAL IS NOTICE TO AGENT<br>
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

**NOTICE OF RETURN OF ERRONEOUS PRESENTMENTS**

Dear Mr. Corbin:

Equity under the Law is PARAMOUNT and MANDATORY under Law.

I do not give you license to make any legal determination for me.

I am returning your erroneous presentments dated January 31st, 2024 and February 5th, 2024, WITHOUT DISHONOR, UCC 3-501 by Certified Mail # 9589 0710 5270 0558 5084 13, Return Receipt Requested.

You have sent me incomplete instruments UCC 3-115. These presentments have been returned to you timely, according to all applicable codes.

The incomplete presentments you had posted on my screen door were left with unknown recipient or address. My true name is Sandra Castro, not SANDRA CASTRO™. You have not provided any consideration to me and have not provided any performance to which I am indebted by an instrument that bears my signature. UCC 3-401(a). Please exhibit the instrument that contains my signature, obligating me to your demand, under agreement. UCC 1-201 (3).

I demand under the Freedom of Information Act 5 USC 552 and Privacy Act 5 USC 552a that you provide me with the true name and business address of the man or woman certifying under the penalty of perjury that I am obligated to do anything under the "California Health and Safety Code," which is not positive law, and the source of the incorrect information included in your notices, and the authority of the man or woman that sent these notices without first verifying the information referenced.

Page **1** of **3**

Certified Mail Article # 9589 0710 5270 0558 5084 13

Pursuant to California HSC § 116908 (c) written notice to shall include, but not limited to the following in a clear and legible format:

    (i)     The customer's name and address.
    (ii)    The amount of the delinquency.
    (iii)   The date by which payment or arrangement for payment is required in order to avoid discontinuation of residential service.
    (iv)   A description of the process to apply for an extension of time to pay the delinquent charges.
    (v)    A description of the procedure to petition for bill review and appeal.
    (vi)   A description of the procedure by which the customer may request a deferred, reduced, or alternative payment schedule, including an amortization of the delinquent residential service charges, consistent with the written policies provided pursuant to subdivision (a) of Section 116906.

Your notices are defective based on the elements mentioned-above on Section 116908, not accepted, and returned to you.

Pursuant to California HSC § 116906 – written policy on discontinuation of residential service for nonpayment shall include the following… "(3) a formal mechanism for a customer to contest or appeal a bill. Further, pursuant to Ca. HSC § 116908 (b) if an adult at the residence appeals the water bill to the covered water system or any other administrative or legal body to which that may be lawfully taken, the covered watered system shall not discontinue residential service while appeal is pending."

Riverside Public Utilities and all agents are hereby on notice for violating California HSC § 116906 and § 116908 as I, Sandra Castro, requested validity of your alleged debt through Settlement Agreement, Private Contract No. RPU-SC-01072024 recorded January 8th,2024 and received by Riverside Public Utilities on January 10th,2024. No response has been received from Riverside Public Utilities to date. I have also offered an alternative means to lawfully settle the alleged debt, upon proper validation of debt. And Riverside Public Utilities accepted my negotiable instrument on 02/18/2023, which was tendered on 02/14/2023 in the amount of $1,544.21 (**USPS certified mail article #7022-0410-0001-1858-3970**), but failed to lawfully credit my account. Instead, Riverside Public Utilities ignored my written request for validation of debt and proceeded to unlawfully trespass on private property, with signs posted, to shut-off water on 01/24/2024 and now threatens to disconnect the electricity. Pursuant to **18 USC § 894** - collection of extensions of credit by extortionate means "(a) whoever knowingly participates in any way, or conspires to do so, in use of any extortionate means, (1) to collect or attempt to collect any extension of credit, or (2) to punish any person for the nonrepayment thereof, shall be fined under this title and/or imprisoned to no more than 20 years or both.

Further trespassing and loitering by agents of Riverside Public Utilities were suffered on 01/31/2024 and 02/05/2024.

Before you proceed any further with any shut-off or unlawful activity, please furnish me with an affidavit, signed under penalty of perjury with the implementing regulation(s) that gives the statutes you are relying on, and the force of law that applies to me. Please include a copy of the Delegation of Authority Order from "whomever" authorized the release of this information, and the referenced letter.

Please provide me with proof of your claim that you maintain a security interest, UCC 1-201 (37)(A).

Page **2** of 3

Certified Mail Article # 9589 0710 5270 0558 5084 13

YOU HAVE TEN (10) DAYS WITH WHICH TO COMPLY, FROM RECEIPT OF THIS CERTIFIED MAIL, UCC 1-204, UNLESS YOU REQUEST AN EXTENSION OF TIME.

A lack of response on your part means a fault exists, UCC 1-201 (16), creating fraud through material misrepresentation which vitiates all forms, contracts, agreements, etc., expressed or implied, from the beginning, UCC 1-103.

### NOTICE OF COMMON LAW TRADEMARK VIOLATION

Please refer to the copy of the Notice of Common Law Trademark / Security Agreement.

I am sovereign with unlimited commercial liability. I hold an un-rebutted superior title and claim to all assets (property) and wages of the fictitious person "SANDRA CASTRO™". Unauthorized use of this trademark results in penalties of $500,000.00 per occurrence. Please provide me with the name of the RIVERSIDE PUBLIC UTILITIES employee that violated(s) the provisions of the notice so that I can invoice him / her for trademark violation.

Please provide me with your Bond Number (Insurance Agency and Policy Number) so that I can file a claim against your Bond.

I am looking forward to hearing from you again, soon, in order to resolve any ambiguity regarding our mutual duties and obligations.

Sincerely,

Sandra Castro.

Sandra Castro, a living woman.
Creditor / Secured Party and Authorized Representative For

SANDRA CASTRO™

All Rights Reserved Without Prejudice under Uniform Commercial Code at UCC 1-207 / 1-308

Enclosures:          Presentments dated January 31st, 2024 and February 5th, 2024

Page **3** of **3**

PU-Form No.004 (06/15)

Final Notice

PU-Form No.004 (06/15)



WATER | ENERGY | LIFE

**RIVERSIDE**
PUBLIC UTILITIES

# NOTICE OF CALL

### Your utility representative called today.

❏ SERVICE WAS COMPLETED
☒ SERVICE WAS NOT COMPLETED
☒ NO ACCESS TO PREMISE

❏ TO TURN ELECTRIC SERVICE ON:
  ❏ **Please turn on your main switch or multibreakers.**
    **(If apartment—check with manager.)**
      ❏ Inside    ❏ At Meter

❏ TO REPLACE ELECTRIC METER
☒ TO TURN SERVICE OFF
❏ TO READ METER  ☒ ELECTRIC  ❏ WATER
❏ YOUR ELECTRICAL SERVICE WAS TEMPORARILY
  DISCONNECTED. PLEASE RESET YOUR ELECTRIC
  CLOCKS, ETC.
☒ AN ORDER WILL BE CREATED TO TERMINATE ELECTRIC
  AT SERVICE ENTRANCE WHICH WILL RESULT IN A
  CHARGE TO YOUR ACCOUNT OF UP TO $400.00.
  PLEASE CONTACT CUSTOMER SERVICE IMMEDIATELY
❏ TO SCHEDULE AN APPOINTMENT, PLEASE CALL FIELD
  SERVICES AT (951) 351-6347
☒ CALL CUSTOMER SERVICE (951) 782-0330

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WE CALLED TODAY AND TURNED THE WATER SERVICE
ON, BUT WERE UNABLE TO LEAVE IT ON BECAUSE THERE
WAS WATER RUNNING.

❏ WATER IS OFF AT PRIVATE VALVE, AT FRONT
  HYDRANT. TURN ON AT YOUR CONVENIENCE.
❏ WATER IS OFF AT THE METER. PLEASE CONTACT
  OFFICE FOR APPOINTMENT TO RE-CONNECT, OR
  TURN ON AT YOUR CONVENIENCE.

BY  _AS_       DATE _2-5-24_
    (COMPANY REPRESENTATIVE)

---



WATER | ENERGY | LIFE

**RIVERSIDE**
PUBLIC UTILITIES

# NOTICE OF CALL

### Your utility representative called today.

☒ SERVICE WAS COMPLETED
❏ SERVICE WAS NOT COMPLETED
❏ NO ACCESS TO PREMISE

❏ TO TURN ELECTRIC SERVICE ON:
  ❏ **Please turn on your main switch or multibreakers.**
    **(If apartment—check with manager.)**
      ❏ Inside    ❏ At Meter

❏ TO REPLACE ELECTRIC METER
☒ TO TURN SERVICE OFF
❏ TO READ METER  ❏ ELECTRIC  ❏ WATER
❏ YOUR ELECTRICAL SERVICE WAS TEMPORARILY
  DISCONNECTED. PLEASE RESET YOUR ELECTRIC
  CLOCKS, ETC.
❏ AN ORDER WILL BE CREATED TO TERMINATE ELECTRIC
  AT SERVICE ENTRANCE WHICH WILL RESULT IN A
  CHARGE TO YOUR ACCOUNT OF UP TO $400.00.
  PLEASE CONTACT CUSTOMER SERVICE IMMEDIATELY
❏ TO SCHEDULE AN APPOINTMENT, PLEASE CALL FIELD
  SERVICES AT (951) 351-6347
☒ CALL CUSTOMER SERVICE (951) 782-0330 ←

CALL TO VOID ELECTRIC CUT OFF.
IF NO ACCESS GIVEN, POWER WILL BE CUT OFF AT POLE

WE CALLED TODAY AND TURNED THE WATER SERVICE
ON, BUT WERE UNABLE TO LEAVE IT ON BECAUSE THERE
WAS WATER RUNNING.

WILL COST

❏ WATER IS OFF AT PRIVATE VALVE, AT FRONT more to
  HYDRANT. TURN ON AT YOUR CONVENIENCE. reconnect
❏ WATER IS OFF AT THE METER. PLEASE CONTACT
  OFFICE FOR APPOINTMENT TO RE-CONNECT, OR
  TURN ON AT YOUR CONVENIENCE.

BY  _Omar C._      DATE _1·31·24_
    (COMPANY REPRESENTATIVE)

**Certified Mail Article No. 9589 0710 5270 0894 5741 34**

c/o: 10564 Young Street
Riverside [92505]
California Republic

January 31st, 2024

**Via USPS Certified Mail Article No. 9589 0710 5270 0894 5741 34**

General Manager Todd Corbin, authorized representative of Riverside Public Utilities
Riverside Public Utilities
3901 Orange Street
Riverside, CA 92501

Re:     Former alleged 0199101003
        Execution of security agreement

**First and Only Notice and Warning of Commercial Grace**

Dear Sirs:

My records do not reflect that I requested any such information as claimed by you in your January 18th, 2024 correspondence and provided therewith.

Upon sending me your December 15th, 2023 implied-demand letter on behalf of Riverside Public Utilities you incurred the obligation of proving your claim.

When I requested in my sworn, January 8th, 2024 correspondence that you bring forth evidence of loss, harm, or damage within a commercially reasonable amount of time you sent the aforementioned non-sequitur, January 18th, 2024 debt-collection attempt, a non-responsive reply.

Your inability to prove loss, harm, or damage will not change with the passage of time and, as we both know, signifies a fatal defect in any breach of contract action.

Because your January 18th, 2024 debt-collection attempt was not preceded or accompanied by proof of loss, harm, or damage re the hereinabove-referenced subject former alleged debt, and fell without the 20-day period granted you in which to bring forth such proof, said letter constitutes your positive implied acceptance of all terms and conditions and execution of that certain Settlement Agreement, Private Contract No. Form RPU-SC-01072024, as of date of receipt thereof, i.e. January 10th, 2024 (see subparagraph 27(P) of said Settlement Agreement); and your and Riverside Public Utilities' joint and several execution, as of January 18th, 2024, of the consensual, simple, parol contract and security agreement offered within the Notice of Common Law Trademark / Security Agreement served on you concurrently with the aforementioned Settlement Agreement (Attachment A thereof) January 8th, 2024, by USPS Certified Mail, and your and Riverside Public Utilities' coincident joint and several assumption of liability for fees for all

**Certified Mail Article No. 9589 0710 5270 0894 5741 34**

unauthorized use of my common law-trademarked property since and including December 15th, 2023, and your initial implied-demand letter of the same date.

Be advised that this is a common-law, not a statutory, matter. Because of the possibility of your lack of familiarity with such, I have decided to forgo enforcement of the hereinabove-referenced executed security agreement at this time. However, you are hereby given this First and Only Notice and warned that should Riverside Public Utilities or any of its personnel at any point in the future, attempt collection of the subject former alleged debt, now debunked as non-existent, said assurance shall be withdrawn and all private-contractual remedies pursued against you and your client non-judicially without further notice.

Please also be advised that further unlawful coersive actions, harassment, trespassing on private property (with signage posted) without lawful or legal rights or consent, and intimidation tactics, on behalf of Riverside Public Utilities and all its agents and 3rd parties affiliated/contracted on behalf of the agency, will not be tolerated. To date, agents of Riverside Public Utilities trespassed on 01/06/2024, 01/24/2024, and 01/30/2024. The notice left hanging on the screen door on 01/30/2024 was not addressed to anyone or identified an address; deemed as litter and trespassing onto private property (with signage posted) and without consent. Your litter is hereby, not accepted and returned to sender. Your notice is also misrepresenting – alleges contact attempt was made when in fact Riverside Public Utilities has made no civil, honorable attempt to lawfully settle the alleged debt, only coersive and intimidation tactics to compel payment for an alleged debt via federal reserve notes without providing a true bill as requested.

Immediately restore all services and cease and desist all and any unlawful activity, harassment, extortion, intimidation, deprivation of rights, and malicious and intentional infliction of hardship upon my family.

Riverside Public Utilities and your agents will be held liable under **18 USC 241, 242** for conspiracy against rights and deprivation of rights under color of law; **18 USC 1001** for making false statements/entries generally; **18 USC 872** for extortion; **18 USC 1952** for using mail to commit unlawful activity; **CPC 602** for trespassing on private property (with signs posted) without consent or legal or lawful right; **18 USC 3571** for slavery (forced compliance to contracts not held).

Further payments on this account will surely be discharged upon your proper validation of an alleged debt. As per the public policy, HJR 192, public law 73-10 there is no lawful money and all debt is to be discharged dollar per dollar upon demand. Please provide immediate account of the negotiable instrument sent via **USPS certified mail article #7022-0410-0001-1858-3970** on 02/18/2023. The enclosed negotiable instrument dated 2/14/23 tendered a payment to the bearer/holder, Riverside Public Utilities, in the amount of **$1,544.21**. Your correspondence dated March 9th, 2023 outlined your codes and rules, but failed to return the negotiable instrument your agency alleged to have not accepted. Under **UCC 3-602, 3-603, and 3-604**, the amount tendered on the instrument is to be fully discharged to the extent of the payment.

As an operation of law as codified at California Civil Code Section 1485 and California Code of Civil Procedure Section 2074, respectively:

(a) An obligation is extinguished by an offer of performance, made in conformity with the rules prescribed, and with intent of extinguishing the obligation;

(b) An offer in writing paying a particular sum of money, as well as for delivering a written instrument/specific personal property, is, if not accepted, the equivalent of the actual production and tender of the money/instrument/property.

Please refer to the **Uniform Commercial Code 3-603 "Tender of Payment"**.

Certified Mail Article No. 9589 0710 5270 0894 5741 34

Also please refer to Guaranty Trust Co of Ny v. Henwood et al. 307 U.S 247 (FN3).

Please adjust your records to reflect the discharge of this alleged debt and adjust the account accordingly.

Pursuant to the Fair Debt Collection Practices Act. 15 U.S.C.A 1601.1692 et al, this constitutes timely written notice that I have discharged the alleged debt which was never authorized by me and which has been cancelled in its entirety, without dishonor, on the grounds of false representation and fraud. No judgment has been entered on this matter.

15 U.S.C. 1692I states that a "false, deceptive, and misleading representation, in connection with the collection of any debt," includes the false representation of the character or legal status of any debt. I have incurred no liability for this "assessed" debt.

"Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights." [*AFLCIO v. Woodard*, 406 F 2d 137 t.]

When any court violates the clean and unambiguous language of the Constitution, a fraud is perpetuated and no one is bound to obey it. [(16 Ma. Jur 2nd 177, 178) *State v. Sutton*, 63 Minn. 147, 65 NW 262, 30 L.R.A. 630 Am. 459.]

"…every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent." [*Cruden v. Neale*, 2 N.C. 338 May Term 1796.]

"The common law is the real law, the Supreme Law of the land, the code, the rules, regulations, policy, and statutes are not the law", [*Self v. Rhay*, 61 Wn (2d) 261.]

"All codes, rules, regulations are for government -authorities only, not human/creators in accordance with God's laws. All codes, rules, and regulations are unconstitutional and lacking due process…" [*Rodriques v. Ray Donavan (U.S. Department of Labor)* 769 F. 2d 1344, 1348 (1985).]

"All laws, rules, and practices which are repugnant to the Constitution are null and void" … "and that courts, as well as other departments, are bound by that instrument" … and "that every right, when withheld, must have a remedy, and every injury its proper redress." [*Marbury v. Madison*, 5th US (2 Cranch) 137, 174, 176, (1803).]

Please understand the extreme seriousness of this matter and govern your actions accordingly.

Very truly yours,

Sandra Castro.

Sandra Castro, a living woman.
All rights reserved, without prejudice UCC 1-207/ UCC 1-308.

Encl.

# EXHIBIT J

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Riverside Public Utilities
c/o: Todd Corbin, General Manager
3901 Orange Street
Riverside, CA 92501

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5614 9274 4040 71

2. Article Number (Transfer from service label)

9589 0710 5270 0558 5084 13

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Dana Stewart
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

# EXHIBIT K



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Riverside, CA 92501

| | | |
|---|---|---|
| Certified Mail Fee $4.40 | | 0503 |
| $ | $0.00 | 84 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☑ Return Receipt (hardcopy) $ | $0.00 | |
| ☐ Return Receipt (electronic) $ | $0.00 | Postmark |
| ☑ Certified Mail Restricted Delivery $ | $0.00 | Here |
| ☑ Adult Signature Required $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $1.63 | |
| $ | | 03/23/2024 |
| Total Postage and Fees | | |
| $8.00 | | |

Sent To
RIVERSIDE PUBLIC UTILITIES  c/o Todd Corbin, General Manager
Street and Apt. No., or PO Box No.
3901 Orange Street
City, State, ZIP+4
Riverside, CA 92501

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

# Affidavit of Mailing

State of California )
) ss.
County of Riverside )

I am over 18 years of age and not a party to the within action. My domicile is:

*Kurt Leutz*
*c/o: 10564 Young Street*
*Riverside [92505]*
*California Republic*

On the 23 day of ___March___ 2024, I mailed one copy of the following:

- **NOTICE AND DEMAND – USPS Certified Mail Article #9589-0710-5270-0558-5378-95,** four (4) pages in length.
- **INVOICE SC-RPU-032324 – USPS Certified Mail Article No. 9589-0710-5270-0558-5378-95,** notarized by *Tami K. Brown*_____, Notary Public, the __23rd__ day of the Third Month on the Year of Our Lord Two Thousand Twenty-Four [March 23rd, AD2024], three (3) pages in length.

a total of seven (7) pages mailed herewith, enclosing all attachment pages (outside of this Affidavit of Mailing) mailing them for Sandra Castro by United States Postal Service Certified Mail Article No. 9589-0710-5270-0558-5378-95, Return Receipt Requested, Restricted Delivery, in a sealed envelope with postage pre-paid, properly addressed to RIVERSIDE PUBLIC UTILITIES as follows:

RIVERSIDE PUBLIC UTILITIES
c/o: Todd Corbin, General Manager
3901 Orange Street
Riverside, CA 92501

I declare upon penalty of perjury under the laws of the State of California, that the above is true, correct, and complete and that this Affidavit of Mailing is executed March 23rd, 2024, at Riverside, California.

*Kurt Leutz*
Name (print)

*Kurt Leutz*
Signature

Affidavit of Mailing

NOTICE AND DEMAND – USPS Certified Mail Article #9589-0710-5270-0558-5378-95

March 23rd, 2024

Sandra Castro
c/o: 10564 Young Street
Riverside [92505]
California Republic

General Manager Todd Corbin, authorized representative of RIVERSIDE PUBLIC UTILITIES,
RIVERSIDE PUBLIC UTILITIES
3901 Orange Street
Riverside, CA 92501

**Via USPS Certified Mail Article #9589-0710-5270-0558-5378-95**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

RE: NOTICE AND DEMAND – account #0199101003

RE: Violations of God-given and Constitutional-protected Rights, violations of Federal and State Laws,
and violations of trademark SANDRA CASTRO™

Dear Todd Corbin, General Manager; RIVERSIDE PUBLIC UTILITIES,

The purpose of this letter is to notify you that you have failed to respond to with bona fide evidence of
loss, harm, or damage and fiduciary responsibility within a commercially reasonable amount of time to
the following:

- Notice – Attempt to Lawfully Settle Debt dated 02/14/2023, mailed 02/18/2023 via USPS
  certified mail article #7022-0410-0001-1858-3970, received 03/09/2023.
- Settlement Agreement Private Contract No. RPU-SC-01072024 dated 01/08/2024, mailed
  01/08/2024 via USPS certified mail article #9589-0710-5270-0558-5083-21, and received
  01/10/2024.
- First and Only Notice and Warning of Commercial Grace dated 01/31/2024, mailed 01/31/2024
  via USPS certified mail article #9589-0710-5270-0894-5741-34, and received 02/05/2024.
- NOTICE OF RETURN OF ERRONEOUS PRESENTMENTS dated 02/12/2024, mailed
  02/22/2024 via USPS certified mail article #9589-0710-5270-0558-5084-13, and received
  02/26/2024.

On 01/17/2024 – billing statement was received in the mailbox from CITY OF RIVERSIDE PUBLIC
UTILITIES addressed to SANDRA CASTRO™ – unauthorized use of trademark.

On 01/24/2024 - billing statement was received in the mailbox from CITY OF RIVERSIDE PUBLIC
UTILITIES addressed to SANDRA CASTRO™ – unauthorized use of trademark.

On or about 01/24/2024 – agent of CITY OF RIVERSIDE PUBLIC UTILITIES trespassed on my private
property (California Penal Code § 602 PC), shut-off running water to my home without due process of
law or lawful notification. Effectively depriving me and my family, under color of law, of God-given and
Constitutionally-secured rights, subjecting me and my family to substandard living conditions by shutting
off running water to the home, and exposing me and my family to deprivation and health risks, and
inflicting emotional psychological distress and undue financial burden.

Page 1 of 4

NOTICE AND DEMAND – USPS Certified Mail Article #9589-0710-5270-0558-5378-95

On 01/30/2024 – agent of CITY OF RIVERSIDE PUBLIC UTILITIES trespassed on my private property, littered by leaving NOTICE OF CALL to unknown address/addressee. Notice threatened additional charges to compel performance – extortion under cohersive means.

On 01/31/2024 – agent of CITY OF RIVERSIDE PUBLIC UTILITIES trespassed on my private property, littered by leaving NOTICE OF CALL to unknown address/addressee. Notice threatened additional charges to compel performance – extortion under cohersive means.

On 02/05/2024 – agent of CITY OF RIVERSIDE PUBLIC UTILITIES trespassed on my private property, littered by leaving Final Notice - NOTICE OF CALL to unknown address/addressee. Notice threatened additional charges to compel performance – extortion under cohersive means.

On 02/13/2024 – received letter dated 01/31/2024 from Alma Franco, City of Riverside Utilities Customer Service Manager, in response to Settlement Agreement Private Contract No. RPU-SC-01072024 dated 01/08/2024. A non-sequitur, a non-responsive reply without bona fide evidence of loss, harm, or damage within a commercially reasonable amount of time.

On 02/17/2024 – billing statement was received in the mailbox from CITY OF RIVERSIDE PUBLIC UTILITIES addressed to SANDRA CASTRO™ – unauthorized use of trademark.

On 02/26/2024 – 2 agents on behalf of CITY OF RIVERSIDE PUBLIC UTILITIES trespassed on my private property, littered by leaving TREE MAINTENANCE NOTICE to unknown address/addressee. Rigoberto Sanchez, Foreman, for West Coast Arborist, Inc. only left a notice on my home out of the entire block.

On 02/26/2024 – billing statement was received in the mailbox from CITY OF RIVERSIDE PUBLIC UTILITIES addressed to SANDRA CASTRO™ – unauthorized use of trademark.

On 03/04/2024 - agent of CITY OF RIVERSIDE PUBLIC UTILITIES trespassed on my private property.

On 03/18/2024 – billing statement was received in the mailbox from CITY OF RIVERSIDE PUBLIC UTILITIES addressed to SANDRA CASTRO™ – unauthorized use of trademark.

On 03/20/2024 – 2 agents of CITY OF RIVERSIDE PUBLIC UTILITIES trespassed on my private property.

On 03/22/2024 - billing statement was received in the mailbox from CITY OF RIVERSIDE PUBLIC UTILITIES addressed to SANDRA CASTRO™ – unauthorized use of trademark.

Pursuant to the Fair Debt Collection Practices Act. 15 U.S.C.A §§ 1601,1692 et al, this constitutes timely written notice that I have discharged the alleged debt which was never authorized by me and which has been cancelled in its entirety, without dishonor, on the grounds of false representation and fraud. No judgment has been entered on this matter.

You are hereby notified, under provisions of Public Law 95-109, § 805-C, THE FAIR DEBT COLLECTION PRACTICES ACT to hereby CEASE AND DESIST in any and all attempts to collect the "alleged" debt. No form of harassment or trespassing will be tolerated.

Section 809 of FDCPA, Validation of debts, states, in pertinent part:

"(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or any copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector. "

"Verification. Confirmation of correctness, truth, or authenticity, by affidavit, oath, or deposition. Affidavit of truth of matter stated and object of verification is to assure good faith in averments or statements of party." Black's Law Dictionary (Sixth Edition)

Please note that the above request for verification can be satisfied only by your provision of a copy of verified proof of claim of loss from the original creditor, admissible as evidence in a court of law, i.e. in the form of affidavit, oath, or deposition, verifying that I have some contractual obligation to pay your company the alleged unpaid debt claimed in your correspondence.

Please also provide me with a copy of the alleged contract document with the original creditor that bears my wet red-ink signature. If you feel that you and your company are exempt from this FDCPA requirement (15 USC § 1692(g), please provide the Code section that affords you and your company such exemption.

To date, the failure of RIVERSIDE PUBLIC UTILITIES to satisfy the request to validate debt has not been met and thus constitutes your, and your company's, absolute waiver of any and all claims against me in this matter, and your tacit agreement to compensate me for all costs and legal fees, should such be necessitated/incurred as a result of your, or your company's, violation of FDCPA and the Rosenthal Act of California in this matter.

The Rosenthal Act forbids the use of any "false, deceptive, or misleading representation or means in connection with the collection of any debt" and "prohibit debt collectors from engaging in unfair or deceptive practices in the collection of consumer debts and to require debtors to act fairly in entering into and honoring such debts." California Civil Code § 1788.17.

In addition, CITY OF RIVERSIDE PUBLIC UTILITIES and all agents are hereby on notice for violating California HSC §§ 116906, 116908 for failure to follow written policy for discontinuation of services.

And, CITY OF RIVERSIDE PUBLIC UTILITIES and all agents are hereby on notice for violating the following Federal laws:

Pursuant to **18 USC § 242 -** provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

Pursuant to **18 USC § 241** – provides that if two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - they shall be fined

NOTICE AND DEMAND – USPS Certified Mail Article #9589-0710-5270-0558-5378-95

under this title or imprisoned not more than ten years, or both.

Pursuant to **18 USC § 894** - collection of extensions of credit by extortionate means "(a) whoever knowingly participates in any way, or conspires to do so, in use of any extortionate means, (1) to collect or attempt to collect any extension of credit, or (2) to punish any person for the nonrepayment thereof, shall be fined under this title and/or imprisoned to no more than 20 years or both.

Pursuant to **18 USC § 1001** - whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully – (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact; (2) makes any materially false, fictitious, or fraudulent statement or representation; or (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both.

Pursuant to 18 **18 USC § 1952** - uses the mail or any facility in interstate or foreign commerce, with intent to – (1) distribute the proceeds of any underlying activity; or (2) commit any crime of violence to further any unlawful activity; or (3) otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of any unlawful activity, and thereafter performs or attempts to perform - an act described in paragraph (1) or (3) shall be fined under this title, imprisoned not more than 5 years, or both.

I have, therefore, prepared an Invoice and am submitting to you for the numerous violations of my Notice of Common Law Trademark/ Security Agreement, as well as Federal and California State laws.

Please find my Notarized Invoice enclosed with this notice and due within ten (10) calendar days of receipt of this notice.

Further, this is a request under the Freedom of Information Act, The Sunshine Act, and California Public Records Act: Government Code § 6250 – 6268. I demand that a certified copy of your oath of office and surety bond be provided to me within ten (10) calendar days, upon receipt of this notice. Please provide me with your Bond Number (Insurance Agency and Policy Number) so that I can file a claim against your Bond.

I am looking forward to resolving any ambiguity regarding our mutual duties and obligations.

Please send any written correspondence on this matter to me at the domicile listed above.

Yours truly,

*Sandra Castro.*

Sandra Castro, a living woman.
Authorized Representative for SANDRA CASTRO™.
All rights reserved, without prejudice UCC 1-207/1-308.

INVOICE SC-RPU-032324 – USPS Certified Mail Article No. 9589-0710-5270-0558-5378-95

U.S.P.S. Certified Mail Article #9589-0710-5270-0558-5378-95

# INVOICE SC-RPU-032324
**Verified Statement of Account**
Non-Negotiable - Private Between the Parties

**Account Debtor:**
TODD CORBIN, GENERAL MANAGER
RIVERSIDE PUBLIC UTILITIES
3901 ORANGE STREET
RIVERSIDE, CA 92501

**Account Creditor:**
Sandra Castro
In care of: 10564 Young Street
Riverside [92505]
California Republic

In accordance with notice and terms contained within that certain private, consensual contract by and between Account Debtor TODD CORBIN and RIVERSIDE PUBLIC UTILITIES , and Account Creditor Sandra Castro, i.e. "Notice of Common Law Trademark / Security Agreement" received by you and RIVERSIDE PUBLIC UTILITIES on January 10th, 2024, executed by you on January 10th, 2024, an accounting of unauthorized-use fees and for trespassing on my rights as per the NOTICE AND DEMAND incurred by TODD CORBIN and RIVERSIDE PUBLIC UTILITIES, current as of the date of this Invoice, re TOBB CORBIN's and RIVERSIDE PUBLIC UTILITIES' use of Account Creditor's private, common law trademarked property, is set forth as follows:

| Principal Amount | Description | Occurrences of Use | Extended Amount |
|---|---|---|---|
| $1,000.00 | Pursuant to California Penal Code § 602 PC Agents of CITY OF RIVERSIDE PUBLIC UTILITIES trespassed on my private property | 7 | $7,000.00 |
| $10,000.00 | Pursuant to **18 USC § 242** – Deprivation of rights secured by the Constitution under color of law | 1 | $10,000.00 |
| $10,000.00 | Pursuant to **18 USC § 241** – Conspiracy against rights secured by the Constitution | 1 | $10,000.00 |
| $10,000.00 | Pursuant to **18 USC § 894** - collection of extensions of credit by extortionate means | 1 | $10,000.00 |
| $10,000.00 | Pursuant to **18 USC § 1001** - making false statements/entries generally | 10 | $100,000.00 |

INVOICE SC-RPU-032324 – USPS Certified Mail Article No. 9589-0710-5270-0558-5378-95

| | | | |
|---|---|---|---|
| $250,000.00 | Pursuant to **18 USC § 1952** – Use of mails to commit unlawful activity | 6 | $1,500,000.00 |
| $1,500,000.00 | Triple punitive damages for Unauthorized Use of Tradename SANDRA CASTRO™ by TODD CORBIN/RIVERSIDE PUBLIC UTILITIES | 6 | $9,000,000.00 |

Grand Total:   $10,637,000.00

**The total amount of this Invoice is Ten Million Six Hundred Thirty-Seven Thousand and 00/100 United States Dollars ($10,637,000.00).**

**This amount is now due and owing. Payment in full is herewith demanded. Remit to:**

> Sandra Castro
> In care of: 10564 Young Street
> Riverside [92505]
> California Republic

This Invoice is dated: the Twenty-Third Day of the Third Month in the Year of Our Lord Two Thousand Twenty-Four.

If you have any questions concerning this Invoice or the services rendered you have ten (10) calendar days, from date received, to make your questions or objections known.

The Undersigned, Sandra Castro, does herewith swear, declare, and affirm that the Undersigned has examined this Invoice and any accompanying schedules, statements, and documents and that, in accordance with the best of the Undersigned's knowledge and belief, this statement of account is true, correct, and complete. This declaration of Sandra Castro is based on all information of which Sandra Castro has any knowledge.

Date: _____ 03/23/2024 _____

Signed: _____ Sandra Castro. _____

All rights reserved, without prejudice UCC 1-207/UCC 1-308.

INVOICE SC-RPU-032324 – USPS Certified Mail Article No. 9589-0710-5270-0558-5378-95

---

*Disclaimer - A notary public or other officer completing this certification only verifies the identity of the individual who signed this instrument, and not the truthfulness, accuracy, or validity if this instrument. Using a notary public on this document does not constitute adhesion or entrance into any foreign jurisdiction, nor does it alter my status in any manner.*

---

State of California ⟩

⟩ ss.

County of Riverside ⟩

## Jurat

Subscribed and sworn to (or affirmed) this 23 day of *March* 20 24, before me, *Tami K. Brown* , Notary Public, personally appeared Sandra Castro, who personally proved to me to be the woman/person whose name is subscribed within the instrument and acknowledged to me that she executed the same in her (authorized or personal) capacity, and that by her signature on the instrument to be the woman/person or the entities upon behalf on which the woman/person acted, and executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature of Notary Public                    (Seal)

TAMI K. BROWN
COMM. #2483342
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires March 22, 2028

TAMI K. BROWN
COMM. #2483342
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires March 22, 2028

# EXHIBIT L

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RIVERSIDE PUBLIC UTILITIES
c/o: Todd Corbin, General Manager
3901 Orange Street
Riverside, CA 92501

9590 9402 8280 3094 0947 93

2. Article Number (Transfer from service label)

9589 0710 5270 0558 5378 95

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)
Andrew Galvan

C. Date of Delivery
3-26-24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXHIBIT M



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Riverside, CA 92501

| Certified Mail Fee | $4.40 | | 0503 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.65 | | 34 |
| ☑ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark |
| ☑ Certified Mail Restricted Delivery | $0.00 | | Here |
| ☑ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $0.00 | | |
| Postage | $0.92 | | 04/10/2024 |
| Total Postage and Fees | $8.97 | | |

Sent To  RIVERSIDE PUBLIC UTILITIES/  c/o Todd Corbin  General Manager
Street and Apt. No., or PO Box No.  3901 Orange Street
City, State, ZIP+4  Riverside, CA 92501

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 0558 5379 87

# Affidavit of Mailing

State of California        )
                           ) ss.
County of Riverside        )

I am over 18 years of age and not a party to the within action. My domicile is:

Kurt Leutz
c/o 10564 Young Street
Riverside [92505]
California Republic

On the 10th day of ___April___ 2024, I mailed one copy of the following:

- **Cover Letter - DEFAULT NOTICE IN AFFIDAVIT FORM – USPS Certified Mail Article #9589-0710-5270-0558-5379-87**, two (2) pages in length.
- **NOTICE OF DEFAULT IN AFFIDAVIT FORM - USPS Certified Mail Article #9589-0710-5270-0558-5379-87**, notarized by _Tami K. Brown_, Notary Public, the _10th_ day of the Fourth Month on the Year of Our Lord Two Thousand Twenty-Four [April 10th, AD2024], three (3) pages in length.
- **Certification of Non-Response,** one (1) page in length.

a total of six (6) pages mailed herewith, enclosing all attachment pages (outside of this Affidavit of Mailing) mailing them for Sandra Castro by United States Postal Service Certified Mail Article No. 9589-0710-5270-0558-5379-87, Return Receipt Requested, Restricted Delivery, in a sealed envelope with postage pre-paid, properly addressed to RIVERSIDE PUBLIC UTILITIES as follows:

RIVERSIDE PUBLIC UTILITIES
c/o: Todd Corbin, General Manager
3901 Orange Street
Riverside, CA 92501

I declare upon penalty of perjury under the laws of the State of California, that the above is true, correct, and complete and that this Affidavit of Mailing is executed April 10th 2024, at Riverside, California.

_Kurt Leutz_
Name (print)

_Kurt Leutz_
Signature

USPS Certified Mail Article #9589-0710-5270-0558-5379-87

April 10th, 2024

Via USPS Certified Mail Article #9589-0710-5270-0558-5379-87

Sandra Castro
c/o: 10564 Young Street
Riverside [92505]
California Republic

Riverside Public Utilities
c/o: Todd Corbin, General Manager
3901 Orange Street
Riverside, CA 92501

RE: **DEFAULT NOTICE IN AFFIDAVIT FORM – USPS Certified Mail Article #9589-0710-5270-0558-5379-87**

Dear Todd Corbin, General Manager; Riverside Public Utilities;

Please find enclosed **DEFAULT NOTICE IN AFFIDAVIT FORM – USPS Article #9589-0710-5270-0558-5379-87** and notarized Certification of Non-Response in regards to **NOTICE AND DEMAND and INVOICE SC-RPU-032324 – USPS Certified Mail Article No. 9589-0710-5270-0558-5378-95.**

This notice serves to further document the trespass and injuries suffered by agents (2) of CITY OF RIVERSIDE PUBLIC UTILITIES, who on 03/27/2024, trespassed again on my private property with signage posted. These 2 agents, under false pretense, with intent to maliciously inflict harm to me and my family, deceptively engaged my neighbors in their unlawful activity to access their backyard with the electric pole and cut-off electricity to my home without a lawful order or court judgment effectively depriving me and my family of quality of life, and subjecting us further to undue stress, financial burden, and deprivation without due process of law.

On 04/08/2024 – to harass me and my family further, another agent of CITY OF RIVERSIDE PUBLIC UTILITIES trespassed on my private property with signage posted. This agent loitered leaving an erroneous presentment posted on the screen door – the NOTICE OF METER RE-READ to unknown addressee and alleged "In compliance with your request, we have re-read the: electric meter". I am returning your erroneous presentment dated 4/8/24, WITHOUT DISHONOR, UCC 3-501 by Certified Mail # **9589-0710-5270-0558-5379-87**, Return Receipt Requested.

You have sent me an incomplete instrument UCC 3-115. This presentment has been returned to you timely, according to all applicable codes.

As such, this is a request under the Freedom of Information Act, The Sunshine Act, and California Public Records Act: Government Code § 6250 − 6268. I demand that a certified copy your oath of office and surety bond be provided to me within ten (10) calendar days, of receipt of this notice. Please provide me with your Bond Number (Insurance Agency and Policy Number) so that I can file a claim against your Bond.

As a reminder, please refer to the copy of the Notice of Common Law Trademark / Security Agreement.

I am sovereign with unlimited commercial liability. I hold an un-rebutted superior title and claim to all assets (property) and wages of the fictitious person SANDRA CASTRO™. Unauthorized use of this trademark results in penalties of $500,000.00 per occurrence plus triple damages. RIVERSIDE PUBLIC UTILITIES, all agents and 3rd party affiliates do not have my explicit consent to use my trademark. For your reference, see copy of Notice of Common Law Trademarks/Security Agreement mailed by USPS certified mail on 01/08/2024 article **#9589-0710-5270-0558-5083-21**. Please provide me with the name(s) of the RIVERSIDE PUBLIC UTILITIES employee(s) that violated(s) the provisions of the notice so that I can invoice him / her for trademark violations and violations of God-given, Constitutionally-secured unalienable rights.

Also, please be advised that **INVOICE SC-RPU-032324 – USPS Certified Mail Article No. 9589-0710-5270-0558-5378-95 is now past due** for the unauthorized use of SANDRA CASTRO™ and violations of State and Federal laws. Please remit payment within ten (10) calendar days upon receipt of this default notice.

Furthermore, I wish to remind you that non-compliance with the aforementioned may result in my pursuit of legal action in Federal District Court and seeking damages against all parties involved, in accordance with all available State and Federal statutes, as well as UCC § 9 remedies.

I am looking forward to hearing from you, soon, in order to resolve any ambiguity regarding our mutual duties and obligations.

Please send any written correspondence on this matter to me at the domicile listed above.

Yours truly,

*Sandra Castro.*

Sandra Castro, a living woman.
Authorized Representative for SANDRA CASTRO™.
All rights reserved, without prejudice UCC 1-207/ UCC 1-308.

NOTICE OF DEFAULT IN AFFIDAVIT FORM - USPS Certified Mail Article #9589-0710-5270-0558-5379-87

April 10th, 2024

Via USPS Certified Mail Article #9589-0710-5270-0558-5379-87

Sandra Castro
c/o: 10564 Young Street
Riverside [92505]
California Republic

To Respondent:
Riverside Public Utilities
c/o: Todd Corbin, General Manager
3901 Orange Street
Riverside, CA 92501

RE: NOTICE OF DEFAULT IN AFFIDAVIT FORM

1. I, Sandra Castro, a woman and a living soul, the undersigned Affiant ("Affiant"), now make this special visitation and hereby give notice to Todd Corbin, General Manager, Riverside Public Utilities the above named "Respondent," of this NOTICE OF DEFAULT IN AFFIDAVIT FORM, hereinafter called "Notice of Default," and declare and testify:

    I. That Affiant is a woman and a living soul, and is competent to testify, and further;

    II. That Affiant has first-hand knowledge of the facts related herein, and further;

    III. That the facts related herein are true, correct and complete to the best of the knowledge and belief of the Affiant, and further;

    IV. That the law and conclusions of law related herein are true to the best of the knowledge and belief of the Affiant.

2. I, Sandra Castro, declare and testify:

    Respondent is hereby noticed that Respondent is in default of an opportunity to respond, within a reasonable time, to the NOTICE AND DEMAND and INVOICE SC-RPU-032324 – USPS Certified Mail Article No. 9589-0710-5270-0558-5378-95 (hereinafter called "Affidavit Statement") made by Sandra Castro, Affiant, dated March 23, 2024 and delivered to Respondent, individually and as agent for Respondent's principal, Riverside Public Utilities, by the United States Postal Service, Certified Mail article #9589-0710-5270-0558-5378-95, on March 26, 2024.

3. I, Sandra Castro, Affiant, declare and testify:

    Respondent was given the opportunity to rebut the facts, statements, claims, laws and conclusions of law made in the Affidavit Statement by delivering and recording a

NOTICE OF DEFAULT IN AFFIDAVIT FORM - USPS Certified Mail Article #9589-0710-5270-0558-5379-87

controverting affidavit ("Controverting Affidavit") as set forth in the Affidavit Statement; and by Respondent's failure to answer with said Controverting Affidavit, Respondent is therefore in default of said Affidavit Statement.

4.  I, Sandra Castro, Affiant, declare and testify:

   The said default shall be hereafter effective against Respondent since Respondent has waived the right to answer within a reasonable time with said Controverting Affidavit and, by acquiescence, tacit admission and failure to contest under the doctrine of "Estoppel by Acquiescence," Respondent has forfeited Respondent's due process opportunity to contest the truth of the facts, statements, claims, laws and conclusions of law made in said Affidavit Statement and has consequently affirmed said facts, statements, claims, laws and conclusions of law.

5.  I, Sandra Castro, Affiant, declare and testify:

   In absence of Respondent's response according to the foregoing, the undersigned Affiant, Sandra Castro, hereby presents same by necessity under duress of force, hereby inserts and records this Notice of Default upon and against above named Respondent, Todd Corbin, General Manager; Riverside Public Utilities individually and as agent for the Riverside Public Utilities.

6.  I, Sandra Castro, Affiant, declare and testify:

   Now, therefore, the undersigned Affiant shall rely upon said acquiescence, tacit admission and failure to contest and all actions by the undersigned Affiant shall now be taken in accordance to the uncontested facts, statements, claims, laws and conclusions of law set forth in the said Affidavit Statement defaulted. This Notice of Default is not being made and presented to Respondent voluntarily, but is being submitted by Affiant involuntarily and by necessity, under coercion and duress, as further set forth in said Affidavit Statement.

7.  I, Sandra Castro, Affiant, declare and testify:

   Notwithstanding any statement, reference or information set forth in this Notice, I, Sandra Castro, Affiant, have no intention of hereby offering or ratifying any contract and hereby make no offer or ratification of any contract, expressed or implied. With respect to this Notice, it is a Common Law Maxim that: "Notice to the agent is notice to the principal; notice to the principal is notice to the agent."

8.  I, Sandra Castro, Affiant, declare and testify:

   Any response to this Notice of Default must be sent to Sandra Castro at the above mailing location as set forth in said Affidavit Statement within ten (10) calendar days of receipt hereof.

NOTICE OF DEFAULT IN AFFIDAVIT FORM - USPS Certified Mail Article #9589-0710-5270-0558-5379-87

The undersigned Affiant, Sandra Castro, has personal knowledge of the above facts, is a woman and a living soul, competent to testify to the above facts, and hereby declares under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 (1), that all the foregoing statements in this Notice of Default, are true, correct and complete.

Subscribed and duly sworn (or affirmed) this 10th day of April, 2024.

Sandra Castro.

Sandra Castro, Sui Juris, Affiant, a living woman.
All rights reserved, without prejudice UCC 1-207/UCC 1-308.

**Jurat**

*Disclaimer - A notary public or other officer completing this certification only verifies the identity of the individual(s) who signed this instrument, and not the truthfulness, accuracy, or validity if this instrument. Using a notary public on this document does not constitute adhesion or entrance into any foreign jurisdiction, nor does it alter my/our status in any manner.*

Date: April 10, 2024
State of California
County of Riverside

Subscribed and sworn to (or affirmed) on this 10th day of April, 20 24, before me, Tami K. Brown, Notary Public, personally appeared Sandra Castro, who personally proved to me to be the man/woman/person(s) whose names are subscribed within the instrument and acknowledged to me that he/she/they executed the same in his/her/their (authorized or personal) capacity(ies), and that by his/her/their signatures on the instrument to be the man/woman/person(s) or entities upon behalf of which the man/woman/person(s) acted, and executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the state of California that the foregoing paragraph is true, complete, and correct.

WITNESS my hand and official seal.

TAMI K. BROWN
COMM. #2483342
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires March 22, 2028

Signature of Notary Public                    (Seal)

Page 3 of 3

## Certification of Non-Response

The Undersigned, _Kurt Leutz_, a living man and citizen of the California Republic, hereby certifies that as of this date, _april 10, 2024_, the Undersigned has received no correspondence on behalf of Sandra Castro from RIVERSIDE PUBLIC UTILITIES/ Todd Corbin, General Manager regarding USPS Certified Mail Article No. 9589-0710-5270-0558-5378-95 executed March 23rd, 2024 and mailed the 23rd day of March, 2024.

The Undersigned swears under penalty of perjury of the laws of the State of California that the foregoing is true, correct, and complete in accordance with the Undersigned's best firsthand knowledge and belief.

_____
Undersigned Signature

## ALL-PURPOSE ACKNOWLEDGMENT

*Disclaimer – A notary public or other officer completing this certification only verifies the identity of the individual(s) who signed this instrument, and not the truthfulness, accuracy, or validity if this instrument. Using a notary public on this document does not constitute adhesion or entrance into any foreign jurisdiction, nor does it alter my/our status in any manner.*

Date: _April 10, 2024_
State of California
County of Riverside

On this _10th_ day of _April_, 20 _24_ before me, _Tami K. Brown_, Notary Public, personally appeared Kurt M. Leutz, who personally proved to me to be the man/woman/person(s) whose names are subscribed within the instrument and acknowledged to me that he/she/they executed the same in their (authorized or personal) capacity(ies), and that by his/her/their signatures on the instrument to be the man/woman/person(s) or entities upon behalf of which the man/woman/person(s) acted, and executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the state of California that the foregoing paragraph is true, correct, and complete.

WITNESS my hand and official seal.

_____
Signature of Notary Public                    (Seal)

TAMI K. BROWN
COMM. #2483342
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires March 22, 2028



WATER | ENERGY | LIFE

CITY OF RIVERSIDE
PUBLIC UTILITIES

## NOTICE OF METER RE-READ

Date _4/8/24_          Time _10:30_

Service Address _10 564 Young_

*In compliance with your request, we have re-read the*

☑ Electric Meter          ❑ Water Meter

### The previous reading was: _____

❑ Today's reading is higher, as the meter read:

_____

No adjustment necessary.

❑ Today's reading is lower, as the meter read:

_____

An adjustment will be made to your account.

❑ We were unable to obtain a reading because
access to the meter was not provided.

**REASON:** _No Access to check_
*Additional requests may result in a service charge.* _Elect_

## Customer Notification:

❑ *Excessive water consumption, recommend check
house and property for possible leaks.*

### If you have any questions, call our office at:
## (951) 782-0330

PU-Form No. 007(2-10)

# EXHIBIT N

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RIVERSIDE PUBLIC UTILITIES
c/o: Todd Corbin, General Manager
3901 Orange Street
Riverside, CA 92501

|||||||||| 9590 9402 7745 2152 9600 13

2. Article Number (Transfer from service label)

9589 0710 5270 0558 5379 87

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  Dana Stewart
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

# EXHIBIT O

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website

$0.00
US POSTAGE
6/29/2024
062513141486
92503
000008624

OFFICIAL

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage

$

Total Postage and Fees

$

Sent To
*c/o Kristie*
*Rohleder, Code*
*Enforcement officer II*
CITY OF RIVERSIDE/COMMUNITY DEVELOPMENT DEPT. /
Street and Apt. No., or PO Box No. CODE ENFORCEMENT
3900 MAIN STREET
City, State, ZIP+4
RIVERSIDE, CA 92522

PS Form 3800, January 2023 PSN 7530-02-000-9047      See Reverse for Instructions

# Affidavit of Mailing

State of California          )
                               ) ss.

County of Riverside        )

I am over 18 years of age and not a party to the within action. My ~~domicile is:~~ _business address._

> _Tami K. Brown_
> _UPS Store_
> _9835 Magnolia Ave._
> _Riverside, CA 92503_

On the _29th_ day of _June_ 2024, I mailed one ~~copy~~ of the following:

- **NOTICE OF REJECTION – Alleged Case #CE-24-06621 - USPS Certified Mail Article #9589-0710-5270-0982-2763-60,** notarized by _Tami K. Brown_ Notary Public, the _29th_ day of the Sixth Month on the Year of Our Lord Two Thousand Twenty-Four [June _29th_ AD2024], three (3) pages in length.
- **Rejected NOTICE AND ORDER ADMINISTRATIVE CIVIL PENALTIES dated June 28, 2024,** four (4) pages in length.
- **Rejected Letter dated June 26, 2024 RE: 10564 YOUNG ST,** three (3) pages in length.

a total of ten (10) pages mailed herewith, enclosing all attachment pages (outside of this Affidavit of Mailing) mailing them for Sandra Castro by United States Postal Service Certified Mail Article No. 9589-0710-5270-0982-2763-60, Return Receipt Requested, in a sealed envelope with postage pre-paid, properly addressed to CITY OF RIVERSIDE/COMMUNITY DEVELOPMENT DEPARTMENT/RIVERSIDE CODE ENFORCEMENT DIVISION as follows:

CITY OF RIVERSIDE
COMMUNITY DEVELOPMENT DEPARTMENT
CODE ENFORCEMENT DIVISION
c/o: Kristie Rohleder, Code Enforcement Officer II
3900 MAIN STREET
RIVERSIDE, CA 92522

I declare upon penalty of perjury under the laws of the State of California, that the above is true, correct, and complete and that this Affidavit of Mailing is executed June _29th_, 2024, at Riverside, California.

_Tami K. Brown_
Name (print)

_Tami_ _S_
Signature  of ~~Na~~ Notary Public

Certified Mail Article # 9589-0710-5270-0982-2763-60

June 29th, 2024

Sandra Castro
c/o: 10564 Young Street
Riverside [92505]
California Republic

CITY OF RIVERSIDE - Via USPS Certified Mail Article #9589-0710-5270-0982-2763-60
COMMUNITY DEVELOPMENT DEPARTMENT
CODE ENFORCEMENT DIVISION
c/o: Kristie Rohleder, Code Enforcement Officer II
3900 MAIN STREET
RIVERSIDE, CA 92522

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

RE: **NOTICE OF REJECTION – Alleged Case #CE-24-06621**

Dear Kristie Rohleder, Code Enforcement Officer II; CITY OF RIVERSIDE; RIVERSIDE CODE ENFORCEMENT;

Equity under the Law is PARAMOUNT and MANDATORY under Law.

I do not give you license to make any legal determination for me.

Your NOTICE AND ORDER ADMINISTRATIVE CIVIL PENALTIES dated and posted June 28, 2024; and Letter dated June 26, 2024 RE: 10564 YOUNG ST (which arrived in the mailbox on 06/28/2024), made in bad faith, are hereby rejected and not accepted by myself, me, and I, Sandra Castro – a living soul, sentient being, living woman, authorized representative of SANDRA CASTRO™. There is running water in the home; your agents working for the CITY OF RIVERSIDE PUBLIC UTILITIES continue to violate the law by shutting-off water without due process of law, a lawful court order, or judgment in effort to further harass, intimidate, and extort. Thus, I do not accept your offers to contract and I do not consent to your proceedings.

I am returning your erroneous presentments -- NOTICE AND ORDER ADMINISTRATIVE CIVIL PENALTIES - dated June 28, 2024 and Letter dated June 26, 2024 RE: 10564 YOUNG ST, WITHOUT DISHONOR, UCC 3-501 by Certified Mail # 9589-0710-5270-0982-2763-60, Return Receipt Requested.

Your NOTICE AND ORDER ADMINISTRATIVE CIVIL PENALTIES – was dated June 28, 2024, and stated that "Civil Penalties shall begin on June 26, 2024." You posted a notice without due process of law or adequate time to cure. Your NOTICE AND ORDER ADMINISTRATIVE CIVIL PENALTIES - dated June 28, 2024 is defective and rejected.

Your NOTICE AND ORDER ADMINISTRATIVE CIVIL PENALTIES - dated June 28, 2024 and Letter dated June 26, 2024 RE: 10564 YOUNG ST were addressed to unknown "Occupant". Whom are you referring to?

You posted on the garage door on June 28, 2024 and mailed incomplete instruments (UCC 3-115). These presentments have been returned to you timely, according to all applicable codes.

Certified Mail Article # 9589-0710-5270-0982-2763-60

You have not provided any consideration to me and have not provided any performance to which I am indebted by an instrument that bears my signature. UCC 3-401(a). Please exhibit the instrument that contains my signature, obligating me to your demand, under agreement. UCC 1-201 (3).

I demand under the Freedom of Information Act 5 USC 552 and Privacy Act 5 USC 552a that you provide me with the true name and business address of the man or woman certifying under the penalty of perjury that I am obligated to do anything under the "Riverside Municipal Code (RMC)", or any other code section, which is not positive law, and the source of the incorrect information included in your notices, and the authority of the man or woman that sent these notices without first verifying the information referenced.

Be advised, further trespassing and loitering by agents of CITY OF RIVERSIDE and RIVERSIDE CODE ENFORCEMENT will not be tolerated and you are held liable.

Please furnish me with an affidavit, signed under penalty of perjury with the implementing regulation(s) that gives the statutes you are relying on, and the force of law that applies to me. Please include a copy of the Delegation of Authority Order from "whomever" authorized the release of this information, and the referenced letter.

Please provide me with proof of your claim that you maintain a security interest, UCC 1-201 (37)(A).

YOU HAVE THREE (3) DAYS WITH WHICH TO COMPLY, FROM RECEIPT OF THIS CERTIFIED MAIL, UCC 1-204, UNLESS YOU REQUEST AN EXTENSION OF TIME.

A lack of response on your part means a fault exists, UCC 1-201 (16), creating fraud through material misrepresentation which vitiates all forms, contracts, agreements, etc., expressed or implied, from the beginning, UCC 1-103.

### NOTICE OF COMMON LAW TRADEMARK VIOLATION

Please refer to the copy of the Notice of Common Law Trademark / Security Agreement in your records.

I am sovereign with unlimited commercial liability. I hold an un-rebutted superior title and claim to all assets (property) and wages of the fictitious person "SANDRA CASTRO™". Unauthorized use of this trademark results in penalties of $500,000.00 per occurrence plus triple damages. CITY OF RIVERSIDE, RIVERSIDE CODE ENFORCEMENT, Kristie Rohleder, Code Enforcement Officer II, all agents and 3rd party affiliates do not have my explicit consent to use my trademark. Please provide me with the name of the CITY OF RIVERSIDE and RIVERSIDE CODE ENFORCEMENT employee that violated(s) the provisions of the notice so that I can invoice him / her for trademark violation.

Lastly, please address any correspondence on this matter to me in writing at the domicile listed above signed under full personal liability and sworn under penalty of perjury within three (3) days upon receipt of this notice.

Thank you.

Yours truly,

*Sandra Castro.*

Sandra Castro, a living woman.
Authorized Representative for SANDRA CASTRO™.
All rights reserved, without prejudice UCC 1-207/ UCC 1-308.

Certified Mail Article # 9589-0710-5270-0982-2763-60

## Jurat

*Disclaimer - A notary public or other officer completing this certification only verifies the identity of the individual who signed this instrument, and not the truthfulness, accuracy, or validity if this instrument. Using a notary public on this document does not constitute adhesion or entrance into any foreign jurisdiction, nor does it alter my status in any manner.*

State of California          )
                             )        ss.
County of Riverside          )

Subscribed and sworn to (or affirmed) this 29 day of June 20 24, before me, Tami K. Brown , Notary Public, personally appeared Sandra Castro, who personally proved to me to be the woman/person whose name is subscribed within the instrument and acknowledged to me that she executed the same in her (authorized or personal) capacity, and that by her signature on the instrument to be the woman/person or the entities upon behalf on which the woman/person acted, and executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true, complete and correct.

WITNESS my hand and official seal.

TAMI K. BROWN
COMM. #2483342
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires March 22, 2028

_____
Signature of Notary Public                (Seal)




City of Riverside
Community Development Department
**Code Enforcement Division**
3900 Main Street, Riverside, CA 92522
(951) 826-5633

# NOTICE AND ORDER
## ADMINISTRATIVE CIVIL PENALTIES

Case #:CE-24-06621

June 28, 2024
Occupant
10564 YOUNG ST
RIVERSIDE, CA 92505

RE:        **10564 YOUNG ST**
APN:      **143080011**
Officer:  **Kristie Rohleder**

Relation to Property: TENANT

1. **THE PROPERTY SUBJECT TO THIS NOTICE AND ORDER IS:**

   LOCATION: 10564 YOUNG ST RIVERSIDE, CA
   ASSESSOR'S PARCEL NO: 143080011

2. **YOU ARE HEREBY NOTIFIED THAT:**

   Riverside Municipal Code Chapter 1.17 authorizes civil penalties up to $1,000 per day per violation of any section of the Municipal Code, not to exceed a maximum of $100,000 per parcel.

   The property identified in Section 1 is in violation of the Riverside Municipal Code as described in the attached Inspection Report.

3. **YOU ARE HEREBY ORDERED** to cease and desist from further action causing the violations and to permanently correct all outstanding violations by completing the action specified in the attached Inspection Report no later than July 6, 2024.

4. **YOU ARE SUBJECT TO** an order requiring you to pay administrative civil penalties for each violation, as determined by the hearing officer, for failure to comply with this NOTICE AND ORDER.

   The code enforcement officer has determined and will request the following daily amounts of Administrative Civil Penalties:

   | **RMC Section:** | **Daily Amount of Administrative Civil Penalties:** |
   |---|---|
   | 16.09.020 | $1,000.00 |

   The factors used by the code enforcement officer to determine the proposed daily amount of Administrative Civil Penalties are the following:

   - The duration of the violation.
   - The seriousness of the violation.
   - The history of the violation.
   - The Responsible Party's conduct after issuance of the Notice and Order.

   The code enforcement officer will request that the hearing officer find that Administrative Civil Penalties shall begin on **June 26, 2024**.

   Administrative Civil Penalties shall be assessed each day that the violation(s) exist.

   Administrative Civil Penalties shall cease when either $100,000 has accrued (the maximum

Administrative Penalties allowed by law) or the violations of the Riverside Municipal Code have been permanently corrected.

5. **YOU MAY BE SUBJECT TO** additional administrative costs including costs related to scheduling and processing any hearing and all subsequent actions related to the violations specified herein.

6. **FAILURE TO COMPLY WITH THIS ADMINISTRATIVE CIVIL PENALTIES NOTICE AND ORDER** will result in a scheduled hearing before an Administrative Hearing Officer who shall only consider evidence that is relevant to the following issues:

   1. Whether you have caused or maintained a violation of the Riverside Municipal Code that existed on the dates specified in this Administrative Civil Penalties Notice and Order and attachments hereto; and
   2. Whether the amount of the Administrative Civil Penalties assessed by this Administrative Civil Penalties Notice and Order is reasonable.

   **If you do not comply with this Administrative Civil Penalties Notice and Order**, you will be given at least 10 calendar days' advance written notice of the administrative hearing, in accord with the Riverside Municipal Code's provisions regarding service of notice. The Notice of Hearing will include a statement of administrative costs to be assessed in addition to the Administrative Civil Penalties.

   **If you do not comply with this Administrative Civil Penalties Notice and Order AND you do not attend the hearing before the Administrative Hearing Officer**, after notice of the hearing is properly served, **you will have waived your right to a hearing and adjudication of the issues related to the hearing**.

   The Administrative Hearing Officer will issue an Administrative Enforcement Order after the hearing is concluded, with or without your attendance. The Administrative Enforcement Order will be final on the date of service of the order in accord with the Riverside Municipal Code's provisions regarding service.

7. **FAILURE TO COMPLY WITH A FINAL ADMINISTRATIVE ENFORCEMENT ORDER** may be prosecuted as a criminal offense.

8. **JUDICIAL REVIEW**. You may seek judicial review of the Administrative Hearing Officer's final Administrative Enforcement order in accord with California Code of Civil Procedure Section 1094.6.

9. **FAILURE TO PAY ADMINISTRATIVE CIVIL PENALTIES**.

   Administrative Civil Penalties are a debt to the City of Riverside and are subject to all remedies allowed by law for debt collection. If you do not pay the Administrative Civil Penalties imposed by either this Administrative Civil Penalties Notice and Order or the Administrative Enforcement Order, the amount of the penalties may be recorded as a lien upon and against the property without further hearing, subject to the notice of the lien. Unpaid Administrative Civil Penalties may also constitute assessment liens and be collected as special assessments by the Riverside County Treasurer-Tax Collector in accord with the Riverside Municipal Code.

If you have questions about this Administrative Civil Penalties Notice and Order, about the deadlines to comply with the Riverside Municipal Code, or to schedule an inspection to show that Administrative Civil Penalties should stop accruing because the property complies with the Riverside Municipal Code, please contact:

Kristie Rohleder

Code Enforcement Officer II
KRohleder@Riversideca.gov
(951) 826-2397

CODE ENFORCEMENT DIVISION
INSPECTION REPORT
RE: 10564 YOUNG ST RIVERSIDE, CA
Case #:CE-24-06621

| VIOLATION SECTION: | CORRECTIVE ACTION REQUIRED: | COMPLIANCE DATE: |
|---|---|---|
| 16.09.020 - Inadequate Sanitation - Uniform Housing Code 1001.2 Adopted | Legally restore water service to building or dwelling or vacate the unit until water service is restored. (water service will be verified with Public Utilities). | July 6, 2024 |

## Jurat

*Disclaimer - A notary public or other officer completing this certification only verifies the identity of the individual who signed this instrument, and not the truthfulness, accuracy, or validity if this instrument. Using a notary public on this document does not constitute adhesion or entrance into any foreign jurisdiction, nor does it alter my status in any manner.*

State of California          )
                             )       ss.
County of Riverside          )

Subscribed and sworn to (or affirmed) this 29th day of June 2024, before me, Tami K. Brown, Notary Public, personally appeared Sandra Castro, who personally proved to me to be the woman/person whose name is subscribed within the instrument and acknowledged to me that she executed the same in her (authorized or personal) capacity, and that by her signature on the instrument to be the woman/person or the entities upon behalf on which the woman/person acted, and executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true, complete and correct.

WITNESS my hand and official seal.

Signature of Notary Public                         (Seal)

TAMI K. BROWN
COMM. #2483342
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires March 22, 2028



City of Riverside
Community Development Department
**Code Enforcement Division**
3900 Main Street, Riverside, CA 92522
(951) 826-5633

June 26, 2024

Occupant
10564 YOUNG ST
RIVERSIDE, CA 92505

RE:        10564 YOUNG ST
APN:       143080011
Officer:   Kristie Rohleder

Case #CE-24-06621

Dear Tenant,

The City of Riverside is dedicated to providing a safe and attractive community and would like to work together with you to achieve this. On June 26, 2024, Code Enforcement staff observed the following condition(s) at the above listed property that violate one or more provisions of the Riverside Municipal Code. Please review the provided information and take the appropriate steps to resolve the issue(s).

**Code Section:**

1) 16.16.020 - Electrical Code Adopted

**Corrective Action:**

CEC 590.2 (B) Approval - Temporary wiring methods shall be acceptable only if approved based on the conditions of use and any special requirements of the temporary installation.

-**LEGITIMATE** ELECTRICAL SERVICE REQUIRED FOR OCCUPIED HOMES. CONTACT THE ONE STOP SHOP ON THE 3RD FLOOR OF CITY HALL OR AT 951-826-5800 TO SPEAK TO RIVERSIDE PUBLIC UTILITIES.

2) 6.15.020 (F) - Inoperative Vehicle

Repair, remove or store in enclosed garage any inoperative vehicle. Vehicles and parts can only be stored out of public view in a fully enclosed structure.

CAR AND TIRES

3) 19.580.070 (A)(2) - Parking on Driveways Only

Park vehicles on approved driveway only.

ALL VEHILCES INCLUDING, BUT NOT LIMMITTED TO THE WATER VEHICLES AND 4 RUNNER

4) 6.15.020 (A) - Trash/Debris

Remove and properly dispose of all trash, debris, rubbish, and discarded items from all areas of the property.

5) 6.15.020 (H) - Outdoor Storage

Remove and cease storing personal property outdoors.

INCLUDING, BUT NOT LIMMITTED TO CHRISTMAS DECORATIONS, CAR SEATS AND OTHER ITEMS NOT MEANT FOR OUTDOOR STORAGE

6) 16.04.510 - Building Permit Required

Obtain all required permits, inspections and final City approval for all additions, garage conversions, renovations and other work, or return the building to its original permitted condition. If

the structure or addition will be demolished or returned to its original permitted condition, a demolition permit is required. STOP ALL WORK UNTIL PERMIT IS ISSUED

2018 IDENTIFIED UNPERMITTED GARAGE CONVERSION- OBTAIN PERMIT TO DEMO AND RETURN TO ORIGINAL CONDITION OR OBTAIN PERMIT TO ESTABLISH PERMITTED CONVERSION

We respectfully ask for your cooperation in correcting the above listed conditions by **July 6, 2024**.

If you need assistance, information, or additional resources to complete the above listed corrective actions, please do not hesitate to contact the undersigned Code Enforcement Officer. Please understand that your failure to respond to this notice and correct the violation(s) by the date indicated may lead to additional legal action and/or the imposition of fines and penalties against you. We look forward to working with you to achieve a swift resolution to this matter and again thank you for doing your part to make Riverside a great place to live, work and play. If you would like to provide feedback about your experience with the Code Enforcement Division, please visit us online at **www.riversideca.gov/code/** to complete a brief survey.

Kind Regards,

Kristie Rohleder
Code Enforcement Officer II
phone: (951) 826-2397, email: KRohleder@Riversideca.gov

Jurat

*Disclaimer - A notary public or other officer completing this certification only verifies the identity of the individual who signed this instrument, and not the truthfulness, accuracy, or validity if this instrument. Using a notary public on this document does not constitute adhesion or entrance into any foreign jurisdiction, nor does it alter my status in any manner.*

State of California            )
                               )      ss.
County of Riverside            )

Subscribed and sworn to (or affirmed) this 29 day of June 20 24 before me, Tami K. Brown , Notary Public, personally appeared Sandra Castro, who personally proved to me to be the woman/person whose name is subscribed within the instrument and acknowledged to me that she executed the same in her (authorized or personal) capacity, and that by her signature on the instrument to be the woman/person or the entities upon behalf on which the woman/person acted, and executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true, complete and correct.

WITNESS my hand and official seal.

TAMI K. BROWN
COMM. #2483342
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires March 22, 2028

_____      (Seal)
Signature of Notary Public

# EXHIBIT P

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CITY OF RIVERSIDE
COMMUNITY DEVELOPMENT DEPARTMENT
CODE ENFORCEMENT DIVISION
c/o: ~~Kudrie~~ Kristie Rohleder,
      Code Enforcement Officer II
3900 MAIN STREET
RIVERSIDE, CA 92522

9590 9402 5613 9274 6137 26

2. Article Number (Transfer from service label)

9589 0710 5270 0982 2763 60

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                            ☑ Addressee

B. Received by (Printed Name)          C. Date of Delivery
   Leo Gazeel                          7-8-24

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt